**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 15 |
| | : | |
| Angiotech Pharmaceuticals, Inc., et al.[1] | : | Case No. 11-10269 (____) |
| | : | |
| | : | Joint Administration Pending |
| Debtors in a Foreign Proceeding. | : | |

**STATEMENT OF TODD MARTIN IN SUPPORT OF CHAPTER 15 PETITIONS FOR RECOGNITION OF FOREIGN PROCEEDING PURSUANT TO SECTION 1515(c) OF THE BANKRUPTCY CODE**

I, Todd Martin pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States, as follows:

1. I am a Senior Vice President of Alvarez & Marsal Canada Inc., the court-appointed monitor and authorized foreign representative (the "**Monitor**") of the above-captioned debtors (collectively, the "**Debtors**") in a proceeding (the "**Canadian Proceeding**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**CCAA**"), pending before the Supreme Court of British Columbia (the "**Canadian Court**").

2. I respectfully submit this statement as required under section 1515(c) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**") in support

---

1 The last four digits of the United States Tax Identification Number or Canadian Business Number of the Debtors, as applicable, follow in parentheses: (i) 0741693 B.C. Ltd. (1270); (ii) Afmedica, Inc. (3293); (iii) American Medical Instruments Holdings, Inc. (1114); (iv) Angiotech America, Inc. (4001); (v) Angiotech BioCoatings Corp. (8560); (vi) Angiotech Delaware, Inc. (6401); (vii) Angiotech Florida Holdings, Inc. (9389); (viii) Angiotech International Holdings, Corp. (2274); (ix) Angiotech Pharmaceuticals, Inc. (6269); (x) Angiotech Pharmaceuticals (US), Inc. (9490); (xi) B.G. Sulzle, Inc. (4551); (xii) Manan Medical Products, Inc. (3265); (xiii) Medical Device Technologies, Inc. (3996); (xiv) NeuColl, Inc. (8863); (xv) Quill Medical, Inc. (7914); (xvi) Surgical Specialties Corporation (9848); and (xvii) Surgical Specialties Puerto Rico, Inc. The Debtors' executive headquarters' addresses are 1618 Station Street, Vancouver, BC A1 V6A 1B6, Canada, and 1633 Westlake Avenue North, Suite 400, Seattle Washington 98109.

of the verified petitions filed by the Monitor seeking recognition by this Court of the Canadian Proceeding as a foreign main proceeding.

3. Pursuant to the requirements of section 1515(c) of the Bankruptcy Code, to the best of my knowledge, the Canadian Proceeding is the only insolvency proceeding of any kind pending for the Debtors and, thus, is the only known "foreign proceeding" with respect to the Debtors as that term is defined in section 101(23) of the Bankruptcy Code. The following entities are subject to the Canadian Proceeding and the relevant court file number is S-110587:

1. 0741693 B.C. Ltd.
2. Afmedica, Inc.
3. American Medical Instruments Holdings, Inc.
4. Angiotech America, Inc.
5. Angiotech BioCoatings Corp.
6. Angiotech Delaware, Inc.
7. Angiotech Florida Holdings, Inc.
8. Angiotech International Holdings, Corp.
9. Angiotech Pharmaceuticals, Inc.
10. Angiotech Pharmaceuticals (US), Inc.
11. B.G. Sulzle, Inc.
12. Manan Medical Products, Inc.
13. Medical Device Technologies, Inc.
14. NeuColl, Inc.
15. Quill Medical, Inc.
16. Surgical Specialties Corporation; and

17. Surgical Specialties Puerto Rico, Inc.

4. I declare under penalty of perjury under the laws of the United States of America that, based upon my knowledge, information and belief as set forth herein, the foregoing is true and correct.

Dated: January 30, 2011

Alvarez & Marsal Canada Inc.
Monitor and Foreign Representative of the Debtors
By: Todd Martin
Title: Senior Vice President