# EXHIBIT A

This is Exhibit "A"
referred to in the affidavit of
K. Thomas Bailey
sworn before me this 28th
day of January 2011 A.D.
[signature]
A Commissioner for taking Affidavits
for British Columbia



Angiotech

**ANGIOTECH PHARMACEUTICALS ANNOUNCES DELISTING FROM THE NASDAQ STOCK MARKET AND TRANSFER TO OTCQB™ MARKETPLACE**

**Vancouver, BC, January 13, 2011** – Angiotech Pharmaceuticals, Inc. (OTCQB: ANPI, TSX: ANP) ("Angiotech" or the "Company") today announced that trading of shares of the Company's common stock will be transferred from the Nasdaq Stock Market ("Nasdaq") to the OTCQB™ Marketplace effective January 13, 2011. As previously disclosed on January 5, 2011, Angiotech received a notice from Nasdaq stating Angiotech has not regained compliance with Nasdaq's Listing Rule 5450(a)(1) within the 180 calendar day grace period ending January 3, 2011. Nasdaq's notice indicated Angiotech's common shares will be delisted on January 13, 2011.

The Company has been advised by Pink OTC Markets, Inc., which operates an electronic quotation service for securities traded over-the-counter ("OTC"), that its securities are immediately eligible for quotation on the OTCQB. The OTCQB is a market tier for OTC-traded companies that are registered and reporting with the Securities and Exchange Commission. The Company has also been advised that its shares will trade under the symbol ANPI. Investors will be able to view real-time stock quotes for ANPI at www.otcmarkets.com.

Angiotech's common shares will still be tradable on the Toronto Stock Exchange under the trading symbol "ANP".

**Forward Looking Statements**

Statements contained in this press release that are not based on historical fact, including without limitation statements containing the words "believes," "may," "plans," "will," "estimates," "continues," "anticipates," "intends," "expects" and similar expressions, constitute "forward-looking statements" within the meaning of the *Private Securities Litigation Reform Act of 1995* and constitute "forward-looking information" within the meaning of applicable Canadian securities laws. All such statements are made pursuant to the "safe harbor" provisions of applicable securities legislation. Forward-looking statements may involve, but are not limited to, comments with respect to our objectives and priorities for the remainder of 2010 and beyond, our strategies or future actions, our targets, expectations for our financial condition and the results of, or outlook for, our operations, research and development and product and drug development. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, events or developments to be materially different from any future results, events or developments expressed or implied by such forward-looking statements. Many such known risks, uncertainties and other factors are taken into account as part of our assumptions underlying these forward-looking statements and include, among others, the following: general economic and business conditions in the United States, Canada and the other regions in which we operate; market demand; technological changes that could impact our existing products or our ability to develop and commercialize future products; competition; existing governmental legislation and regulations and changes in, or the failure to comply with, governmental legislation and regulations; availability of financial reimbursement coverage from governmental and third-party payers for products and related treatments; adverse results or unexpected delays in pre-clinical and clinical product development processes; adverse findings related to the safety and/or efficacy of our products or products sold by our partners; decisions, and the timing of decisions, made by health regulatory agencies regarding approval of our technology and products; the requirement for substantial funding to conduct research and development, to expand manufacturing and commercialization activities; and any other factors that may affect our performance. In addition, our business is subject to certain operating risks that may cause any results expressed or implied by the forward-looking statements in this press release to differ materially from our actual results. These operating risks include: our ability to attract and retain qualified personnel; our ability to successfully complete pre-clinical and clinical development of our products; changes in our business strategy or development plans; our failure to obtain patent protection for discoveries; loss of patent protection resulting from third-party challenges to our patents; commercialization limitations imposed by patents owned or controlled by third parties; our ability to obtain rights to technology from licensors; liability for patent claims and other claims asserted against us; our

ability to obtain and enforce timely patent and other intellectual property protection for our technology and products; the ability to enter into, and to maintain, corporate alliances relating to the development and commercialization of our technology and products; market acceptance of our technology and products; our ability to successfully manufacture, market and sell our products; the availability of capital to finance our activities; our ability to restructure and to service our debt obligations; and any other factors referenced in our other filings with the applicable Canadian securities regulatory authorities or the Securities and Exchange Commission ("SEC"). For a more thorough discussion of the risks associated with our business, see the "Risk Factors" section in our annual report for the year ended December 31, 2009 filed with the SEC on Form 10-K, as amended, and our quarterly report for the 3rd quarter of 2010 filed with the SEC on Form 10-Q.

**Given these uncertainties, assumptions and risk factors, investors are cautioned not to place undue reliance on such forward-looking statements. Except as required by law, we disclaim any obligation to update any such factors or to publicly announce the result of any revisions to any of the forward-looking statements contained in this press release to reflect future results, events or developments.**

©2011 Angiotech Pharmaceuticals, Inc. All Rights Reserved.

**About Angiotech Pharmaceuticals**
Angiotech Pharmaceuticals, Inc. is a global specialty pharmaceutical and medical device company. Angiotech discovers, develops and markets innovative treatment solutions for diseases or complications associated with medical device implants, surgical interventions and acute injury. To find out more about Angiotech (OTCQB: ANPI, TSX: ANP), please visit our website at www.angiotech.com.

**About Pink OTC Markets Inc.**
Pink OTC Markets Inc. is a financial information and technology services company that operates an inter-dealer electronic quotation and trading system in the Over-the-Counter, or OTC, securities market. It is not registered with the Securities and Exchange Commission as a stock exchange or a broker-dealer firm. Investors should contact a broker-dealer firm to trade in a security quoted on the OTCQB or the other OTC tiers operated by Pink OTC Markets Inc. More information is available at www.otcmarkets.com.

**FOR ADDITIONAL INFORMATION:**
Rick Smith
Investor Relations and Corporate Communications
Angiotech Pharmaceuticals, Inc.
(604) 221-6933
ir@angio.com

# EXHIBIT B

Angiotech

**FOR IMMEDIATE RELEASE**
PRESS RELEASE
October 1, 2010

**Angiotech Pharmaceuticals, Inc. Defers Interest Payments Under Senior Subordinated Notes**

**Angiotech Conducting Discussions With Majority of Senior Subordinated Note Holders And Finalizing Details of Transaction to Effectuate a Significant Reduction in Debt**

**Business Operations Will Continue As Usual**

Vancouver, BC, October 1, 2010 – Angiotech Pharmaceuticals, Inc. (NASDAQ: ANPI; TSX: ANP) ("Angiotech" or the "Company") announced today that it has determined, in connection with discussions being conducted with holders of approximately 72% of the Company's 7.75% Senior Subordinated Notes (the "Subordinated Notes"), that it will not make interest payments totaling approximately $9.7 million due to holders of the Subordinated Notes on October 1, 2010. The Company is currently in discussions with holders of its Subordinated Notes to effectuate a transaction that would materially reduce the Company's existing debt levels.

The transaction, if completed and approved, would provide for substantial improvement in the Company's credit ratios, liquidity and operating flexibility. Angiotech expects to announce specific details relating to the transaction in the very near future. In the near term, the Company's operating entities remain adequately supported, with cash on hand in excess of $25 million as of September 24, 2010.

Concurrent with these discussions, the Company has entered into a Forbearance Agreement with Wells Fargo Capital Finance, LLC ("Wells Fargo"), pursuant to which Wells Fargo has agreed to leave in place the Company's existing revolving credit facility and not immediately exercise rights or remedies it may have relating to the Company's decision to defer the interest payment due to the holders of the Subordinated Notes.

"We believe concluding these discussions will be a critical step in advancing Angiotech's primary mission of providing innovative surface modified medical devices, drug-device combinations and novel locally delivered therapeutics to our physician customers and their patients," said Dr. William Hunter, President and CEO of Angiotech. "We appreciate our Subordinated Note holders and our lenders at Wells Fargo working with the Company to facilitate a consensual transaction that allows our business plan to move forward consistent with our strategic vision and in partnership with our customers, operations, and employees."

This is Exhibit "B"
referred to in the affidavit of
K. Thomas Bailey
sworn before me this 28th
day of January 2011 A.D.
[signature]
A Commissioner for taking Affidavits
for British Columbia

"To date, we have held substantive and constructive discussions with the holders of a significant majority of our Subordinated Notes, who have been supportive of our business plan and are excited about Angiotech's future prospects," said Thomas Bailey, Chief Financial Officer of Angiotech. "We expect to complete discussions in the very near future, and if concluded the transaction is expected to immediately and substantially improve our financial flexibility and competitive position."

Mr. Bailey added, "Throughout this transaction process we will continue to remain focused on providing our customers with quality products and on-time deliveries, and our employees, suppliers, partners and trade creditors will continue to receive all amounts owing to them in the ordinary course of business."

Pursuant to the terms of the Subordinated Notes, Angiotech has a 30 day grace period from the date an interest payment is due in which to make the required interest payment to the holders of the Subordinated Notes before the Company is in default of its obligations. Angiotech intends to utilize the 30 day grace period to attempt to reach an agreement which Angiotech believes will be beneficial for all of its stakeholders.

Failure to make the interest payment on the Subordinated Notes within 30 days of the due date (or such extended grace period as may be agreed to by the requisite bondholders) would constitute an event of default under the indenture governing the Subordinated Notes. Any such event of default would permit holders of 25% or more of the aggregate outstanding principal amount of such Subordinated Notes to accelerate obligations under the Subordinated Notes. Additionally, if the Company fails to make the interest payment due on the Subordinated Notes prior to the expiration of any applicable grace period, such failure will also result in an event of default under the indenture governing the Company's Senior Floating Rate Notes due 2013.

Under the Company's Credit Agreement with Wells Fargo, the failure to make interest payments on the Subordinated Notes would constitute an event of default, which in turn would permit Wells Fargo to accelerate the Company's obligations thereunder and terminate any outstanding commitments. As noted, the Company has entered into a Forbearance Agreement with Wells Fargo, pursuant to which Wells Fargo has agreed not to take any action under the Company's Credit Agreement before October 31, 2010 with respect any event of default relating to the Company's decision to defer interest payments due on October 1, 2010. To date, the Company has no borrowings outstanding under the Wells Fargo facility. As of September 24, 2010, the Company had no advances outstanding and available liquidity of approximately $15 million under the Credit Agreement.

As of October 1, 2010, the Company has not reached an agreement with the holders of the Subordinated Notes and the Company can give no assurance that an agreement will be reached. Any recapitalization transaction resulting from the discussions with the holders of the Subordinated Notes would be subject to completion of definitive documentation and the satisfaction of any conditions contained therein.

The discussions between Angiotech and holders of the Subordinated Notes follow previous announcements that the Company had retained the Blackstone Group LP to analyze its capital structure and advise it in its exploration of financial and strategic alternatives for all or part of its business. Over the course of the past 24 months, working together with Blackstone and the Company's legal advisors at Osler, Hoskin & Harcourt LLP and Willkie Farr & Gallagher LLP, the Company has undertaken significant initiatives to reduce costs and manage its liquidity, implemented a senior secured revolving credit facility with Wells Fargo, and explored a wide range of potential strategic and financial transactions, with the primary goals of improving the Company's credit ratios, reducing the aggregate amount of its indebtedness and securing additional working capital liquidity to fund the Company's various business initiatives. In addition, Angiotech and its advisors have explored, and will continue to explore, opportunities that could capture strategic value for part or all of the business or that could enhance the Company's competitive position, or could provide for sharing of certain of the Company's significant investments in commercial and research initiatives with a corporate partner or partners. The Company has said it will provide further updates on said processes as information warrants.

**Forward Looking Statements**

Statements contained in this press release that are not based on historical fact, including without limitation statements containing the words "believes," "may," "plans," "will," "estimates," "continues," "anticipates," "intends," "expects" and similar expressions, constitute "forward-looking statements" within the meaning of the *Private Securities Litigation Reform Act of 1995* and constitute "forward-looking information" within the meaning of applicable Canadian securities laws. All such statements are made pursuant to the "safe harbor" provisions of applicable securities legislation. Forward-looking statements may involve, but are not limited to, comments with respect to our objectives and priorities for the remainder of 2010 and beyond, our strategies or future actions, our targets, expectations for our financial condition and the results of, or outlook for, our operations, research and development and product and drug development. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, events or developments to be materially different from any future results, events or developments expressed or implied by such forward-looking statements. Many such known risks, uncertainties and other factors are taken into account as part of our assumptions underlying these forward-looking statements and include, among others, the following: general economic and business conditions in the United States, Canada and the other regions in which we operate; market demand; technological changes that could impact our existing products or our ability to develop and commercialize future products; competition; existing governmental legislation and regulations and changes in, or the failure to comply with, governmental legislation and regulations; availability of financial reimbursement coverage from governmental and third-party payers for products and related treatments; adverse results or unexpected delays in pre-clinical and clinical product development processes; adverse findings related to the safety and/or efficacy of our products or products sold by our partners; decisions, and the timing of decisions, made by health regulatory agencies regarding approval of our technology and products; the requirement for substantial funding to conduct research and development, to expand manufacturing and commercialization activities; and any other factors that may affect our performance. In addition, our business is subject to certain operating risks that may cause any results expressed or implied by the forward-looking statements in this press release to differ materially from our actual results. These operating risks include: our ability to attract and retain qualified personnel; our ability to successfully complete pre-clinical and clinical development of our products; changes in our business strategy or development plans; our failure to obtain patent protection for discoveries; loss of patent protection resulting from third-party challenges to our patents; commercialization limitations imposed by patents owned or controlled by third parties; our ability to obtain rights to technology from licensors; liability for patent claims and other claims asserted against us; our ability to obtain and enforce timely patent and other intellectual property protection for our technology and products; the ability to enter into, and to maintain, corporate alliances relating to the

development and commercialization of our technology and products; market acceptance of our technology and products; our ability to successfully manufacture, market and sell our products; the availability of capital to finance our activities; our ability to restructure and to service our debt obligations; and any other factors referenced in our other filings with the applicable Canadian securities regulatory authorities or the Securities and Exchange Commission ("SEC"). For a more thorough discussion of the risks associated with our business, see the "Risk Factors" section in our annual report for the year ended December 31, 2009 filed with the SEC on Form 10-K, as amended, and our quarterly report for the 2nd quarter of 2010 filed with the SEC on Form 10-Q.

**Given these uncertainties, assumptions and risk factors, investors are cautioned not to place undue reliance on such forward-looking statements. Except as required by law, we disclaim any obligation to update any such factors or to publicly announce the result of any revisions to any of the forward-looking statements contained in this press release to reflect future results, events or developments.**

©2010 Angiotech Pharmaceuticals, Inc. All Rights Reserved.

**About Angiotech**
Angiotech Pharmaceuticals, Inc. is a global specialty pharmaceutical and medical device company. Angiotech discovers, develops and markets innovative treatment solutions for diseases or complications associated with medical device implants, surgical interventions and acute injury. To find out more about Angiotech (NASDAQ: ANPI, TSX: ANP), please visit our website at www.angiotech.com.

**FOR ADDITIONAL INFORMATION:**

Rick Smith
Investor Relations and Corporate Communications
Angiotech Pharmaceuticals, Inc.
(604) 221-6933
ir@angio.com

# EXHIBIT C

This is Exhibit "C"
referred to in the affidavit of
K. Thomas Bailey
sworn before me this 28th
day of January 2011 A.D.
Rebecca Morse
A Commissioner for taking Affidavits
for British Columbia

Angiotech

**FOR IMMEDIATE RELEASE**
PRESS RELEASE
October 29, 2010

**Angiotech Pharmaceuticals, Inc. Announces a Strongly Supported Transaction Agreement with Majority of Senior Subordinated Noteholders and Floating Rate Noteholders**

Vancouver, BC, October 29, 2010 – Angiotech Pharmaceuticals, Inc. (NASDAQ: ANPI; TSX: ANP) ("Angiotech" or the "Company") today announced that the Company has entered into a Recapitalization Support Agreement (the "Support Agreement") with the holders (the "Consenting Noteholders") of approximately 73% of its 7.75% Senior Subordinated Notes (the "Subordinated Notes") to effectuate a recapitalization of the Company that will result in a significant reduction of its debt. Upon implementation, the recapitalization transaction will eliminate $250 million in total indebtedness and provide significant improvements to Angiotech's credit ratios, liquidity and financial flexibility.

"After a challenging period in our Company's financial history, we are now able to announce the completion of a necessary transaction proposal with our noteholders," said Dr. William Hunter, President and CEO of Angiotech. "Our highly dedicated team has remained focused on our Company's long-term objectives throughout this period, and we believe this transaction will provide the financial foundation we will need to pursue our innovation and commercial strategies for our many exciting products, including our Quill surgical products franchise, our proprietary interventional radiology products and the launch of our 5-FU eluting anti-infective medical device product candidates."

Thomas Bailey, Chief Financial Officer of Angiotech, said "Our innovation initiatives will require significant capital to support their growth and success, and we have been able to work out a consensual transaction with our noteholders that we believe will better align our Company's capital structure with our business strategy."

Under the Support Agreement, the Consenting Noteholders have agreed to exchange their Subordinated Notes for new common stock in the Company (the "Exchange Offer"). The Exchange Offer will be open to all qualifying holders of the Subordinated Notes (the "Noteholders") and Noteholders participating in the Exchange Offer would receive 90% of the new common stock of Angiotech issued and outstanding following the completion of the recapitalization transaction, subject to potential dilution. The Noteholders that agree to the terms of the Support Agreement by November 30, 2010 will be entitled to receive, as additional consideration, 3.5% of the new common stock of Angiotech (distributed on a pro rata basis) issued and outstanding at the completion of the recapitalization transaction, subject to potential dilution.

The Company has also entered into a support agreement (the "FRN Support Agreement") with holders of approximately 51% of principal amount of the Company's existing floating rate notes (the "Existing Floating Rate Notes") for the exchange of Existing

Floating Rate Notes for new floating rate notes (the "New Floating Rate Notes"). The Exchange Offer will be open to all qualifying holders of the Existing Floating Rate Notes. The New Floating Rate Notes will be secured by a second lien over the assets, property and undertaking of the Company and certain of its Subsidiaries and will otherwise be issued on substantially the same terms and conditions as the Existing Floating Rate Notes other than certain amendments to certain covenants in respect of the incurrence of additional indebtedness and liens and change of control. Pursuant to the Support Agreement, the obligation of the Consenting Noteholders to complete the recapitalization transaction is conditional on the completion of the transactions contemplated by the FRN Support Agreement.

Holders of common stock of Angiotech on the date the recapitalization transaction is completed will hold 2.5% of the issued and outstanding common stock of Angiotech, as well as options to acquire 10% of the new common stock with a strike price that provides for a par recovery to the Noteholders, subject to a shareholder vote in favour of the recapitalization transaction or the obtaining of an exemption order, and subject to potential dilution. All existing options, warrants or other rights to purchase common stock of Angiotech at the completion of the recapitalization transaction will be cancelled. Members of Angiotech management holding common stock intend to support the recapitalization transaction.

Under the Support Agreement, holders of at least 98% of the aggregate principal amount of the Subordinated Notes must consent to the Exchange Offer (the "Minimum Exchange Offer Threshold") on or before January 7, 2011. The Company may be required to pursue the recapitalization transaction pursuant to a plan of arrangement under the *Canada Business Corporations Act* ("CBCA") if the Minimum Exchange Offer Threshold is not met, following a continuance of Angiotech to the CBCA. Under the Support Agreement, Angiotech may also be required to pursue the completion of the recapitalization transaction pursuant a plan of compromise or arrangement under the *Companies' Creditors Arrangement Act* (the "CCAA") and/or other court proceedings.

Under the Support Agreement, the Consenting Noteholders consented to an extension of the grace period applicable to the $9.7 million semi-annual interest payment due on October 1, 2010 until November 30, 2010. Angiotech expects that it will require an additional extension in order to complete the recapitalization transaction.

Any recapitalization transaction contemplated by the Support Agreement may be subject to governmental, court, regulatory, shareholder and third party approvals, as applicable, as well as the satisfaction or waiver of all the conditions of the Support Agreement, and the Company can give no assurances that any such recapitalization transaction will be completed. The Support Agreement may also be terminated by Consenting Noteholders or the Company in certain circumstances.

The Support Agreement also contemplates as a condition of implementation to a recapitalization transaction that the Company's credit facility with Wells Fargo Capital Finance LLC be amended, refinanced or replaced on such terms and with such maturity

date acceptable to Angiotech and the Consenting Noteholders such that the new credit facility will provide the Company and its affiliates with not less than $25 million and no more than $35 million in liquidity upon implementation of the recapitalization transaction. It is also a condition that a stock-based incentive plan satisfactory to the Company and the Consenting Noteholders be established that will provide over the life of the plan for the grant of common stock and options of up to 15% of the new common stock, subject to potential dilution, as well as vesting and other considerations consistent with such stock-based incentive plans.

The Support Agreement and the FRN Support Agreement will be filed by the Company on both SEDAR and EDGAR, and the descriptions of the Support Agreement and the FRN Support Agreement contained in this press release are qualified by the full text of the Support Agreement and the FRN Support Agreement, respectively.

In connection with the recapitalization transaction, the Company has retained the Blackstone Group LP as its financial advisor and Osler, Hoskin & Harcourt LLP and Willkie Farr & Gallagher LLP as its legal advisor. The Noteholders have retained Houlihan Lokey Howard & Zukin as their financial advisor and Goodmans LLP and Latham & Watkins LLP as their legal advisors.

This press release is neither an offer to purchase nor a solicitation of an offer to sell Angiotech's securities and is not being made to, nor will tenders be accepted from, or on behalf of, holders of Subordinated Notes or Existing Floating Rate Notes in any jurisdiction in which the making of the exchange offers and consent solicitations or the acceptance thereof would not be in compliance with the laws of such jurisdiction.

**Forward Looking Statements**

Statements contained in this press release that are not based on historical fact, including without limitation statements containing the words "believes," "may," "plans," "will," "estimates," "continues," "anticipates," "intends," "expects" and similar expressions, constitute "forward-looking statements" within the meaning of the *Private Securities Litigation Reform Act of 1995* and constitute "forward-looking information" within the meaning of applicable Canadian securities laws. All such statements are made pursuant to the "safe harbor" provisions of applicable securities legislation. Forward-looking statements may involve, but are not limited to, comments with respect to our objectives and priorities for the remainder of 2010 and beyond, our strategies or future actions, our targets, expectations for our financial condition and the results of, or outlook for, our operations, research and development and product and drug development. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, events or developments to be materially different from any future results, events or developments expressed or implied by such forward-looking statements. Many such known risks, uncertainties and other factors are taken into account as part of our assumptions underlying these forward-looking statements and include, among others, the following: general economic and business conditions in the United States, Canada and the other regions in which we operate; market demand; technological changes that could impact our existing products or our ability to develop and commercialize future products; competition; existing governmental legislation and regulations and changes in, or the failure to comply with, governmental legislation and regulations; availability of financial reimbursement coverage from governmental and third-party payers for products and related treatments; adverse results or unexpected delays in pre-clinical and clinical product development processes; adverse findings related to the safety and/or efficacy of our products or products sold by our partners; decisions, and the timing of decisions, made by health regulatory agencies regarding approval of our technology and products; the requirement for substantial funding to conduct research and development, to expand manufacturing and commercialization activities; and any other factors that may affect our performance. In addition, our

business is subject to certain operating risks that may cause any results expressed or implied by the forward-looking statements in this press release to differ materially from our actual results. These operating risks include: our ability to attract and retain qualified personnel; our ability to successfully complete pre-clinical and clinical development of our products; changes in our business strategy or development plans; our failure to obtain patent protection for discoveries; loss of patent protection resulting from third-party challenges to our patents; commercialization limitations imposed by patents owned or controlled by third parties; our ability to obtain rights to technology from licensors; liability for patent claims and other claims asserted against us; our ability to obtain and enforce timely patent and other intellectual property protection for our technology and products; the ability to enter into, and to maintain, corporate alliances relating to the development and commercialization of our technology and products; market acceptance of our technology and products; our ability to successfully manufacture, market and sell our products; the availability of capital to finance our activities; our ability to restructure and to service our debt obligations; and any other factors referenced in our other filings with the applicable Canadian securities regulatory authorities or the Securities and Exchange Commission ("SEC"). For a more thorough discussion of the risks associated with our business, see the "Risk Factors" section in our annual report for the year ended December 31, 2009 filed with the SEC on Form 10-K, as amended, and our quarterly report for the 2nd quarter of 2010 filed with the SEC on Form 10-Q.

**Given these uncertainties, assumptions and risk factors, investors are cautioned not to place undue reliance on such forward-looking statements. Except as required by law, we disclaim any obligation to update any such factors or to publicly announce the result of any revisions to any of the forward-looking statements contained in this press release to reflect future results, events or developments.**

©2010 Angiotech Pharmaceuticals, Inc. All Rights Reserved.

**About Angiotech**

Angiotech Pharmaceuticals, Inc. is a global specialty pharmaceutical and medical device company. Angiotech discovers, develops and markets innovative treatment solutions for diseases or complications associated with medical device implants, surgical interventions and acute injury. To find out more about Angiotech (NASDAQ: ANPI, TSX: ANP), please visit our website at www.angiotech.com.

**FOR ADDITIONAL INFORMATION:**

Rick Smith
Investor Relations and Corporate Communications
Angiotech Pharmaceuticals, Inc.
(604) 221-6933
ir@angio.com

# EXHIBIT D

This is Exhibit "D"
referred to in the affidavit of
K. Thomas Bailey
sworn before me this 28th
day of January 2011 A.D.
[signature]
A Commissioner for taking Affidavits
for British Columbia

Angiotech

FOR IMMEDIATE RELEASE
PRESS RELEASE
December 2, 2010

**Angiotech Pharmaceuticals, Inc. Announces Agreement with Consenting Noteholders to Extend Certain Deadlines under Support Agreement and Cure Period under Subordinated Note Indenture**

Vancouver, BC, December 2, 2010 – Angiotech Pharmaceuticals, Inc. (NASDAQ: ANPI; TSX: ANP) ("Angiotech " or the "Company") today announced that it has reached an agreement (the "Extension Agreement") with the holders (the "Consenting Noteholders") of approximately 76% of its 7.75% Senior Subordinated Notes (the "Subordinated Notes") to extend certain deadlines outlined in the previously announced Recapitalization Support Agreement dated October 29, 2010 (the "Initial Support Agreement"). Seventy-three percent of the holders of the Subordinated Notes executed the Initial Support Agreement and presently, 85% of the holders of the Subordinated Notes have consented to the Initial Support Agreement. On November 29, 2010, Angiotech and the Trustee, at the direction of a majority of the holders of its Subordinated Notes, extended the grace period applicable to interest payments due on the Subordinated Notes before an event of default occurs, with such grace period applicable to the $9.7 million semi-annual interest payment that was due on the Subordinated Notes on October 1, 2010 extended until December 30, 2010.

As described more fully in the press release dated October 29, 2010, under the Initial Support Agreement, the Consenting Noteholders have agreed to exchange their Subordinated Notes for common stock in the Company (the "Exchange Offer"). Qualifying holders of the Subordinated Notes (the "Noteholders") participating in the Exchange Offer would receive their pro rata share of up to 93.5% of the common stock of Angiotech issued and outstanding following the completion of the recapitalization transaction, subject to potential dilution. The Initial Support Agreement provided that, as a condition precedent to the implementation of the Exchange Offer, Noteholders comprising at least 98% of the outstanding aggregate principal amount of the Subordinated Notes must consent to the Exchange Offer (the "Minimum Exchange Offer Threshold") on or before January 7, 2011.

Under the Extension Agreement, the date by which Angiotech must commence the Exchange Offer has been extended to December 15, 2010 and the date by which the Minimum Exchange Offer Threshold must be achieved has been extended to January 21, 2011. All other deadlines in the Initial Support Agreement with respect to the Exchange Offer have similarly been extended by approximately two weeks.

The Company has also entered into an agreement (the "FRN Extension Agreement" and, together with the Extension Agreement, the "Extension Agreements") with holders (the "FRN Noteholders") of approximately 53% of principal amount of the Company's existing Senior Floating Rate Notes due 2013 (the "Existing Floating Rate Notes") to extend to December 15, 2010 the date by which Angiotech must commence the exchange offer outlined in the previously announced Floating Rate Note Support Agreement dated October 29, 2010 (the "FRN Support Agreement").

As described more fully in the press release dated October 29, 2010, under the terms of the FRN Support Agreement, Angiotech will offer to exchange Existing Floating Rate Notes for new floating rate notes (the "New Floating Rate Notes"). The exchange offer will be open to all

qualifying holders of the Existing Floating Rate Notes. The New Floating Rate Notes will be secured by a second lien over the assets and property of the Company and certain of its subsidiaries and will otherwise be issued on substantially the same terms and conditions as the Existing Floating Rate Notes other than amendments to certain covenants in respect of the incurrence of additional indebtedness, liens and change of control.

The Extension Agreements will be filed by the Company on both SEDAR and EDGAR, and the descriptions of the Extension Agreements contained in this press release are qualified by the full text of the applicable Extension Agreements.

**Forward Looking Statements**

Statements contained in this press release that are not based on historical fact, including without limitation statements containing the words "believes," "may," "plans," "will," "estimates," "continues," "anticipates," "intends," "expects" and similar expressions, constitute "forward-looking statements" within the meaning of the *Private Securities Litigation Reform Act of 1995* and constitute "forward-looking information" within the meaning of applicable Canadian securities laws. All such statements are made pursuant to the "safe harbor" provisions of applicable securities legislation. Forward-looking statements may involve, but are not limited to, comments with respect to our objectives and priorities for the remainder of 2010 and beyond, our strategies or future actions, our targets, expectations for our financial condition and the results of, or outlook for, our operations, research and development and product and drug development. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, events or developments to be materially different from any future results, events or developments expressed or implied by such forward-looking statements. Many such known risks, uncertainties and other factors are taken into account as part of our assumptions underlying these forward-looking statements and include, among others, the following: general economic and business conditions in the United States, Canada and the other regions in which we operate; market demand; technological changes that could impact our existing products or our ability to develop and commercialize future products; competition; existing governmental legislation and regulations and changes in, or the failure to comply with, governmental legislation and regulations; availability of financial reimbursement coverage from governmental and third-party payers for products and related treatments; adverse results or unexpected delays in pre-clinical and clinical product development processes; adverse findings related to the safety and/or efficacy of our products or products sold by our partners; decisions, and the timing of decisions, made by health regulatory agencies regarding approval of our technology and products; the requirement for substantial funding to conduct research and development, to expand manufacturing and commercialization activities; and any other factors that may affect our performance. In addition, our business is subject to certain operating risks that may cause any results expressed or implied by the forward-looking statements in this press release to differ materially from our actual results. These operating risks include: our ability to attract and retain qualified personnel; our ability to successfully complete pre-clinical and clinical development of our products; changes in our business strategy or development plans; our failure to obtain patent protection for discoveries; loss of patent protection resulting from third-party challenges to our patents; commercialization limitations imposed by patents owned or controlled by third parties; our ability to obtain rights to technology from licensors; liability for patent claims and other claims asserted against us; our ability to obtain and enforce timely patent and other intellectual property protection for our technology and products; the ability to enter into, and to maintain, corporate alliances relating to the development and commercialization of our technology and products; market acceptance of our technology and products; our ability to successfully manufacture, market and sell our products; the availability of capital to finance our activities; our ability to restructure and to service our debt obligations; and any other factors referenced in our other filings with the applicable Canadian securities regulatory authorities or the Securities and Exchange Commission ("SEC"). For a more thorough discussion of the risks associated with our business, see the "Risk Factors" section in our annual report for the year ended December 31, 2009 filed with the SEC on Form 10-K, as amended, and our quarterly report for the 3rd quarter of 2010 filed with the SEC on Form 10-Q.

**Given these uncertainties, assumptions and risk factors, investors are cautioned not to place undue reliance on such forward-looking statements. Except as required by law, we disclaim any obligation to update any such factors or to publicly announce the result of any revisions to any of the forward-looking statements contained in this press release to reflect future results, events or developments.**

©2010 Angiotech Pharmaceuticals, Inc. All Rights Reserved.

**About Angiotech**

Angiotech Pharmaceuticals, Inc. is a global specialty pharmaceutical and medical device company. Angiotech discovers, develops and markets innovative treatment solutions for diseases or complications associated with medical device implants, surgical interventions and acute injury. To find out more about Angiotech (NASDAQ: ANPI, TSX: ANP), please visit our website at www.angiotech.com.

**FOR ADDITIONAL INFORMATION:**

Rick Smith
Investor Relations and Corporate Communications
Angiotech Pharmaceuticals, Inc.
(604) 221-6933
ir@angio.com

**FOR IMMEDIATE RELEASE**
PRESS RELEASE
December 17, 2010

**Angiotech Pharmaceuticals, Inc. Announces Agreement with Consenting Noteholders to Extend Certain Deadlines under Support Agreement**

Vancouver, BC, December 17, 2010 – Angiotech Pharmaceuticals, Inc. (NASDAQ: ANPI; TSX: ANP) ("Angiotech " or the "Company") today announced that it has reached an agreement (the "Second Extension Agreement") with the holders (the "Consenting Noteholders") of a majority of the outstanding 7.75% Senior Subordinated Notes (the "Subordinated Notes") to extend certain deadlines outlined in the previously announced Recapitalization Support Agreement dated October 29, 2010 and amended on November 29, 2010 (as amended, the "Support Agreement"). Seventy-three percent of the holders of the Subordinated Notes initially executed the Support Agreement and support has increased such that presently 84% of the holders of the Subordinated Notes have agreed to be bound by the Support Agreement.

As described more fully in the press release dated October 29, 2010, under the Support Agreement, the Consenting Noteholders have agreed to exchange their Subordinated Notes for common stock in the Company (the "Exchange Offer"). Qualifying holders of the Subordinated Notes (the "Noteholders") participating in the Exchange Offer would receive their pro rata share of up to 93.5% of the common stock of Angiotech issued and outstanding following the completion of the recapitalization transaction, subject to potential dilution. The Support Agreement provided that, as a condition precedent to the implementation of the Exchange Offer, Noteholders comprising at least 98% of the outstanding aggregate principal amount of the Subordinated Notes must consent to the Exchange Offer (the "Minimum Exchange Offer Threshold").

Under the Second Extension Agreement, the date by which Angiotech must commence the Exchange Offer or otherwise commence implementation of the recapitalization has been extended to January 11, 2011. Additionally, the date by which the Minimum Exchange Offer Threshold must be achieved has been extended to February 9, 2011. All other deadlines in the Initial Support Agreement with respect to the Exchange Offer and the recapitalization have been extended.

The Company has also entered into an agreement (the "Second FRN Extension Agreement" and, together with the Second Extension Agreement, the "Extension Agreements") with holders (the "FRN Noteholders") of a majority of the Company's existing Senior Floating Rate Notes due 2013 (the "Existing Floating Rate Notes") to extend to January 11, 2011 the date by which Angiotech must commence the exchange offer outlined in the previously announced Floating Rate Note Support Agreement dated October 29, 2010 and amended on November 29, 2010 (as amended, the "FRN Support Agreement").

As described more fully in the press release dated October 29, 2010, under the terms of the FRN Support Agreement, Angiotech will offer to exchange Existing Floating Rate Notes for new floating rate notes (the "New Floating Rate Notes"). The exchange offer will be open to all qualifying holders of the Existing Floating Rate Notes. The New Floating Rate Notes will be secured by a second lien over the assets and property of the Company and certain of its subsidiaries and will otherwise be issued on substantially the same terms and conditions as the

Existing Floating Rate Notes other than amendments to certain covenants in respect of the incurrence of additional indebtedness, liens and change of control.

The Extension Agreements will be filed by the Company on both SEDAR and EDGAR, and the descriptions of the Extension Agreements contained in this press release are qualified by the full text of the applicable Extension Agreements.

## Forward Looking Statements

Statements contained in this press release that are not based on historical fact, including without limitation statements containing the words "believes," "may," "plans," "will," "estimates," "continues," "anticipates," "intends," "expects" and similar expressions, constitute "forward-looking statements" within the meaning of the *Private Securities Litigation Reform Act of 1995* and constitute "forward-looking information" within the meaning of applicable Canadian securities laws. All such statements are made pursuant to the "safe harbor" provisions of applicable securities legislation. Forward-looking statements may involve, but are not limited to, comments with respect to our objectives and priorities for the remainder of 2010 and beyond, our strategies or future actions, our targets, expectations for our financial condition and the results of, or outlook for, our operations, research and development and product and drug development. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, events or developments to be materially different from any future results, events or developments expressed or implied by such forward-looking statements. Many such known risks, uncertainties and other factors are taken into account as part of our assumptions underlying these forward-looking statements and include, among others, the following: general economic and business conditions in the United States, Canada and the other regions in which we operate; market demand; technological changes that could impact our existing products or our ability to develop and commercialize future products; competition; existing governmental legislation and regulations and changes in, or the failure to comply with, governmental legislation and regulations; availability of financial reimbursement coverage from governmental and third-party payers for products and related treatments; adverse results or unexpected delays in pre-clinical and clinical product development processes; adverse findings related to the safety and/or efficacy of our products or products sold by our partners; decisions, and the timing of decisions, made by health regulatory agencies regarding approval of our technology and products; the requirement for substantial funding to conduct research and development, to expand manufacturing and commercialization activities; and any other factors that may affect our performance. In addition, our business is subject to certain operating risks that may cause any results expressed or implied by the forward-looking statements in this press release to differ materially from our actual results. These operating risks include: our ability to attract and retain qualified personnel; our ability to successfully complete pre-clinical and clinical development of our products; changes in our business strategy or development plans; our failure to obtain patent protection for discoveries; loss of patent protection resulting from third-party challenges to our patents; commercialization limitations imposed by patents owned or controlled by third parties; our ability to obtain rights to technology from licensors; liability for patent claims and other claims asserted against us; our ability to obtain and enforce timely patent and other intellectual property protection for our technology and products; the ability to enter into, and to maintain, corporate alliances relating to the development and commercialization of our technology and products; market acceptance of our technology and products; our ability to successfully manufacture, market and sell our products; the availability of capital to finance our activities; our ability to restructure and to service our debt obligations; and any other factors referenced in our other filings with the applicable Canadian securities regulatory authorities or the Securities and Exchange Commission ("SEC"). For a more thorough discussion of the risks associated with our business, see the "Risk Factors" section in our annual report for the year ended December 31, 2009 filed with the SEC on Form 10-K, as amended, and our quarterly report for the 3rd quarter of 2010 filed with the SEC on Form 10-Q.

**Given these uncertainties, assumptions and risk factors, investors are cautioned not to place undue reliance on such forward-looking statements. Except as required by law, we disclaim any obligation to update any such factors or to publicly announce the result of any revisions to any of the forward-looking statements contained in this press release to reflect future results, events or developments.**

©2010 Angiotech Pharmaceuticals, Inc. All Rights Reserved.

**About Angiotech**

Angiotech Pharmaceuticals, Inc. is a global specialty pharmaceutical and medical device company. Angiotech discovers, develops and markets innovative treatment solutions for diseases or complications associated with medical device implants, surgical interventions and acute injury. To find out more about Angiotech (NASDAQ: ANPI, TSX: ANP), please visit our website at www.angiotech.com.

**FOR ADDITIONAL INFORMATION:**

Rick Smith
Investor Relations and Corporate Communications
Angiotech Pharmaceuticals, Inc.
(604) 221-6933
ir@angio.com

Angiotech

**FOR IMMEDIATE RELEASE**
PRESS RELEASE
December 22, 2010

**Angiotech Pharmaceuticals, Inc. Announces Agreement to Extend Cure Period Under Subordinated Note Indenture**

Vancouver, BC, December 22, 2010 – Angiotech Pharmaceuticals, Inc. (NASDAQ: ANPI; TSE: ANP) ("Angiotech" or the "Company") today announced that it and U.S. Bank National Association, as successor trustee under the Company's subordinated note indenture, dated as of March 23, 2006 (as amended, supplemented or otherwise modified from time to time, the "Subordinated Note Indenture"), at the direction of a majority of the holders of the Company's 7.75% Senior Subordinated Notes due 2014 (the "Subordinated Notes"), have executed a supplement to the Subordinated Note Indenture (the "Supplemental Indenture"). The Supplemental Indenture extends the grace period applicable to interest payments due on the Subordinated Notes from 90 days to 120 days before an event of default occurs. The Subordinated Note Indenture was previously amended on October 29, 2010 and November 29, 2010 to extend this grace period to 60 days and 90 days, respectively.

The Supplemental Indenture will be filed by the Company on both SEDAR and EDGAR, and the description of the Supplemental Indenture contained in this press release is qualified by the full text of the Supplemental Indenture.

**Forward Looking Statements**

Statements contained in this press release that are not based on historical fact, including without limitation statements containing the words "believes," "may," "plans," "will," "estimates," "continues," "anticipates," "intends," "expects" and similar expressions, constitute "forward-looking statements" within the meaning of the *Private Securities Litigation Reform Act of 1995* and constitute "forward-looking information" within the meaning of applicable Canadian securities laws. All such statements are made pursuant to the "safe harbor" provisions of applicable securities legislation. Forward-looking statements may involve, but are not limited to, comments with respect to our objectives and priorities for the remainder of 2010 and beyond, our strategies or future actions, our targets, expectations for our financial condition and the results of, or outlook for, our operations, research and development and product and drug development. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, events or developments to be materially different from any future results, events or developments expressed or implied by such forward-looking statements. Many such known risks, uncertainties and other factors are taken into account as part of our assumptions underlying these forward-looking statements and include, among others, the following: general economic and business conditions in the United States, Canada and the other regions in which we operate; market demand; technological changes that could impact our existing products or our ability to develop and commercialize future products; competition; existing governmental legislation and regulations and changes in, or the failure to comply with, governmental legislation and regulations; availability of financial reimbursement coverage from governmental and third-party payers for products and related treatments; adverse results or unexpected delays in pre-clinical and clinical product development processes; adverse findings related to the safety and/or efficacy of our products or products sold by our partners; decisions, and the timing of decisions, made by health regulatory agencies regarding approval of our technology and products; the requirement for substantial funding to conduct research and development, to expand manufacturing and commercialization activities; and any other factors that may affect our performance. In addition, our

business is subject to certain operating risks that may cause any results expressed or implied by the forward-looking statements in this press release to differ materially from our actual results. These operating risks include: our ability to attract and retain qualified personnel; our ability to successfully complete pre-clinical and clinical development of our products; changes in our business strategy or development plans; our failure to obtain patent protection for discoveries; loss of patent protection resulting from third-party challenges to our patents; commercialization limitations imposed by patents owned or controlled by third parties; our ability to obtain rights to technology from licensors; liability for patent claims and other claims asserted against us; our ability to obtain and enforce timely patent and other intellectual property protection for our technology and products; the ability to enter into, and to maintain, corporate alliances relating to the development and commercialization of our technology and products; market acceptance of our technology and products; our ability to successfully manufacture, market and sell our products; the availability of capital to finance our activities; our ability to restructure and to service our debt obligations; and any other factors referenced in our other filings with the applicable Canadian securities regulatory authorities or the Securities and Exchange Commission ("SEC"). For a more thorough discussion of the risks associated with our business, see the "Risk Factors" section in our annual report for the year ended December 31, 2009 filed with the SEC on Form 10-K, as amended, and our quarterly report for the 3rd quarter of 2010 filed with the SEC on Form 10-Q.

**Given these uncertainties, assumptions and risk factors, investors are cautioned not to place undue reliance on such forward-looking statements. Except as required by law, we disclaim any obligation to update any such factors or to publicly announce the result of any revisions to any of the forward-looking statements contained in this press release to reflect future results, events or developments.**

©2010 Angiotech Pharmaceuticals, Inc. All Rights Reserved.

**About Angiotech**
Angiotech Pharmaceuticals, Inc. is a global specialty pharmaceutical and medical device company. Angiotech discovers, develops and markets innovative treatment solutions for diseases or complications associated with medical device implants, surgical interventions and acute injury. To find out more about Angiotech (NASDAQ: ANPI; TSX: ANP), please visit our website at www.angiotech.com.

**FOR ADDITIONAL INFORMATION:**

Rick Smith
Investor Relations and Corporate Communications
Angiotech Pharmaceuticals, Inc.
(604) 221-6933
ir@angio.com

Angiotech

**FOR IMMEDIATE RELEASE** 21
PRESS RELEASE
January 12, 2011

**Angiotech Pharmaceuticals, Inc. Announces Agreement with Consenting Noteholders to Extend Certain Deadlines under Support Agreement**

Vancouver, BC, January 12, 2011 – Angiotech Pharmaceuticals, Inc. (NASDAQ: ANPI; TSX: ANP) ("Angiotech " or the "Company") today announced that it has reached an agreement (the "Third Extension Agreement") with the holders (the "Consenting Noteholders") of a majority of the outstanding 7.75% Senior Subordinated Notes (the "Subordinated Notes") to extend certain deadlines outlined in the previously announced Recapitalization Support Agreement dated October 29, 2010 and amended on November 29, 2010 and December 15, 2010 (as amended, the "Support Agreement"). Seventy-three percent of the holders of the Subordinated Notes initially executed the Support Agreement and support has increased such that presently 84% of the holders of the Subordinated Notes have agreed to be bound by the Support Agreement.

As described more fully in the press release dated October 29, 2010, under the Support Agreement, the Consenting Noteholders have agreed to exchange their Subordinated Notes for common stock in the Company (the "Exchange Offer"). Qualifying holders of the Subordinated Notes (the "Noteholders") participating in the Exchange Offer would receive their pro rata share of up to 93.5% of the common stock of Angiotech issued and outstanding following the completion of the recapitalization transaction, subject to potential dilution. The Support Agreement provided that, as a condition precedent to the implementation of the Exchange Offer, Noteholders comprising at least 98% of the outstanding aggregate principal amount of the Subordinated Notes must consent to the Exchange Offer (the "Minimum Exchange Offer Threshold").

Under the Third Extension Agreement, the date by which Angiotech must commence the Exchange Offer or otherwise commence implementation of the recapitalization has been extended to January 28, 2011. Additionally, the date by which the Minimum Exchange Offer Threshold must be achieved has been extended to February 28, 2011. Certain other deadlines in the Support Agreement with respect to the Exchange Offer and the recapitalization have been extended.

As described in the press release dated October 29, 2010, the Company may be required to pursue the recapitalization transaction pursuant to a plan of arrangement under the *Canada Business Corporations Act* or a plan of compromise or arrangement under the *Companies' Creditors Arrangement Act* and/or other court proceedings.

The Company has also entered into an agreement (the "Third FRN Extension Agreement" and, together with the Third Extension Agreement, the "Extension Agreements") with holders (the "FRN Noteholders") of a majority of the Company's existing Senior Floating Rate Notes due 2013 (the "Existing Floating Rate Notes") to extend to January 28, 2011 the date by which Angiotech must commence the exchange offer outlined in the previously announced Floating Rate Note Support Agreement dated October 29, 2010 and amended on November 29, 2010 and December 15, 2010 (as amended, the "FRN Support Agreement").

As described more fully in the press release dated October 29, 2010, under the terms of the FRN Support Agreement, Angiotech will offer to exchange Existing Floating Rate Notes for new

floating rate notes (the "New Floating Rate Notes"). The exchange offer will be open to all qualifying holders of the Existing Floating Rate Notes. The New Floating Rate Notes will be secured by a second lien over the assets and property of the Company and certain of its subsidiaries and will otherwise be issued on substantially the same terms and conditions as the Existing Floating Rate Notes other than amendments to certain covenants in respect of the incurrence of additional indebtedness, liens and change of control.

The Extension Agreements will be filed by the Company on both SEDAR and EDGAR, and the descriptions of the Extension Agreements contained in this press release are qualified by the full text of the applicable Extension Agreements.

**Forward Looking Statements**

Statements contained in this press release that are not based on historical fact, including without limitation statements containing the words "believes," "may," "plans," "will," "estimates," "continues," "anticipates," "intends," "expects" and similar expressions, constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 and constitute "forward-looking information" within the meaning of applicable Canadian securities laws. All such statements are made pursuant to the "safe harbor" provisions of applicable securities legislation. Forward-looking statements may involve, but are not limited to, comments with respect to our objectives and priorities for the remainder of 2011 and beyond, our strategies or future actions, our targets, expectations for our financial condition and the results of, or outlook for, our operations, research and development and product and drug development. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, events or developments to be materially different from any future results, events or developments expressed or implied by such forward-looking statements. Many such known risks, uncertainties and other factors are taken into account as part of our assumptions underlying these forward-looking statements and include, among others, the following: general economic and business conditions in the United States, Canada and the other regions in which we operate; market demand; technological changes that could impact our existing products or our ability to develop and commercialize future products; competition; existing governmental legislation and regulations and changes in, or the failure to comply with, governmental legislation and regulations; availability of financial reimbursement coverage from governmental and third-party payers for products and related treatments; adverse results or unexpected delays in pre-clinical and clinical product development processes; adverse findings related to the safety and/or efficacy of our products or products sold by our partners; decisions, and the timing of decisions, made by health regulatory agencies regarding approval of our technology and products; the requirement for substantial funding to conduct research and development, to expand manufacturing and commercialization activities; and any other factors that may affect our performance. In addition, our business is subject to certain operating risks that may cause any results expressed or implied by the forward-looking statements in this press release to differ materially from our actual results. These operating risks include: our ability to attract and retain qualified personnel; our ability to successfully complete pre-clinical and clinical development of our products; changes in our business strategy or development plans; our failure to obtain patent protection for discoveries; loss of patent protection resulting from third-party challenges to our patents; commercialization limitations imposed by patents owned or controlled by third parties; our ability to obtain rights to technology from licensors; liability for patent claims and other claims asserted against us; our ability to obtain and enforce timely patent and other intellectual property protection for our technology and products; the ability to enter into, and to maintain, corporate alliances relating to the development and commercialization of our technology and products; market acceptance of our technology and products; our ability to successfully manufacture, market and sell our products; the availability of capital to finance our activities; our ability to restructure and to service our debt obligations; and any other factors referenced in our other filings with the applicable Canadian securities regulatory authorities or the Securities and Exchange Commission ("SEC"). For a more thorough discussion of the risks associated with our business, see the "Risk Factors" section in our annual report for the year ended December 31, 2009 filed with the SEC on Form 10-K, as amended, and our quarterly report for the 3rd quarter of 2010 filed with the SEC on Form 10-Q.

**Given these uncertainties, assumptions and risk factors, investors are cautioned not to place undue reliance on such forward-looking statements. Except as required by law, we disclaim any obligation to update any such factors or to publicly announce the result of any revisions to any of the forward-looking statements contained in this press release to reflect future results, events or developments.**

©2011 Angiotech Pharmaceuticals, Inc. All Rights Reserved.

**About Angiotech**

Angiotech Pharmaceuticals, Inc. is a global specialty pharmaceutical and medical device company. Angiotech discovers, develops and markets innovative treatment solutions for diseases or complications associated with medical device implants, surgical interventions and acute injury. To find out more about Angiotech (NASDAQ: ANPI, TSX: ANP), please visit our website at www.angiotech.com.

**FOR ADDITIONAL INFORMATION:**

Rick Smith
Investor Relations and Corporate Communications
Angiotech Pharmaceuticals, Inc.
(604) 221-6933
ir@angio.com

# EXHIBIT E

*Privileged & Confidential*
*Attorney Work Product*

Angiotech Pharmaceuticals, Inc.
Revised Corporate Organization
as of January 2011




This is Exhibit " E "
referred to in the affidavit of
K. Thomas Bailey
sworn before me this 28th
day of January 2011 A.D.

A Commissioner for taking Affidavits
for British Columbia