# EXHIBIT F

This is Exhibit "F"
referred to in the affidavit of
K. Thomas Bailey
sworn before me this 28th
day of January 2011 A.D.
[signature]
A Commissioner for taking Affidavits
for British Columbia

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2010**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission file number 000-30334**

# Angiotech Pharmaceuticals, Inc.
(Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **British Columbia, Canada**<br>(State or Other Jurisdiction of Incorporation or Organization) | **98-0226269**<br>(I.R.S. Employer Identification Number) |
| **1618 Station Street<br>Vancouver, B.C. Canada**<br>(Address of Principal Executive Offices) | **V6A 1B6**<br>(Zip Code) |

**Registrant's telephone number, including area code: (604) 221-7676**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 (as amended, the "Exchange Act") during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☐ No ☐.

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☒ |
| Non-accelerated filer ☐ (Do not check if a smaller reporting company) | Smaller reporting company ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

85,180,377 Common Shares, no par value, as of November 9, 2010

**ANGIOTECH PHARMACEUTICALS, INC.**
**QUARTERLY REPORT ON FORM 10-Q**

**For the Three Months and Nine Months Ended September 30, 2010**

**TABLE OF CONTENTS**


| | | Page |
|---|---|---|
| | PART I—FINANCIAL INFORMATION | |
| Item 1 | Financial Statements: | |
| | Consolidated Balance Sheets as of September 30, 2010 (unaudited) and December 31, 2009 | 1 |
| | Consolidated Statements of Operations for the Three and Nine Months Ended September 30, 2010 and 2009 (unaudited) | 2 |
| | Consolidated Statements of Stockholders Deficit as of September 30, 2010 and 2009 (unaudited) | 3 |
| | Consolidated Statements of Cash Flows for the Three and Nine Months Ended September 30, 2010 and 2009 (unaudited) | 5 |
| | Notes to Unaudited Consolidated Financial Statements | 6 |
| Item 2 | Management's Discussion and Analysis of Financial Condition and Results of Operations | 40 |
| Item 3 | Quantitative and Qualitative Disclosures about Market Risk | 64 |
| Item 4 | Controls and Procedures | 64 |
| | PART II—OTHER INFORMATION | |
| Item 1 | Legal Proceedings | 65 |
| Item 1A | Risk Factors | 66 |
| Item 2 | Unregistered Sales of Equity Securities and Use of Proceeds | 67 |
| Item 3 | Defaults Upon Senior Securities | 67 |
| Item 4 | Reserved | 67 |
| Item 5 | Other Information | 67 |
| Item 6 | Exhibits | 68 |
| SIGNATURES | | 69 |

## PART I—FINANCIAL INFORMATION

**Item 1. Financial Statements**

**Angiotech Pharmaceuticals, Inc.**
**INTERIM CONSOLIDATED BALANCE SHEETS**
**(All amounts expressed in thousands of U.S. dollars)**
**(unaudited)**

| | September 30, 2010 | December 31, 2009 |
|---|---|---|
| **ASSETS** | | |
| **Current assets** | | |
| Cash and cash equivalents *[note 6]* | $ 25,566 | $ 49,542 |
| Short-term investments *[note 7]* | 5,746 | 7,780 |
| Accounts receivable | 31,046 | 28,167 |
| Income tax receivable | 1,657 | 1,090 |
| Inventories *[note 8]* | 38,010 | 35,541 |
| Deferred income taxes, current portion | 3,974 | 4,284 |
| Prepaid expenses and other current assets | 3,487 | 3,294 |
| **Total current assets** | 109,486 | 129,698 |
| Assets held for sale | 2,300 | 5,300 |
| Property, plant and equipment *[note 9]* | 50,538 | 46,879 |
| Intangible assets *[note 10]* | 151,104 | 173,019 |
| Deferred financing costs *[note 13(c)]* | 9,510 | 11,409 |
| Deferred income taxes, non-current portion | 2,125 | 2,009 |
| Other assets | 1,737 | 3,754 |
| **Total assets** | $ 326,800 | $ 372,068 |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** | | |
| **Current liabilities** | | |
| Accounts payable and accrued liabilities *[note 11]* | $ 44,593 | $ 46,324 |
| Income taxes payable | 4,901 | 10,858 |
| Interest payable on long-term debt *[note 13 (b)]* | 10,806 | 6,004 |
| **Total current liabilities** | 60,300 | 63,186 |
| Deferred leasehold inducement *[note 12]* | 4,335 | 2,888 |
| Deferred income taxes | 38,355 | 38,787 |
| Other tax liabilities | 3,385 | 3,898 |
| Long-term debt *[note 13(a) & (b)]* | 575,000 | 575,000 |
| Other liabilities | 1,093 | 1,596 |
| **Total non-current liabilities** | 622,168 | 622,169 |
| Commitments and contingencies *[note 17]* | | |
| **Stockholders' deficit** | | |
| Share capital *[note 15]* | | |
| Authorized: | | |
| 200,000,000 Common shares, without par value | | |
| 50,000,000 Class I Preference shares, without par value | | |
| Common shares issued and outstanding: | | |
| September 30, 2010 – 85,176,449 | | |
| December 31, 2009 – 85,138,081 | 472,751 | 472,742 |
| Additional paid-in capital | 35,029 | 33,687 |
| Accumulated deficit | (905,810) | (866,541) |
| Accumulated other comprehensive income | 42,362 | 46,825 |
| **Total stockholders' deficit** | (355,668) | (313,287) |
| **Total liabilities and stockholders' deficit** | $ 326,800 | $ 372,068 |
| **Going concern and liquidity** *[note 1]* | | |

**See accompanying notes to the interim consolidated financial statements**

Angiotech Pharmaceuticals, Inc.

**INTERIM CONSOLIDATED STATEMENTS OF OPERATIONS**
**(All amounts expressed in thousands of U.S. dollars, except share and per share data)**

(Unaudited).

| | Three Months Ended September 30, 2010 | Three Months Ended September 30, 2009 | Nine Months Ended September 30, 2010 | Nine Months Ended September 30, 2009 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| Product sales, net | $ 51,868 | $48,660 | $155,796 | $141,976 |
| Royalty revenue | 7,063 | 14,531 | 28,257 | 48,638 |
| License fees | 53 | 53 | 158 | 25,503 |
| | 58,984 | 63,244 | 184,211 | 216,117 |
| **EXPENSES** | | | | |
| Cost of products sold | 26,808 | 25,958 | 79,883 | 75,606 |
| License and royalty fees | 1,170 | 2,463 | 4,884 | 7,937 |
| Research and development | 6,240 | 4,596 | 19,900 | 17,526 |
| Selling, general and administration | 22,489 | 17,924 | 66,871 | 59,102 |
| Depreciation and amortization | 8,297 | 8,285 | 24,948 | 24,845 |
| Write-down of assets held for sale | — | — | 700 | — |
| Escrow settlement recovery *[note 16]* | — | — | (4,710) | — |
| | 65,004 | 59,226 | 192,476 | 185,016 |
| **Operating (loss) income** | (6,020) | 4,018 | (8,265) | 31,101 |
| **Other income (expenses):** | | | | |
| Foreign exchange gain (loss) | 3 | (518) | 1,269 | (1,227) |
| Other (expense) income | (126) | 46 | (512) | 74 |
| Debt restructuring costs *[note 13 (b)]* | (2,978) | — | (2,978) | — |
| Interest expense on long-term debt | (9,833) | (9,286) | (27,779) | (28,971) |
| Write-down of investments and deferred financing charges | — | — | (216) | (643) |
| Loan settlement gain *[note 5]* | — | — | 1,180 | — |
| Total other expenses | (12,934) | (9,758) | (29,036) | (30,767) |
| **(Loss) / income before income taxes** | (18,954) | (5,740) | (37,301) | 334 |
| Income tax (recovery) expense *[note 14]* | (454) | 2,062 | 1,968 | 7,569 |
| **Net loss** | $(18,500) | $ (7,802) | (39,269) | $ (7,235) |
| **Basic and diluted net loss per common share** | $ (0.22) | $ (0.09) | $ (0.46) | $ (0.08) |
| **Basic and diluted weighted average number of common shares outstanding (in thousands)** | 85,174 | 85,136 | 85,162 | 85,125 |

**See accompanying notes to the interim consolidated financial statements**

Angiotech Pharmaceuticals, Inc.

**CONSOLIDATED STATEMENTS OF STOCKHOLDERS' DEFICIT**
**(All amounts expressed in thousands of U.S. dollars, except share data)**

(Unaudited)

| | Common Shares | | Additional paid-in capital | Accumulated deficit | Accumulated other comprehensive income | Comprehensive income | Total stockholders' (deficit) |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | | | | | |
| **Balance at December 31, 2008** | 85,121,983 | $472,739 | $32,107 | $(843,673) | $ 38,954 | | $(299,873) |
| Stock-based compensation | | | 386 | | | | 386 |
| Net unrealized gain on available-for-sale securities, net of taxes (nil) | | | | | 847 | $ 847 | 847 |
| Cumulative translation adjustment | | | | | (1,152) | (1,152) | (1,152) |
| Net income | | | | 12,444 | | 12,444 | 12,444 |
| Comprehensive income | | | | | | $ 12,139 | |
| **Balance at March 31, 2009** | 85,121,983 | $472,739 | $32,493 | $(831,229) | $ 38,649 | | $(287,348) |
| Exercise of stock options | 4,742 | 1 | (1) | | | | — |
| Stock-based compensation | | | 423 | | | | 423 |
| Net unrealized loss on available-for-sale securities, net of taxes (nil) | | | | | (38) | $ (38) | (38) |
| Cumulative translation adjustment | | | | | 1,796 | 1,796 | 1,796 |
| Net loss | | | | (11,877) | | (11,877) | (11,877) |
| Comprehensive loss | | | | | | $ (10,119) | |
| **Balance at June 30, 2009** | 85,126,725 | $472,740 | $32,915 | $(843,106) | $ 40,407 | | $(297,044) |
| Exercise of stock options | 10,000 | 2 | | | | | 2 |
| Stock-based compensation | | | 363 | | | | 363 |
| Net unrealized gain on available-for-sale securities, net of taxes (nil) | | | | | 641 | $ 641 | 641 |
| Cumulative translation adjustment | | | | | 545 | 545 | 545 |
| Net loss | | | | (7,802) | | (7,802) | (7,802) |
| Comprehensive loss | | | | | | $ (6,616) | |
| **Balance at September 30, 2009** | 85,136,725 | $472,742 | $33,278 | $(850,908) | $ 41,593 | | $(303,295) |

| | Common Shares | | Additional paid-in capital | Accumulated deficit | Accumulated other comprehensive income | Comprehensive loss | Total stockholders' (deficit) |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | | | | | |
| **Balance at December 31, 2009** | 85,138,081 | $472,742 | $ 33,687 | $ (866,541) | $ 46,825 | | $ (313,287) |
| ~~Exercise of stock options~~ | ~~20,890~~ | ~~3~~ | — | | | | ~~3~~ |
| Stock-based compensation | | | 423 | | | | 423 |
| Net unrealized loss on available-for-sale securities, net of taxes (nil) | | | | | (1,940) | $ (1,940) | (1,940) |
| Cumulative translation adjustment | | | | | (1,898) | (1,898) | (1,898) |
| Net loss | | | | (6,695) | | (6,695) | (6,695) |
| Comprehensive loss | | | | | | $ (10,533) | |
| **Balance at March 31, 2010** | 85,158,971 | $472,745 | $ 34,110 | $ (873,236) | $ 42,987 | | $ (323,394) |
| Exercise of stock options | 11,305 | 4 | | | | | 4 |
| Stock-based compensation | | | 479 | | | | 479 |
| Net unrealized loss on available-for-sale securities, net of taxes (nil) | | | | | (358) | (358) | (358) |
| Cumulative translation adjustment | | | | | (2,401) | (2,401) | (2,401) |
| Net loss | | | | (14,074) | | (14,074) | (14,074) |
| Comprehensive loss | | | | | | (16,833) | |
| **Balance at June 30, 2010** | 85,170,276 | 472,749 | 34,589 | (887,310) | 40,228 | | (339,744) |
| Exercise of stock options | 6,173 | 2 | | | | | 2 |
| Stock-based compensation | | | 440 | | | | 440 |
| Net unrealized loss on available-for-sale securities, net of taxes (nil) | | | | | 264 | 264 | 264 |
| Cumulative translation adjustment | | | | | 1,870 | 1,870 | 1,870 |
| Net loss | | | | (18,500) | | (18,500) | (18,500) |
| Comprehensive loss | | | | | | (16,366) | |
| **Balance at September 30, 2010** | 85,176,449 | 472,751 | 35,029 | (905,810) | 42,362 | | (355,668) |

**See accompanying notes to the consolidated financial statements**

Angiotech Pharmaceuticals, Inc.

CONSOLIDATED STATEMENTS OF CASH FLOWS
(All amounts expressed in thousands of U.S. dollars)

(Unaudited)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| **OPERATING ACTIVITIES** | | | | |
| Net loss | $(18,500) | $ (7,802) | $(39,269) | $ (7,235) |
| Adjustments to reconcile net loss to cash provided by operating activities: | | | | |
| Depreciation and amortization | 9,318 | 9,198 | 27,896 | 27,423 |
| Loss on disposition of property and equipment | 129 | 342 | 571 | 410 |
| Write-down of assets held for sale | — | — | 700 | — |
| Write-down and adjustments of investments | 264 | — | 480 | — |
| Write-down and other deferred financing charges | — | — | — | 643 |
| Loan settlement gain *[note 5]* | — | — | (1,180) | — |
| Deferred income taxes | (735) | 1,514 | (948) | (1,082) |
| Stock-based compensation expense | 440 | 363 | 1,342 | 1,172 |
| Non-cash interest expense | 737 | 624 | 2,193 | 1,991 |
| Deferred leasehold inducements *[note 12]* | — | (84) | 2,120 | (219) |
| Other | (184) | (1,039) | (831) | (1,788) |
| Net change in non-cash working capital items relating to operations *[note 20]* | 5,736 | (163) | (11,955) | 1,509 |
| **Cash (used in) provided by operating activities** | (2,795) | 2,953 | (18,881) | 22,824 |
| **INVESTING ACTIVITIES** | | | | |
| Purchase of property, plant and equipment | (1,589) | (1,901) | (4,164) | (3,590) |
| Proceeds from disposition of property, plant and equipment | — | — | 758 | — |
| Purchase of intangible assets | — | — | — | (2,500) |
| Loans advanced | — | — | (1,015) | (1,200) |
| Asset acquisition costs | — | — | (231) | — |
| Other | — | — | — | 252 |
| **Cash used in investing activities** | (1,589) | (1,901) | (4,652) | (7,038) |
| **FINANCING ACTIVITIES** | | | | |
| Deferred financing charges and costs | (225) | (218) | (244) | (3,194) |
| Proceeds from stock options exercised | 2 | 2 | 9 | 2 |
| **Cash used in financing activities** | (223) | (216) | (235) | (3,192) |
| Effect of exchange rate changes on cash and cash equivalents | 507 | (36) | (208) | (88) |
| Net (decrease) increase in cash and cash equivalents | (4,100) | 800 | (23,976) | 12,506 |
| Cash and cash equivalents, beginning of period | 29,666 | 50,658 | 49,542 | 38,952 |
| **Cash and cash equivalents, end of period** | $ 25,566 | $51,458 | $ 25,566 | $51,458 |

**See accompanying notes to the consolidated financial statements**

Angiotech Pharmaceuticals, Inc.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
(All tabular amounts expressed in thousands of U.S. dollars, except share and per share data)

(Unaudited)

## 1. BASIS OF PRESENTATION

These unaudited interim consolidated financial statements have been prepared in accordance with generally accepted accounting principles in the United States of America ("U.S. GAAP") and pursuant to the rules and regulations of the U.S. Securities and Exchange Commission ("SEC") for the presentation of interim financial information. Accordingly, certain information and footnote disclosures normally included in annual financial statements prepared in accordance with U.S. GAAP have been omitted. The information included in this Quarterly Report on Form 10-Q should be read in conjunction with the consolidated financial statements and accompanying notes included in Angiotech Pharmaceuticals Inc.'s (the "Company" or "Angiotech") Annual Report on Form 10-K for the year ended December 31, 2009, as amended by Form 10-K/A filed with the SEC on April 29, 2010 (together, the "2009 Annual Report").

In management's opinion, all adjustments (which include reclassification and normal recurring adjustments) necessary to present fairly the consolidated balance sheets, consolidated statements of operations, consolidated statements of stockholders' deficit and consolidated statements of cash flows at September 30, 2010 and for all periods presented, have been made.

All amounts herein are expressed in U.S. dollars unless otherwise noted. The year end balance sheet data was derived from audited financial statements but does not include all of the disclosures required under U.S. GAAP.

### GOING CONCERN AND LIQUIDITY

In accordance with U.S. GAAP, the interim consolidated financial statements have been prepared on the basis that the Company will continue to operate as a going concern. This basis of presentation assumes that the company will continue to realize assets and discharge liabilities in the normal course of business. However, as discussed below, there are several material uncertainties which cast substantial doubt about the validity of this assumption. The financial statements do not reflect any adjustments related to the recoverability or classification of assets that may be necessary if the Company is unable to continue operating as a going concern.

- The Company's most significant financial liabilities are its $325 million Senior Floating Rate Notes due December 1, 2013 ("Existing Floating Rate Notes") and its $250 million 7.75% Senior Subordinated Notes due April 1, 2014 ("Subordinated Notes"). Interest payments related to this debt were historically supported by the Company's license revenue derived from sales of TAXUS® coronary stent systems ("TAXUS") by Boston Scientific Corporation ("BSC"). However, the sustained and sharp decline in royalty revenues derived from sales of TAXUS over the last several years has significantly strained the Company's liquidity and ability to service its long term debt obligations. As a result of the decline in TAXUS and other liquidity constraints, on October 1, 2010 the Company announced that it would not be making the $9.7 million interest payment due to holders of the Subordinated Notes (the "Subordinated Noteholders") on October 1, 2010 and that it was in negotiations with certain Subordinated Noteholders to potentially restructure and reduce existing debt levels. On October 29, 2010, the Company further announced that it had entered into a Recapitalization Support Agreement (the "Support Agreement") with holders of approximately 73% of the outstanding aggregate principal amount of its Subordinated Notes (the "Consenting Noteholders") to eliminate $250 million of its debt in exchange for common shares of the Company, subject to various conditions. The outstanding interest obligation of $9.7 million was fully accrued for as at September 30, 2010.

  In addition, on October 29, 2010 the Company also entered into a support agreement (the "FRN Support Agreement") with holders of approximately 51% of the aggregate principal amount of the Company's Existing Floating Rate Notes for the exchange of their Existing Floating Rate Notes for new floating rate notes (the "New Floating Rate Notes"). The exchange offer related to the Existing Floating Rate Notes (the "FRN Exchange Offer") will be open to all qualifying holders of Existing Floating Rate Notes. The New Floating Rate Notes would be issued on substantially the same terms and conditions as the Existing Floating Rate Notes, other than amendments to certain covenants related to the incurrence of additional indebtedness and the definitions of permitted liens and change of control. In addition, the New Floating Rate Notes would be secured by a second lien over the property and assets of the Company and certain of its subsidiaries, which secure the existing revolving credit facility (as amended to the date hereto, including the fourth amendment thereto entered into on November 4, 2010, the "Existing Credit Facility") with Wells Fargo Capital Finance, LLC ("Wells Fargo") described in note 13 (d). Pursuant to the terms of the Support Agreement, the obligation of the Consenting Noteholders to complete the recapitalization transaction would be conditioned on the completion of the transactions contemplated by the FRN Support Agreement.

Under the Support Agreement, at least 98% of the aggregate principal amount of the Subordinated Noteholders must consent to the Exchange Offer (the "Minimum Exchange Offer Threshold") on or before January 7, 2011. If the Minimum Exchange Offer Threshold is not met, the Company might be required to pursue the recapitalization transaction pursuant to a plan of arrangement under the Canada Business Corporations Act ("CBCA"). Under the Support Agreement, the Company might also be required to pursue the completion of the proposed recapitalization transaction pursuant a plan of compromise or arrangement under the Companies' Creditors Arrangement Act (the "CCAA") and/or other court proceedings.

Pursuant to the terms of the Subordinated Notes, the Company had a 30-day grace period from October 1, 2010 to make the required interest payment before the Subordinated Noteholders would have the right to demand repayment of all obligations thereunder. Under the terms of the supplemental indenture governing the Subordinated Notes that was executed in connection with the Support Agreement, this grace period was extended to November 30, 2010. The Company expects that additional extensions will be required to complete the recapitalization transaction. Failure to make the interest payment by the extended deadline would constitute an event of default under the indentures governing each of the Subordinated Notes and Floating Rate Notes. An Event of Default under the indenture governing the Subordinated Notes, arising from the failure to make the interest payment within the grace period, would permit the holders of 25% or more of the aggregate outstanding principal amount of the Subordinated Notes to demand immediate repayment of the Company's debt obligations owing under the Subordinated Notes. Similarly, an Event of Default under the indenture governing the Existing Floating Rate Notes, arising from failure to make the interest payment on the Subordinated Notes within the grace period, would permit the holders of 25% or more of the aggregate outstanding principal amount of the Existing Floating Rate Notes to demand immediate repayment of the Company's debt obligations owing under the Existing Floating Rate Notes.

Concurrent with discussions relating to the recapitalization transaction as described above, on September 30, 2010 the Company entered into a Forbearance Agreement (the "Forbearance Agreement") with Wells Fargo to preserve the Existing Credit Facility described in note 13 (d). On November 4, 2010, the Forbearance Agreement was amended and restated (the Forbearance Agreement, as so amended and restated, the "Amended and Restated Forbearance Agreement"). Under the Amended and Restated Forbearance Agreement, Wells Fargo has agreed to not immediately exercise any rights or remedies it has related to: (a) the Company's failure to make its interest payment due to the Subordinated Noteholders on October 1, 2010; (b) the Company's ongoing litigation with QSR Holdings, Inc. ("QSR") (see note 17 (c) for a description of the litigation); or (c) any future failure to deliver an unqualified audit opinion with respect to the going concern assumption for the fiscal year ending December 31, 2010. The Amended and Restated Forbearance Agreement will terminate on the earliest to occur of: (i) the occurrence of another event constituting an event of default under the Existing Credit Facility; (ii) the occurrence of a Material Adverse Change as defined under the Existing Credit Facility (subject to exclusions for changes relating to the proposed recapitalization transaction); (iii) failure to attain certain intermediate milestones with respect to the proposed recapitalization transaction; (iv) termination of the Support Agreement or the FRN Support Agreement; (v) consummation of the recapitalization transaction on terms and conditions not reasonably satisfactory to Wells Fargo under the Existing Credit Facility; (vi) failure to remain in a grace period with respect to the nonpayment of the interest payment due to the Subordinated Noteholders on October 1, 2010; and (vi) April 30, 2011. The Company incurred $0.1 million to complete both the Forbearance Agreement and Amended and Restated Forbearance Agreement.

On November 4, 2010, the Company entered into the fourth amendment to the Existing Credit Facility (the "Fourth Amendment") to, among other changes:

- Amend the existing financial covenants pertaining to minimum levels of adjusted earnings before interest, taxes, depreciation and amortization ("Adjusted EBITDA") and fixed charge coverage ratios;
- Increase the borrowing base available to secure loans by including in such borrowing base the value of certain real property, securities and intellectual property owned by the Company and its subsidiaries, in addition to accounts receivable and inventory, in each case subject to reserves, eligibility standards and advance rate formulas. As a result, amount of financing available to the Company under the Existing Credit Facility as at November 4, 2010 increased to approximately $25 million, which excludes $2.8 million of currently outstanding secured letters of credit under the Existing Credit Facility;
- Amend the specified use of proceeds provisions to allow for certain secured and unsecured intercompany loans by US entities to Canadian entities; and
- Permit the sale of certain assets of the Company.

Given that the Support Agreement requires that, upon implementation of the recapitalization transaction, the Existing Credit Facility be amended, refinanced or replaced to provide not less than $25 million and not more than $35 million in liquidity, further consent from Wells Fargo under the Existing Credit Facility will be required in connection with the consummation of the proposed recapitalization transaction. If such consent is not obtained, the Company would be required to replace the Existing Credit Facility with a new revolving credit facility to provide additional liquidity and temporary relief during the period required to complete the proposed recapitalization transaction and fulfill the liquidity requirement referred to above. The Company incurred $0.3 million to complete the Fourth Amendment.

For the three and nine months ended September 30, 2010, the Company incurred approximately $3.0 million of fees and expenses relating to the proposed recapitalization transaction. These fees and expenses represent professional fees paid to both the Company's and the Consenting Noteholders' financial and legal advisors to assist in the analysis of financial and strategic alternatives. The Company expects that it will continue to incur substantial costs related to the pursuit of the proposed recapitalization transaction and exploration of other financial and strategic alternatives for the next three to six months. These costs may further negatively impact the Company's cash and liquidity position. For more information see note 13 and note 22.

- As discussed in note 13, utilization of the Existing Credit Facility is subject to a borrowing base formula based on the value of certain finished goods inventory and accounts receivable as well as certain restrictive covenants pertaining to operations and the maintenance of minimum levels of Adjusted EBITDA and fixed charge coverage ratios. While the Company expects to be able to comply with the Adjusted EBITDA and fixed charge coverage covenants specified under the Existing Credit Facility throughout the remainder of 2010, there are no assurances that the Company will continue to comply with the covenants specified under the Existing Credit Facility in 2011 and beyond. A breach of these covenants, failure to completed the proposed recapitalization transaction, expiration of the Amended and Restated Forbearance Agreement, failure to make the interest payment on the Subordinated Notes by the amended expiration date of the relevant grace period, or failure to obtain waivers to cure any further breaches of the covenants and restrictions set forth under the Existing Credit Facility may limit the Company's ability to borrow under the Amended Credit Facility or result in demands for accelerated repayment, thus further straining the Company's working capital position and ability to continue operations. As at November 9, 2010, the Company estimates the amount of financing available under the Existing Credit Facility is approximately $25 million, which is net of $2.8 million of secured letters of credit. The Company currently has no borrowings outstanding under the Existing Credit Facility other than such letters of credit.

- For the three and nine months ended September 30, 2010, the Company reported significant operating losses of $18.5 million and $39.3 million, respectively. Furthermore, as at September 30, 2010, the Company reported a stockholder's deficit totaling $355.7 million and a net decrease in cash resources of $24.0 million as compared to December 31, 2009. During the three months ended September 30, 2010, $2.8 million was used in operating activities; $1.6 million was used to fund investing activities and $0.2 million was used in connection with financing activities. For the nine months ended September 30, 2010, $18.9 million was used in operating activities; $4.7 million was used to fund investing activities and $0.2 million was used in financing activities. Further operating losses and negative operating cash flows would continue to have an adverse impact on the Company's liquidity position and ability to meet future obligations.

- As discussed above, the Company's long term-debt interest payments continue to be significant and strain the Company's liquidity. During the three and nine months ended September 30, 2010, the Company incurred interest expense of $9.8 million and $27.8 million, respectively, as compared to $9.3 million and $29.0 million, respectively, for the same periods in 2009. If the Company is able to successfully eliminate its $250 million Subordinated Notes through the proposed recapitalization transaction, the Company's future interest obligations are expected to be significantly reduced. The Existing Floating Rate Notes reset quarterly to an interest rate of 3-month London Interbank Offered Rate ("LIBOR") plus 3.75%. As LIBOR may fluctuate from period to period, such volatility affects quarterly interest rates on the Existing Floating Rate Notes, thereby affecting the magnitude of interest costs within a given period. As at September 30, 2010 and December 31, 2009, the Existing Floating Rate Notes bore interest rates of 4.1% and 4.0%, respectively. Under the FRN Support Agreement, the interest terms would remain the same as those currently stipulated. If the Company draws upon the Existing Credit Facility described above, additional interest expense will be incurred.

- As described above, the Company's Pharmaceutical Technologies segment has experienced a significant and sharp decline in revenues, primarily attributable to a decrease in royalty revenues based on declining sales of TAXUS by BSC. The decline in sales is primarily due to the entry of several new competitors into the U.S. drug-eluting stent market since 2008. Under its license agreement with BSC, the Company does not have the ability to control direct or indirect sales of TAXUS products. The Company expects that competitive products will continue to adversely impact TAXUS related revenues and cash flows throughout the remainder of 2010 and subsequent years. Revenue from the Company's Pharmaceutical Technologies segment for the three months ended September 30, 2010 declined by $7.5 million compared to the same period in 2009. Excluding a $25.0 million one-time license fee received from Baxter International, Inc. ("Baxter") under an Amended and Restated Distribution and License Agreement in the first quarter of 2009, revenue from the Pharmaceutical Technologies segment for the nine months ended September 30, 2010 was $20.3 million lower compared to the same period in 2009.

- As reported in note 17, the Company has entered into various research and development collaboration agreements, under which it may be required to participate in certain cost sharing or funding arrangements. The Company may also be obligated to make certain royalty and milestone payments contingent upon the achievement of contractual development, collaboration, regulatory and/or commercial milestones, which are not necessarily within the Company's control. As such, acceleration of research and development activities under collaboration agreements by counterparties and any unexpected outcomes may trigger contingent payments earlier than are currently expected, thus negatively impacting the Company's cash flows and liquidity position.

The Company's ability to continue as a going concern will depend upon its ability to: (i) execute and complete the proposed recapitalization transaction as described above and in note 13, (ii) restructure, refinance or amend terms of its other existing debt obligations; (ii) remain in compliance with its debt covenants to maintain access to its Existing Credit Facility; (iii) obtain additional equity and debt financing; (iv) achieve revenue growth and improvement of gross margins; and (v) achieve greater operating efficiencies or a reduction of expenses.

The Company's future plans and current initiatives to manage its operating, going concern and liquidity risks include, but are not limited to the following:

- Implementation and execution of the proposed recapitalization transaction to reduce the burden of existing debt levels and interest expense;
- Exploration of various other strategic and financial alternatives, including a potential future equity financing;
- Attainment of the necessary debt waivers, extensions or temporary concessions to provide relief during the restructuring period;
- Maintenance and utilization of the Existing Credit Facility with Wells Fargo;
- Evaluation of amounts expended for certain sales and marketing programs;
- Selected gross margin improvement initiatives;
- Potential sale of non-productive property, plant and equipment assets;
- Renegotiation of certain licensing and distribution agreements; and
- Optimization of day-to-day operating cash flows.

Management continues to closely monitor and manage liquidity by regularly preparing rolling cash flow forecasts, monitoring the condition and value of assets available to be used as security in financing arrangements, seeking flexibility in financing arrangements and establishing programs to maintain compliance with the terms of financing agreements.

Although the Company has entered into various agreements with the intention to recapitalize the Company, there is no assurance that the Company will be able to successfully execute and complete the proposed recapitalization transaction before the before the expiration of the existing temporary waivers, extensions and other relief granted by the Amended and Restated Forbearance Agreement, the Support Agreement and the Fourth Amendment. Any recapitalization transaction contemplated by the Support Agreement may also be subject to governmental, court, regulatory, shareholder and third party approvals. In the event that the Company is unable to successfully complete the recapitalization transaction or make its interest payment on the Subordinated Notes by the expiration of the applicable grace period; the Subordinated Noteholders, holders of the Company's Existing Floating Rate Notes or Wells Fargo under the Company's Existing Credit Facility might elect to trigger provisions under the respective indentures or credit agreements allowing them to accelerate repayment and, in the case of the Wells Fargo under the Company's Existing Credit Facility, refuse to extend further credit to the Company. In this case, the Company's current cash and credit capacity would not be sufficient to service principal debt and interest obligations. In addition, restrictions on the Company's ability to borrow and the possible accelerated demand of repayment of existing or future obligations by any of the Company's creditors might jeopardize the Company's working capital position and ability to sustain its operations. In such circumstances, the Company would explore other alternatives, which may include a potential reorganization under the applicable bankruptcy and insolvency laws.

While the Company believes that it has developed planned courses of action and identified other opportunities to mitigate the operating, going concern and liquidity risks outlined above, there is no assurance that it will be able to complete any or all of the plans or initiatives that have been identified or obtain sufficient liquidity to execute its business plan. Furthermore, there may be other material risks and uncertainties that may impact the Company's liquidity position that have not yet been identified.

## 2. SIGNIFICANT ACCOUNTING POLICIES

Other than the changes in accounting policies described below in these interim consolidated financial statements, all accounting policies are the same as described in note 2 to the Company's audited consolidated financial statements for the year ended December 31, 2009 included in the 2009 Annual Report.

The preparation of financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amount of assets and liabilities and disclosures of contingent assets and liabilities at the dates of the financial statements and the reported amounts of revenue and expenses during the reported periods. Estimates are used when accounting for the collectability of receivables, valuing deferred tax assets, provisions for inventory obsolescence, accounting for manufacturing variances, determining stock-based compensation expense and reviewing long-lived assets for impairment. Actual results may differ materially from these estimates.

*Recently adopted accounting policies*

In August 2009, the Financial Accounting Standards Board ("FASB") issued an accounting standard update ("ASU") on measuring liabilities at fair value under accounting standard codification ("ASC") No. 820, *Fair Value Measurements and Disclosures.* The update provides clarification on how to measure the fair value of a liability when a quoted price for an identical liability is not available in an active market. This includes a discussion of appropriate valuation techniques. ASC No. 820 is effective for reporting periods, including interim periods, beginning after August 26, 2009. Adoption of this standard did not have a material impact on the valuation of the Company's liabilities.

In June 2009, the FASB issued a new standard under ASC No. 810-10, *Consolidation* which changes the consolidation model for Variable Interest Entities ("VIE"). The revised model increases the qualitative analysis required when identifying which entity is the primary beneficiary that has (i) the power to direct the activities of a VIE that most significantly impact the entity's economic performance and (ii) the obligation to absorb losses or the right to receive benefits from the VIE. The new standard eliminates the Qualifying Special Purpose Entity ("QSPE") exemption, requires ongoing reconsideration of the primary beneficiary and amends the events which trigger reassessment of whether an entity is a VIE. The Company adopted the new guidance effective January 1, 2010. Adoption of this standard did not have a material impact on our 2010 financial results.

In January 2010, the FASB issued ASU No. 2010-02, *Consolidation: Accounting and Reporting for Decreases in Ownership of a Subsidiary – a Scope Clarification,* under ASC No. 810. The update clarifies the scope of decreases in ownership provisions and expands required disclosures for subsidiaries that are deconsolidated or group of assets that are derecognized. ASU No. 2010-02 is effective beginning in the first interim or annual reporting period ending on or after December 15, 2009, however, the amendments must be applied retrospectively to the first period that an entity adopted ASC No. 810-10. The adoption of the update did not have any impact on the Company's financial statements.

In January 2010, the FASB issued ASU No. 2010-06, *Fair Value Measurements and Disclosures: Improving Disclosures about Fair Value Measurements,* under ASC No. 820-10. The update requires new disclosures about (i) significant transfers in and out of Level 1 and Level 2 fair value measurements and (ii) the roll forward activity affecting Level 3 fair value measurements. ASU No. 2010-06 also clarifies disclosures required about inputs, valuation techniques and the level of disaggregation applied to each class of assets and liabilities. With the exception of the changes to Level 3 fair value measurements, all new disclosures and clarifications under ASC No. 2010-06 are effective for interim and annual reporting periods beginning after December 15, 2009. These amendments have had no impact on the Company's financial results given that they relate to disclosure and presentation only. New disclosures about Level 3 fair value measurements are effective for interim and annual reporting periods beginning after December 15, 2010. These disclosures are not expected to have a material impact on the Company's financial statements.

In February 2010, the FASB issued ASU No. 2010-09, *Subsequent Events: Amendments to Certain Recognition and Disclosure Requirements.* The amendment removes the requirement for an SEC filer to disclose the date through which subsequent events have been evaluated in both issued and revised financial statements. SEC filers are still required to evaluate subsequent events through the date that the financial statements are issued. ASU No. 2010-09 was effective upon issuance and had no material impact on the Company's financial statements or disclosures.

In April 2010, the FASB issued ASU No. 2010-17, *Revenue Recognition – Milestone Method of Revenue Recognition,* under ASC No. 605. The new guidance defines specific criteria for evaluating whether the milestone method is appropriate for the purposes of assessing revenue recognition. ASU No. 2010-17 stipulates that consideration tied to the achievement of a milestone may only be recognized if it meets all of the defined criteria for the milestone to be considered substantive. The guidance also requires expanded disclosures about the overall arrangement, the nature of the milestones, the consideration and the assessment of whether the milestones are substantive. ASU No. 2010-17 is effective on a prospective basis for milestones achieved in fiscal years and interim periods beginning on or after June 15, 2010. The adoption of this standard has had no material impact on the Company's recognition of revenue from current collaboration and revenue contracts.

## 3. FUTURE ACCOUNTING PRONOUNCEMENTS

In October 2009, the FASB issued ASU No. 2009-13, *Multiple-Deliverable Revenue Arrangements,* under ASC No. 605. The new guidance provides a more flexible alternative to identify and allocate consideration among multiple elements in a bundled arrangement when vendor-specific objective evidence or third-party evidence of selling price is not available. ASU No. 2009-13 requires the use of the relative selling price method and eliminates the residual method to allocation arrangement consideration. Additional expanded qualitative and quantitative disclosures are also required. The guidance is effective prospectively for revenue arrangements entered into or materially modified in years beginning on or after June 15, 2010. The Company is assessing the potential impact that the adoption of ASU No. 2009-13 may have on its consolidated balance sheets, results of operations and cash flows.

In April 2010, the FASB issued ASU No. 2010-13, *Effect of Denominating the Exercise Price of a Share-Based Payment Award in the Currency of the Market in Which the Underlying Equity Security Trades.* ASC No. 718, *Compensation – Stock Compensation* provides guidance on whether share-based payments should be classified as either equity or a liability. Under this section, share-based payment awards that contain conditions which are not market, performance or service conditions are

classified as liabilities. The updated guidance clarifies that an employee share-based payment award, with an exercise price denominated in the currency of a market in which substantial portion of the entity's equity securities trade and which differs from the functional currency of the employer entity or payroll currency of the employee, are not considered to contain a condition that is not a market, performance or service condition. As such, these awards are classified as equity. ASU No. 2010-13 is effective for fiscal years and interim periods beginning on or after December 15, 2010. The cumulative effect of adopting this guidance should be applied to the opening balance of retained earnings. The Company does not expect that this standard to impact its financial results.

## 4. FINANCIAL INSTRUMENTS AND FINANCIAL RISK

For certain of the Company's financial assets and liabilities, including cash and cash equivalents, accounts receivable, and accounts payable and accrued liabilities, the carrying amounts approximate fair value due to their short-term nature. The fair value of the short-term investments approximates their carrying value of $5.7 million as of September 30, 2010 (December 31, 2009 – $7.8 million) as these investments are marked-to-market each period. The total fair value of the long-term debt and accrued interest is approximately $381.6 million (December 31, 2009 – $436.8 million) and has a carrying value of $585.8 million as at September 30, 2010 (December 31, 2009 – $581.0 million). The fair values of the short-term investments and long-term debt are based on quoted market prices at September 30, 2010 and at December 31, 2009.

Financial risk includes interest rate risk, exchange rate risk and credit risk:

- Interest rate risk arises due to the Company's long-term debt bearing variable interest rates. The interest rate on the Floating Rate Notes is reset quarterly to 3-month LIBOR plus 3.75%. The Floating Rate Notes currently bear interest at a rate of 4.1% (December 31, 2009 – 4.0%). The Company does not use derivatives to hedge against interest rate risks.
- Foreign exchange rate risk arises as a portion of the Company's investments, revenues and expenses are denominated in currencies other than U.S. dollars. The Company's financial results are subject to the variability that arises from exchange rate movements in relation to the U.S. dollar, and is primarily limited to the Canadian dollar, the Swiss franc, the Euro, the Danish kroner and the UK pound sterling. Foreign exchange risk is partially managed by satisfying foreign denominated expenditures with cash flows or assets denominated in the same currency.
- Credit risk arises as the Company provides credit to its customers in the normal course of business. The Company performs credit evaluations of its customers on a continuing basis and the majority of its trade receivables are unsecured. The maximum credit risk loss that the Company could face is limited to the carrying amount of accounts receivable. Concentrations of credit risk with respect to trade accounts receivable are limited due to the large number of customers and their dispersion across many geographic areas. However, a significant amount of trade accounts receivable is with the national healthcare systems of several countries. Efforts by governmental and third-party payers to reduce health care costs or the announcement of legislative proposals or reforms to implement government controls could impact the Company's credit risk. Although the Company does not currently foresee a significant credit risk associated with these receivables, collection is dependent to some extent upon the financial stability of those countries' national economies. At September 30, 2010, accounts receivable is net of an allowance for uncollectible accounts of $1.0 million (December 31, 2009 – $0.5 million).

## 5. ACQUISITION OF CERTAIN ASSETS OF HAEMACURE CORPORATION

On April 6, 2010, the Company acquired certain Haemacure Corporation ("Haemacure") assets for consideration of $3.9 million. Under ASC No. 805, the transaction qualified as a business combination and the acquisition method was used to account for the transaction.

Prior to the acquisition, the Company entered into various license, distribution, development and supply agreements for fibrin and thrombin technologies. The collaboration was intended to provide the Company with access to technology for certain of its surgical product candidates which are currently in preclinical development. As these agreements did not contain any settlement provisions and were neither favorable nor unfavorable when compared to current market pricing for similar transactions, no settlement gains or losses were recognized.

As part of the collaboration, the Company provided Haemacure with a senior secured bridge financing facility (the "loan") of $2.5 million in multiple draw-downs throughout 2009. The loan was for a two year term, bore an annual interest rate of 10%, compounded quarterly, and was senior to all of Haemacure's indebtedness, subject to certain exceptions. The loan was secured by substantially all of Haemacure's assets. As at December 31, 2009, the loan was recognized at its fair value of $1.6 million with the remainder being amortized on account of an arrangement for prepaid services. On January 11, 2010 Haemacure announced it filed a notice of intention to make a proposal to its creditors under the Bankruptcy and Insolvency Act (Canada) and its wholly-owned U.S. subsidiary sought court protection under Chapter 11 of the U.S. Bankruptcy Code. These actions were taken in light of Haemacure's financial condition and inability to raise additional financing. The Company subsequently provided an additional $1.0 million of financing to fund Haemacure's insolvency proceedings and day-to-day operations. The loan and accrued interest was effectively settled in exchange for certain assets acquired from Haemacure. In addition, the Company paid an additional $0.2 million in cash to settle certain obligations owed by Haemacure.

As at April 5, 2010, the carrying value of the loan owed by Haemacure was $2.5 million compared to the contractual amount of $3.7 million. In accordance with ASC No. 805-10-55-21, the Company recognized a $1.2 million gain on the effective settlement of the pre-existing debt arrangement, which reflects the difference between the contractual settlement amount of the loan and its carrying value.

The estimated fair values of the net assets acquired at the date of acquisition are summarized as follows:

| | April 6, 2010 |
|---|---|
| Property, plant and equipment | $ 2,906 |
| Intangible assets | 1,700 |
| Deferred income tax liability | (720) |
| Estimated fair value of net assets acquired | 3,886 |
| Consideration: | |
| Face value of the loan receivable, including accrued interest | 3,686 |
| Cash paid | 200 |
| Total consideration | $ 3,886 |

The Company used the income approach to determine the fair value of the intangible assets acquired. The fair values of the property, plant and equipment were estimated using a cost-based approach which considers replacement values as well as the values ascribed to the assets for their highest and best use as defined by U.S. GAAP.

As the acquisition qualified as a business combination, transaction-related expenses of $nil and $0.6 million were charged to selling, general and administration costs, respectively, during the three and nine months ended September 30, 2010. This preliminary assessment is based on initial estimates by management of the fair values of the assets acquired as at April 6, 2010. The determination of the fair value of all identifiable assets and liabilities is subject to the finalization of subsequent valuation procedures. The Company expects to finalize the allocation of the fair values by December 31, 2010. The assets acquired from Haemacure have been included in the consolidated financial statements since the date of acquisition.

*Pro forma information (unaudited)*

The following unaudited pro forma information is provided for the business combination assuming that it occurred at the beginning of the earliest period presented, January 1, 2009. The pro forma information combines the financial results of the Company with the financial results of Haemacure for the three and nine month periods ended September 30, 2010 and September 30, 2009.

| | Three months ended September 30, 2010 | Three months ended September 30, 2009 | Nine months ended September 30, 2010 | Nine months ended September 30, 2009 |
|---|---|---|---|---|
| Net loss | $ (18,500) | $ (9,891) | $ (40,755) | $ (11,365) |
| Net loss per share | (0.22) | (0.12) | (0.48) | (0.13) |

The information presented above is for illustrative purposes only and is not indicative of the results that would have been achieved had the business combination taken place at the beginning of the earliest period presented. For comparative purposes, the pro forma information above excludes the impact of the $1.2 million non-recurring loan settlement gain and $0.6 million of transaction costs which were incurred in connection with the business combination during the nine months ended September 30, 2010. The pro forma impact on revenue was not material for any of the periods presented.

## 6. CASH AND CASH EQUIVALENTS

Cash and cash equivalents are comprised of the following:

| | September 30, 2010 | December 31, 2009 |
|---|---|---|
| U.S. dollars | $ 17,581 | $ 34,335 |
| Canadian dollars | 1,155 | 5,542 |
| Swiss franc | 614 | 986 |
| Euro | 3,466 | 5,680 |
| Danish kroner | 1,634 | 412 |
| Other | 1,116 | 2,587 |
| | $ 25,566 | $ 49,542 |

## 7. SHORT-TERM INVESTMENTS

| September 30, 2010 | Cost | Gross unrealized gains | Carrying value |
| --- | --- | --- | --- |
| *Short-term investments:* | | | |
| Available-for-sale equity securities | $848 | $ 4,898 | $ 5,746 |

| December 31, 2009 | Cost | Gross unrealized gains | Carrying value |
| --- | --- | --- | --- |
| *Short-term investments:* | | | |
| Available-for-sale equity securities | $848 | $ 6,932 | $ 7,780 |

All of the Company's available-for-sale securities are in publicly traded equity securities, which are recorded at fair value at the end of each reporting period based on available bid prices.

## 8. INVENTORIES

Inventories are comprised of the following:

| | September 30, 2010 | December 31, 2009 |
| --- | --- | --- |
| Raw materials | $ 9,583 | $ 10,352 |
| Work in process | 13,205 | 12,283 |
| Finished goods | 15,222 | 12,906 |
| | $ 38,010 | $ 35,541 |

## 9. PROPERTY, PLANT AND EQUIPMENT

| September 30, 2010 | Cost | Accumulated depreciation | Net book value |
| --- | --- | --- | --- |
| Land | $ 5,051 | $ — | $ 5,051 |
| Buildings | 15,441 | 2,284 | 13,157 |
| Leasehold improvements | 22,715 | 7,095 | 15,620 |
| Manufacturing equipment | 23,945 | 11,060 | 12,885 |
| Research equipment | 8,250 | 5,872 | 2,378 |
| Office furniture and equipment | 4,386 | 3,702 | 684 |
| Computer equipment | 7,808 | 7,045 | 763 |
| | $87,596 | $ 37,058 | $50,538 |

| December 31, 2009 | Cost | Accumulated depreciation | Net book Value |
| --- | --- | --- | --- |
| Land | $ 4,796 | $ — | $ 4,796 |
| Buildings | 14,736 | 2,248 | 12,488 |
| Leasehold improvements | 19,709 | 6,292 | 13,417 |
| Manufacturing equipment | 20,396 | 9,175 | 11,221 |
| Research equipment | 8,197 | 5,235 | 2,962 |
| Office furniture and equipment | 4,398 | 3,577 | 821 |
| Computer equipment | 8,183 | 7,009 | 1,174 |
| | $80,415 | $ 33,536 | $46,879 |

Depreciation expense, including depreciation expense allocated to cost of goods sold, for the three and nine months ended September 30, 2010 was $1.8 million and $5.2 million, respectively ($1.7 million and $5.2 million, respectively, for the three and nine months ended September 30, 2009).

## 10. INTANGIBLE ASSETS

| September 30, 2010 | Cost | Accumulated amortization | Net book value |
| --- | --- | --- | --- |
| Acquired technologies | $136,760 | $ 74,889 | $ 61,871 |
| Customer relationships | 110,282 | 48,521 | 61,761 |
| In-licensed technologies | 53,650 | 33,375 | 20,275 |
| Trade names and other | 14,327 | 7,130 | 7,197 |
| | $315,019 | $ 163,915 | $151,104 |

| December 31, 2009 | Cost | Accumulated amortization | Net book value |
|---|---|---|---|
| Acquired technologies | $135,060 | $ 64,935 | $ 70,125 |
| Customer relationships | 110,778 | 41,530 | 69,248 |
| In-licensed technologies | 53,882 | 28,710 | 25,172 |
| Trade names and other | 14,511 | 6,037 | 8,474 |
| | $314,231 | $ 141,212 | $173,019 |

Amortization expense for the three and nine months ended September 30, 2010 was $7.6 million and $22.7 million, respectively ($7.5 million and $22.3 million, respectively, for the three and nine months ended September 30, 2009).

## 11. ACCOUNTS PAYABLE AND ACCRUED LIABILITIES

| | September 30, 2010 | December 31, 2009 |
|---|---|---|
| Trade accounts payable | $ 5,473 | $ 5,110 |
| Accrued license and royalty fees | 11,087 | 13,738 |
| Employee-related accruals | 14,219 | 14,054 |
| Accrued professional fees | 4,688 | 4,141 |
| Accrued contract research | 707 | 704 |
| Other accrued liabilities | 8,419 | 8,577 |
| | $ 44,593 | $ 46,324 |

## 12. DEFERRED LEASEHOLD INDUCEMENT

On April 16, 2010, Surgical Specialties Puerto Rico, Inc., the Company's Puerto Rico-based subsidiary, received a $2.1 million government grant for the construction of a clean room and completion of certain tenant improvements. Given that title and ownership of the clean room and tenant improvements ultimately resides with the landlord of the leased property, the grant has been recorded as a deferred leasehold inducement. The deferred leasehold inducement is being amortized over the lease term with a corresponding reduction to rent expense.

## 13. LONG-TERM DEBT

The following long-term debt was issued and outstanding:

| | September 30, 2010 | December 31, 2009 |
|---|---|---|
| Senior Floating Rate Notes | $ 325,000 | $ 325,000 |
| 7.75% Senior Subordinated Notes | 250,000 | 250,000 |
| | $ 575,000 | $ 575,000 |

*(a) Existing Floating Rate Notes*

On December 11, 2006, the Company issued the Existing Floating Rate Notes due December 1, 2013 in the aggregate principal amount of $325 million. The Existing Floating Rate Notes bear interest at an annual rate of LIBOR plus 3.75%, which is reset quarterly. Interest is payable quarterly in arrears on March 1, June 1, September 1, and December 1 of each year through to maturity. The Existing Floating Rate Notes are unsecured senior obligations, are guaranteed by certain of the Company's subsidiaries, and rank equally in right of payment to all of the Company's existing and future senior indebtedness. At September 30, 2010, the interest rate on these notes was 4.1%. The Company may redeem all or a part of the Existing Floating Rate Notes at specified redemption prices.

As part of the proposed recapitalization transaction announced on October 29, 2010, the Company entered into the FRN Support Agreement with holders of approximately 51% of the aggregate principal amount of its Existing Floating Rate Notes ("FRN Noteholders") to exchange their Existing Floating Rate Notes for New Floating Rate Notes. The New Floating Rate Notes would be issued on substantially the same terms and conditions as the Existing Floating Rates Notes, other than proposed amendments to certain to key provisions of the Floating Rate Note indenture as follows:

- Changes to covenants pertaining to the incurrence of additional indebtedness and liens, including a reduction in the allowance from $100 million to $50 million for the Company to obtain new senior secured indebtedness having seniority to the New Floating Rate Notes;

- The provision of additional security for holders of the Existing Floating Rate Notes by providing a second lien over the property and assets of the Company and certain of its subsidiaries, that secure the Existing Credit Facility, subject to customary carve-outs and certain permitted liens; and
- Changes to the definitions of certain "Change of Control" provisions.

*(b) Senior Subordinated Notes*

On March 23, 2006, the Company issued the Subordinated Notes due April 1, 2014 in the aggregate principal amount of $250 million. The Subordinated Notes bear interest at an annual rate of 7.75% payable semi-annually in arrears on April 1 and October 1 of each year through to maturity. The Subordinated Notes are unsecured obligations. The Subordinated Notes and related note guarantees provided by the Company and certain of its subsidiaries are subordinated in right of payment to the Existing Floating Rate Notes described above and the Company's existing and future senior indebtedness. The Company may redeem all or a part of the Subordinated Notes at specified redemption prices.

Due to the liquidity constraints as described above and other factors, on October 29, 2010 the Company announced that it had entered into a Support Agreement with the Consenting Noteholders of approximately 73% of the outstanding aggregate principal amount of the Company's Subordinated Notes to effectuate a recapitalization of the Company that would result in a significant reduction of the Company's debt. Upon implementation, the recapitalization transaction would eliminate $250 million in total indebtedness and provide significant improvements to the Company's credit ratios, liquidity and financial flexibility.

This proposed transaction follows the October 1, 2010 announcement that the Company was in negotiations with the Consenting Noteholders to restructure existing debt levels and that it would not be making the $9.7 million interest payment due to the Subordinated Noteholders on October 1, 2010. The outstanding interest obligation of $9.7 million has been fully accrued for as at September 30, 2010.

Pursuant to the terms of the Subordinated Notes, the Company had a 30 day grace period from October 1, 2010 to make the required interest payment before the Subordinated Noteholders would have the right to demand repayment of all obligations thereunder. Under the terms of the supplemental indenture governing the Subordinated Notes that was executed in connection with the Support Agreement, this grace period was extended to November 30, 2010. The Company expects that additional extensions will be required to complete the recapitalization transaction. Failure to make the interest payment by the extended deadline would constitute an event of default under the indentures governing each of the Subordinated Notes and Existing Floating Rate Notes. An Event of Default under the indenture governing the Subordinated Notes, arising from failure to make the interest payment within the grace period, would permit the holders of 25% or more of the aggregate outstanding principal amount of the Subordinated Notes to demand immediate repayment of the Company's debt obligations owing under the Subordinated Notes. Similarly, an event of default under the indenture governing the Existing Floating Rate Notes, arising from failure to make the interest payment on the Subordinated Notes within the grace period, would permit the holders of 25% or more of the aggregate outstanding principal amount of the Existing Floating Rate Notes to demand immediate repayment of the Company's debt obligations owing under the Existing Floating Rate Notes.

Key elements of the proposed recapitalization transaction are as follows:

i. Under the terms of the Support Agreement, the Consenting Noteholders have agreed to exchange their Subordinated Notes for new common stock issued by the Company through an Exchange Offer (the "Exchange Offer"), which is expected to be initiated on or before November 29, 2010. All Noteholders will be eligible to participate in the Exchange Offer, under which they would receive 90% of the new common stock upon completion of the recapitalization transaction, subject to potential dilution. Contingent upon the Exchange Offer being implemented, the Subordinated Noteholders consenting to the terms of the Support Agreement would be entitled to receive, on a pro-rata basis, an additional 3.5% of the new common stock upon completion of the recapitalization transaction, subject to potential dilution. Pursuant to the Support Agreement, the obligation of the Consenting Noteholders to complete the recapitalization transaction is conditional on the completion of the transactions contemplated by the FRN Support Agreement with the FRN Noteholders as described in note 13(a) above.

ii. Upon implementation of the proposed recapitalization transaction, existing common stockholders would receive, in exchange for their existing shares, 2.5% of the new common stock and options to acquire 10% of the new common stock (each subject to dilution) with a strike price that provides for a par recovery to the Subordinated Noteholders. This consideration would be conditioned upon receipt of either a favorable shareholder vote on the recapitalization transaction or an exemption order.

iii. Upon completion of the proposed recapitalization, all existing options, warrants or other rights to purchase common stock would be cancelled.

iv. Under the Support Agreement, at least 98% of the aggregate principal amount of the Subordinated Noteholders must consent to the Exchange Offer (the "Minimum Exchange Offer Threshold") on or before January 7, 2011. If the Minimum Exchange Offer Threshold is not met, the Company might be required to pursue the recapitalization transaction pursuant to a plan of arrangement under the *Canada Business Corporations Act* ("CBCA"). Under the Support Agreement, the Company might also be required to pursue the completion of the recapitalization transaction pursuant a plan of compromise or arrangement under the *Companies' Creditors Arrangement Act* (the "CCAA") and/or other court proceedings.

v. Upon implementation of the proposed recapitalization transaction, the support agreement requires that the Company's credit facility with Wells Fargo be amended, refinanced or replaced to provide not less than $25 million and not more than $35 million in liquidity.

vi. The completion of the proposed recapitalization transaction is also subject to the establishment of a stock-based incentive plan that is satisfactory to the Company and the Consenting Noteholders. The stock-based incentive plan may provide, over the life of the plan, for the grant of common stock and options of up to 15% of the new common stock, subject to potential dilution, as well as vesting and other considerations consistent with such stock-based incentive plans.

vii. The proposed recapitalization transaction is expected to be implemented no later than April 30, 2011.

For the three and nine months ended September 30, 2010, the Company incurred approximately $3.0 million of fees and expenses relating to the proposed recapitalization transaction. These fees and expenses represent professional fees paid to both the Company's and the Consenting Noteholders' financial and legal advisors to assist in the analysis of financial and strategic alternatives.

Although the Company has entered into various agreements with the intention to recapitalize the Company, there is no assurance that the Company will be able to successfully execute and complete the recapitalization transaction before the expiration of the existing temporary waivers and extensions granted by the Amended and Restated Forbearance Agreement, the Support Agreement and the Fourth Amendment. The completion of the proposed recapitalization transaction is also subject to completion of definitive documentation and satisfaction of any conditions contained therein. As a result, management is still in the process of assessing the impact of the transaction on the Company's financial results.

*c) Deferred Financing Costs*

Deferred financing costs are capitalized and amortized on a straight-line basis, which approximates the effective interest rate method, to interest expense over the life of the debt instruments.

| September 30, 2010 | Cost | Accumulated amortization | Net book value |
|---|---|---|---|
| Debt issuance costs relating to: | | | |
| Senior Floating Rate Notes | $ 8,000 | $ 4,367 | $ 3,633 |
| 7.75% Senior Subordinated Notes | 8,718 | 4,904 | 3,814 |
| Revolving Credit Facility (Note 13 (d)) | 2,838 | 1,066 | 1,772 |
| Other | 291 | — | 291 |
| | $19,847 | $ 10,337 | $ 9,510 |

| December 31, 2009 | Cost | Accumulated amortization | Net book value |
|---|---|---|---|
| Debt issuance costs relating to: | | | |
| Senior Floating Rate Notes | $ 8,000 | $ 3,506 | $ 4,494 |
| 7.75% Senior Subordinated Notes | 8,718 | 4,087 | 4,631 |
| Revolving Credit Facility (Note 13 (d)) | 2,563 | 551 | 2,012 |
| Other | 272 | — | 272 |
| | $19,553 | $ 8,144 | $11,409 |

*d) Existing Credit Facility*

As at September 30, 2010, the Company had a credit agreement with Wells Fargo for a $25.0 million credit facility. The purpose of this facility was to provide additional liquidity for working capital and general corporate purposes. The amount

available for borrowing at any time under facility is subject to a borrowing base formula derived from the value of certain of the Company's finished goods inventory and accounts receivable as well as certain restrictive covenants pertaining to operations and the maintenance of minimum levels of Adjusted EBITDA and fixed charge coverage ratios. The amount the Company is able to borrow under the Existing Credit Facility therefore fluctuates from month to month. As of September 30, 2010, the amount of financing available under the Existing Credit Facility was approximately $16.0 million, which is net of $2.0 million in letters of credit secured under the Existing Credit Facility. As at September 30, 2010, there were no borrowings outstanding under the Existing Credit Facility and the Company was in compliance with the financial covenants thereunder.

Borrowings under the Existing Credit Facility are secured by certain assets held by the Company's North American operations. In addition, the Canadian parent company, Angiotech Pharmaceuticals Inc. and certain of its subsidiaries; have been named as the guarantor. Under the *General Continuing Guaranty* agreement, the guarantor irrevocably and unconditionally guarantees (a) the due and punctual payment of all borrowings, including interest, when due and payable and (b) the fulfillment of and compliance with all terms, conditions and covenants under the Existing Credit Facility agreement and all other related loan documents.

Any borrowings outstanding under the Existing Credit Facility bear interest at rates ranging from LIBOR plus 3.25% to LIBOR plus 3.75%, with a minimum Base LIBOR Rate of 2.25%. As the minimum Base LIBOR Rate under the revolving credit facility is 2.25% and the LIBOR was 0.30% on September 30, 2010 (December 31, 2009 – 0.25%), a 0.50% increase or decrease in the LIBOR as of September 30, 2010 would have no impact on interest payable under the credit facility.

Repayment of any amounts drawn under the Existing Credit Facility can be made at certain points in time with ultimate maturity being February 27, 2013. Prepayments made under the Existing Credit Facility in certain circumstances cannot be re-borrowed by the Company.

In April 2010, the Company completed a third amendment to the existing credit agreement which, among other changes, amended existing financial covenants pertaining to minimum EBITDA levels and interest coverage ratios. The change was intended to reflect the continued decline and uncertainty of sales of TAXUS by BSC and the related potential impact on the Company's Adjusted EBITDA.

In connection with the Company's recent decision to defer the $9.7 million interest payment due to the Subordinated Noteholders on October 1, 2010, the Company entered into the Forbearance Agreement (the "Forbearance Agreement") with Wells Fargo on September 30, 2010 to preserve the Existing Credit Facility described above. On November 4, 2010, the Company entered into the Amended and Restated Forbearance Agreement with Wells Fargo related to its Existing Credit Facility. Under the Amended and Restated Forbearance Agreement, Wells Fargo has agreed to not immediately exercise any rights or remedies it has related to: (a) the Company's failure to make its interest payment due to the Subordinated Noteholders on October 1, 2010; (b) the Company's ongoing litigation with QSR Holdings; or (c) any future failure to deliver an unqualified audit opinion with respect to the going concern assumption for the fiscal year ending December 31, 2010. The Amended and Restated Forbearance Agreement will terminate on the earliest to occur of (i) the occurrence of another event constituting an event of default under the Existing Credit Facility, (ii) the occurrence of a Material Adverse Change as defined under the Existing Credit Facility (subject to exclusions for changes relating to the recapitalization transaction), (iii) failure to attain certain intermediate milestones with respect to the recapitalization transaction, (iv) termination of the Support Agreement or the FRN Support Agreement, (v) consummation of the recapitalization transaction on terms and conditions not reasonably satisfactory to the Wells Fargo under the Existing Credit Facility, (vi) failure to remain in a grace period with respect to the nonpayment of the interest payment due to the Subordinated Noteholders on October 1, 2010 and (vi) April 30, 2011. The Company incurred $0.1 million to complete both the Forbearance Agreement and Amended and Restated Forbearance Agreement.

On November 4, 2010, the Company entered into the Fourth Amendment to the Existing Credit Facility to, among other changes:

- Amend the existing financial covenants pertaining to minimum EBITDA levels and fixed charge coverage ratios;
- Increase the borrowing base available to secure loans by including in such borrowing base the value of certain real property, securities and intellectual property owned by the Company and its subsidiaries, in addition to accounts receivable and inventory, in each case subject to reserves, eligibility standards and advance rate formulas. As a result, amount of financing available to the Company under the Existing Credit Facility as at November 4, 2010 increased to approximately $25 million, which excludes $2.8 million currently outstanding secured letters of credit under the Existing Credit Facility;

- Amend the specified use of proceeds provisions to allow for certain secured and unsecured intercompany loans by US entities to Canadian entities; and
- Permit the sale of certain assets of the Company.

Given that the Support Agreement requires that, upon implementation of the recapitalization transaction, the Existing Credit Facility be amended, refinanced or replaced to provide not less than $25 million and not more than $35 million in liquidity, further consent from Wells Fargo under the Existing Credit Facility will be required in connection with the consummation of the proposed recapitalization transaction. If such consent is not obtained, the Company would be required to replace the Existing Credit Facility with a new revolving credit facility to provide additional liquidity and temporary relief during the period required to complete the proposed recapitalization transaction and fulfill the liquidity requirement referred to above. The Company incurred $0.3 million to complete the Fourth Amendment.

While the Company expects to be able to comply with the Adjusted EBITDA and fixed charge coverage covenants specified under the Existing Credit Facility throughout the remainder of 2010, there are no assurances that the Company will continue to comply with the covenants specified under the Existing Credit Facility in 2011 and beyond. A breach of these covenants, failure to complete the proposed recapitalization transaction, expiration of the Amended and Restated Forbearance Agreement, failure to make the interest payment on the Subordinated Notes by the amended expiration date of the relevant grace period, or failure to obtain waivers to cure any further breaches of the covenants and restrictions set forth under the Existing Credit Facility may limit the Company's ability to borrow under the Existing Credit Facility or result in demands for accelerated repayment, thus further straining the Company's working capital position and ability to continue operations. The Company currently has no borrowings outstanding under the Existing Credit Facility other than such letters of credit referred to above.

## 14. INCOME TAXES

For the three and nine months ended September 30, 2010 the Company recorded an income tax recovery of $0.5 million and income tax expense of $2.0 million, respectively, compared to an income tax expense of $2.1 million and income tax expense of $7.6 million for the three and nine months ended September 30, 2009, respectively. The income tax expense for the nine months ended September 30, 2010 is primarily due to positive net earnings from operations in the U.S. and certain foreign jurisdictions.

The effective tax rate for the current period differs from the statutory Canadian tax rate of 28.5% and is primarily due to valuation allowances on net operating losses, the net effect of lower tax rates on earnings in foreign jurisdictions, and permanent differences not subject to tax.

## 15. SHARE CAPITAL

During the three and nine months ended September 30, 2010, the Company issued 6,173 and 38,368 common shares respectively upon exercises of awards (10,000 and 14,742, respectively, for the three and nine months ended September 30, 2009). The Company issues new shares to satisfy stock option and award exercises.

*a) Stock Options*

*Angiotech Pharmaceuticals, Inc.*

In June 2006, the shareholders approved the adoption of the 2006 Stock Incentive Plan (the "2006 Plan") which superseded the Company's previous stock option plans. The 2006 Plan incorporated all of the options granted under the previous stock option plans and, in total, provides for the issuance of non-transferable stock options and stock-based awards (as defined below) to purchase up to 13,937,756 common shares to employees, officers, directors of the Company, and persons providing ongoing management or consulting services to the Company. The 2006 Plan provides for, but does not require, the granting of tandem stock appreciation rights that at the option of the holder may be exercised instead of the underlying option. A stock option with a tandem stock appreciation right is referred to as an award. When the tandem stock appreciation right portion of an award is exercised, the underlying option is cancelled. The tandem stock appreciation rights are settled in equity and the optionee receives common shares with a fair market value equal to the excess of the fair value of the shares subject to the option at the time of exercise (or the portion thereof so exercised) over the aggregate option price of the shares set forth in the option agreement. The exercise price of the options and awards is fixed by the Board of Directors, but will generally be at least equal to the market price of the common shares at the date of grant, and for options issued under the 2006 Plan and the Company's 2004 Stock Option Plan (the "2004 Plan"), the term may not exceed five years. For options grandfathered from the stock option plans prior to the 2004 Plan, the term did not exceed 10 years. Options and awards granted are also subject to certain vesting provisions. Options and awards generally vest monthly after being granted over varying terms from two to four years. Any one person is permitted, subject to the approval of the Company's Board of Directors, to receive options and awards to acquire up to 5% of its issued and outstanding common shares.

A summary of Canadian dollar stock option and award activity is as follows:

| | No. of stock options and awards | Weighted average exercise price (in CDN$) | Weighted average remaining contractual term (years) | Aggregate intrinsic value (in CDN$) |
|---|---|---|---|---|
| Outstanding at December 31, 2008 | 7,644,632 | $ 12.82 | 2.67 | $ 196 |
| Granted | 1,434,000 | 0.38 | | |
| Forfeited | (728,732) | 22.80 | | |
| **Outstanding at March 31, 2009** | 8,349,900 | 9.81 | 3.07 | 1,059 |
| Granted | 10,000 | 2.31 | | |
| Forfeited | (54,931) | 24.28 | | |
| Cancelled | (2,665,000) | 17.73 | | |
| **Outstanding at June 30, 2009** | 5,639,969 | 5.91 | 3.39 | 4,734 |
| Exercised | (10,000) | 0.21 | | |
| Forfeited | (260) | 24.25 | | |
| **Outstanding at September 30, 2009** | 5,629,709 | 5.92 | 3.14 | 4,355 |
| **Exercisable at September 30, 2009** | 2,996,242 | 9.98 | 2.31 | 715 |
| **Exercisable and expected to vest at September 30, 2009** | 5,154,343 | $ 5.16 | 2.92 | $ 3,987 |

| | No. of stock options and awards | Weighted average exercise price (in CDN$) | Weighted average remaining contractual term (years) | Aggregate intrinsic value (in CDN$) |
|---|---|---|---|---|
| **Outstanding at December 31, 2009** | 5,171,709 | $ 5.99 | 3.18 | $ 2,800 |
| Granted | 919,500 | 1.09 | | |
| Exercised | (10,000) | 0.31 | | |
| Forfeited | (80,417) | 9.74 | | |
| **Outstanding at March 31, 2010** | 6,000,792 | 5.20 | 3.25 | 2,232 |
| Forfeited | (50,833) | 11.73 | | |
| **Outstanding at June 30, 2010** | 5,949,959 | 5.14 | 3.02 | 1,284 |
| Forfeited | (597,075) | 15.40 | | |
| **Outstanding at September 30, 2010** | 5,352,884 | 4.00 | 2.96 | 820 |
| **Exercisable at September 30, 2010** | 2,851,267 | 6.55 | 2.38 | 344 |
| **Exercisable and expected to vest at September 30, 2010** | 4,674,946 | $ 3.25 | 2.81 | $ 716 |

The options and awards presented in the table above expire at various dates from October 16, 2010 to March 8, 2015.

A summary of U.S. dollar award activity is as follows:

| | No. of awards | Weighted average exercise price (in U.S.$) | Weighted average remaining contractual term (years) | Aggregate intrinsic value (in U.S.$) |
|---|---|---|---|---|
| **Outstanding at December 31, 2008** | 1,790,968 | $ 3.19 | 4.19 | $ 64 |
| Granted | 1,228,500 | 0.27 | | |
| **Outstanding at March 31, 2009** | 3,019,468 | 2.01 | 4.35 | 715 |
| Granted | 15,000 | 2.06 | | |
| Exercised | (5,625) | 0.26 | | |
| Forfeited | (112,383) | 1.99 | | |
| Cancelled | (60,000) | 18.00 | | |
| **Outstanding at June 30, 2009** | 2,856,460 | 1.67 | 4.16 | 3,355 |
| Forfeited | (12,711) | 0.27 | | |
| **Outstanding at September 30, 2009** | 2,843,749 | 1.66 | 3.94 | 3,394 |
| **Exercisable at September 30, 2009** | 750,674 | 3.76 | 3.35 | 573 |
| **Exercisable and expected to vest at September 30, 2009** | 2,445,748 | $ 2.18 | 3.72 | $ 2,919 |

| | No. of awards | Weighted average exercise price (in U.S.$) | Weighted average remaining contractual term (years) | Aggregate intrinsic value (in U.S.$) |
|---|---|---|---|---|
| **Outstanding at December 31, 2009** | 2,984,748 | $ 1.64 | 3.74 | $ 2,278 |
| Granted | 1,194,000 | 1.05 | | |
| Exercised | (17,384) | 0.26 | | |
| Forfeited | (88,023) | 0.37 | | |
| **Outstanding at March 31, 2010** | 4,073,341 | 1.50 | 3.91 | 1,941 |
| Exercised | (13,800) | 0.26 | | |
| Forfeited | (15,158) | 0.84 | | |
| **Outstanding at June 30, 2010** | 4,044,383 | 1.51 | 3.66 | 1,111 |
| Exercised | (12,548) | 0.26 | | |
| Forfeited | (57,617) | 2.47 | | |
| **Outstanding at September 30, 2010** | 3,974,218 | 1.50 | 3.40 | 732 |
| **Exercisable at September 30, 2010** | 1,640,551 | 2.49 | 2.86 | 329 |
| **Exercisable and expected to vest at September 30, 2010** | 3,341,453 | $ 1.51 | 3.24 | $ 616 |

These awards expire at various dates from November 30, 2011 to March 8, 2015.

*American Medical Instruments Holdings, Inc. ("AMI")*

On March 9, 2006, AMI granted 304 stock options under AMI's 2003 Stock Option Plan (the "AMI Stock Option Plan"), each of which is exercisable for approximately 3,852 of the Company's common shares. All outstanding options and warrants granted prior to the March 9, 2006 grant were settled and cancelled upon the acquisition of AMI. No further options to acquire common shares can be issued pursuant to the AMI Stock Option Plan. Approximately 1,171,092 of the Company's common shares were reserved in March 2006 to accommodate future exercises of the AMI options.

| | No. of shares underlying options | Weighted average exercise price (in U.S.$) | Weighted average remaining contractual term (years) | Aggregate intrinsic value (in U.S.$) |
|---|---|---|---|---|
| **Outstanding at December 31, 2008** | 363,077 | $ 15.44 | 7.19 | $ — |
| Forfeited | (14,927) | 15.44 | | |
| **Outstanding at March 31, 2009** | 348,150 | 15.44 | 6.94 | — |
| Forfeited | (30,335) | 15.44 | | |
| **Outstanding at June 30, 2009** | 317,815 | 15.44 | 6.69 | — |
| Forfeited | (17,335) | 15.44 | | |
| **Outstanding at September 30, 2009** | 300,480 | 15.44 | 6.44 | — |
| **Exercisable at September 30, 2009** | 112,694 | 15.44 | 6.44 | — |
| **Exercisable and expected to vest at September 30, 2009** | 264,799 | $ 15.44 | 6.44 | $ — |

| | No. of shares underlying options | Weighted average exercise price (in U.S.$) | Weighted average remaining contractual term (years) | Aggregate intrinsic value (in U.S.$) |
|---|---|---|---|---|
| **Outstanding at December 31, 2009** | 300,480 | $ 15.44 | 6.19 | $ — |
| **Outstanding at March 31, 2010** | 300,480 | 15.44 | 5.94 | — |
| **Outstanding at June 30, 2010** | 300,480 | 15.44 | 5.69 | — |
| **Outstanding at September 30, 2010** | 300,480 | 15.44 | 5.44 | — |
| **Exercisable at September 30, 2010** | 187,797 | 15.44 | 5.44 | — |
| **Exercisable and expected to vest at September 30, 2010** | 279,070 | $ 15.44 | 5.44 | $ — |

These options expire on March 8, 2016.

*(b) Stock-based compensation expense*

The Company recorded stock-based compensation expense of $0.5 million and $1.4 million respectively for the three and nine months ended September 30, 2010 ($0.4 million and $1.2 million, respectively for each of the three and nine months ended September 30, 2009) relating to awards granted under its stock option plan that were modified or settled subsequent to October 1, 2002.

No stock options were granted for the three months ended September 30, 2010 or the three months ended September 30, 2009. The Company granted 2,113,500 stock options during the nine months ended September 30, 2010 and 2,687,500 stock options during the nine months ended September 30, 2009.

A summary of the status of nonvested awards and options as of September 30, 2010 and changes during the three and nine months ended September 30, 2010, is presented below:

| Nonvested CDN$ awards | No. of awards | Weighted average grant-date fair value (in CDN$) |
|---|---|---|
| **Nonvested at December 31, 2009** | 2,449,492 | $ 0.53 |
| Vested | (244,561) | 2.57 |
| Granted | 919,500 | 1.09 |
| Forfeited | (42,709) | 1.02 |
| **Nonvested at March 31, 2010** | 3,081,722 | $ 0.57 |
| Vested | (295,130) | 2.07 |
| **Nonvested at June 30, 2010** | 2,786,592 | $ 0.54 |
| Vested | (277,682) | 2.03 |
| Forfeited | (7,293) | 8.90 |
| **Nonvested at September 30, 2010** | 2,501,617 | $ 0.50 |

| Nonvested U.S. $ awards | No. of awards | Weighted average grant-date fair value (in U.S.$) |
|---|---|---|
| **Nonvested at December 31, 2009** | 2,061,569 | $ 0.37 |
| Vested | (292,565) | 1.18 |
| Granted | 1,194,000 | 1.05 |
| Forfeited | (87,858) | 0.25 |
| **Nonvested at March 31, 2010** | 2,875,146 | $ 0.53 |
| Vested | (255,761) | 1.52 |
| Forfeited | (15,470) | 0.62 |
| **Nonvested at June 30, 2010** | 2,603,915 | $ 0.52 |
| Vested | (230,449) | 1.53 |
| Forfeited | (40,267) | 0.97 |
| **Nonvested at September 30, 2010** | 2,333,199 | $ 0.50 |

| Nonvested AMI options | No. of shares underlying options | Weighted average grant-date fair value (in U.S.$) |
|---|---|---|
| **Nonvested at December 31, 2009** | 187,801 | $ 6.51 |
| Vested | (75,118) | 6.51 |
| **Nonvested at March 31, 2010** | 112,683 | $ 6.51 |
| **Nonvested at June 30, 2010** | 112,683 | $ 6.51 |
| **Nonvested at September 30, 2010** | 112,683 | $ 6.51 |

As of September 30, 2010 there was $2.0 million (September 30, 2009 - $1.5 million) of total unrecognized compensation cost related to nonvested awards granted under the 2006 Plan. These costs are expected to be recognized over a weighted average of 2.7 years.

As of September 30, 2010 there was $0.5 million of total unrecognized compensation cost related to the nonvested AMI stock options granted under the AMI Stock Option Plan. These costs are expected to be recognized over 1.50 years on a straight-line basis as a charge to income. The total fair value of options vested during the three and nine months ended September 30, 2010 was $nil and $0.5 million, respectively ($nil and $0.6 million for the three and nine months ended September 30, 2009).

During the three and nine months ended September 30, 2010 and 2009, the following activity occurred:

| (in thousands) | Three Months Ended September 30, 2010 | Three Months Ended September 30, 2009 | Nine Months Ended September 30, 2010 | Nine Months Ended September 30, 2009 |
|---|---|---|---|---|
| Total intrinsic value of awards exercised | | | | |
| CDN dollar awards | $ n/a | $ 17 | $ 7 | $ 17 |
| U.S. dollar awards | $ 3 | n/a | 31 | 7 |
| Total fair value of awards vested | $ 379 | $ 356 | $1,189 | $1,534 |

Cash received from award exercises for the three and nine months ended September 30, 2010 was $nil and $3,000 respectively ($2,000 and $2,000 for the three and nine months ended September 30, 2009).

## 16. ESCROW SETTLEMENT RECOVERY

In connection with the 2006 acquisition of AMI, RoundTable Healthcare Partners, LP ("RoundTable") and Angiotech entered into an Escrow Agreement on March 23, 2006. Under this agreement, Angiotech deposited $20.0 million with LaSalle Bank ("LaSalle"), which was designated as the Escrow Agent. On April 4, 2007, Angiotech issued an Escrow Claim Notice to LaSalle to return the $20.0 million, which was subsequently disputed by RoundTable. After various legal proceedings, hearings and discussions, a Joint Letter of Direction was executed and $6.5 million was released to RoundTable, thereby leaving the amount in dispute at approximately $13.5 million. On January 14, 2010, a settlement agreement was signed whereby Angiotech received $4.7 million from the escrow account. On January 15, 2010, the Company received the settlement funds, which were recorded as a recovery. All legal proceedings have now been dismissed.

## 17. COMMITMENTS AND CONTINGENCIES

*(a) Lease Commitments*

The Company has entered into an 8 year operating lease agreement for the Seattle office space. Under this agreement, a $0.75 million letter of credit was issued by Wells Fargo to guarantee payment of the Company's rent obligations and Angiotech Pharmaceuticals Inc., the Canadian parent company, was named as the guarantor. Under the *Corporate Guaranty*, Angiotech Pharmaceuticals Inc. has agreed to guarantee complete payment of the future minimum lease payments of $4.8 million, operating costs specified under the lease agreement, and any costs incurred by the landlord to enforce its rights and remedies in the event that the Company defaults on its obligations.

*(b) Commitments*

The Company has entered into research and development collaboration agreements that involve joint research efforts. Certain collaboration costs and any eventual profits will be shared as per terms provided for in the agreements. The Company may also be required to make milestone, royalty, and/or other research and development funding payments under research and development collaboration and other agreements with third parties. These payments are contingent upon the achievement of specific development, regulatory and/or commercial milestones. The Company accrues for these payments when it is probable that a liability has been incurred and the amount can be reasonably estimated. These payments are not accrued if the outcome of achieving these milestones is not determinable. The Company's significant contingent milestone, royalty and other research and development commitments are as follows:

*Quill Medical, Inc. ("Quill")*

In connection with the acquisition of Quill in June 2006, the Company may be required to make additional contingent payments of up to $150 million upon the achievement of certain revenue growth and a development milestone. These payments are primarily contingent upon the achievement of significant incremental revenue growth over a five-year period from July 1, 2006, subject to certain conditions. As at September 30, 2010, none of these milestones have been achieved and therefore no additional contingent payments have been accrued.

*National Institutes of Health ("NIH")*

In November 1997, the Company entered into an exclusive license agreement with the Public Health Service of the U.S., through the NIH, whereby the Company was granted an exclusive, worldwide license to certain technologies of the NIH relating to the use of paclitaxel. Pursuant to this license agreement, the Company agreed to pay NIH milestone payments upon achievement of certain clinical and commercial development milestones and pay royalties on net TAXUS sales by BSC and Zilver-PTX sales by Cook Medical Inc. At September 30, 2010, the Company has accrued royalty fees of $6.1 million (December 31, 2009 – $7.3 million) payable to NIH under this agreement related to royalties earned on 2009 and 2010 sales. Our current arrangement with NIH provides the Company with certain flexibility to alter the timing of payments. As a result, future amounts owed to NIH at any one time may fluctuate as compared to the historical amounts owed.

*Biopsy Sciences LLC ("Biopsy Sciences")*

In connection with the acquisition of certain assets from Biopsy Sciences in January 2007, the Company may be required to make certain contingent payments of up to $2.7 million upon the achievement of certain clinical and regulatory milestones and up to $10.7 million for achieving certain commercialization milestones. As of December 31, 2009, the Company paid $0.7 million relating to the successful completion of the U.S. clinical trial enrollment for the Bio-Seal lung biopsy tract plug system. No further payments were made during the first, second or third quarters of 2010.

*Rex Medical LP ("Rex Medical")*

In March 2008, the Company entered into an agreement with Rex Medical to manufacture and distribute the Option Inferior Vena Cava Filter ("Option IVC Filter"). During the quarter ended June 30, 2008, the Company made a payment of $2.5 million to Rex Medical to obtain the marketing rights for the Option IVC Filter. This payment was recorded as an in-process and research development cost. For the quarter ended June 30, 2009, the Company made a milestone payment of $2.5 million upon achievement of U.S. Food and Drug Administration ("FDA") 510(k) clearance. This payment was capitalized as an intangible asset. As of December 31, 2009, the Company achieved the first sales target which triggered a

milestone payment of $0.5 million. The milestone payment was capitalized to intangible assets and was paid out in early 2010. As at March 31, 2010, the Company achieved the second sales target which triggered the next milestone payment of $1.0 million. This milestone payment was capitalized to intangible assets and was paid out in the second quarter of 2010. Under terms of this agreement, we may be required to make further contingent payments of up to $3.5 million upon achievement of certain commercialization milestones. These contingent payments have been fully accrued for and capitalized as intangible assets. Actual payments may differ materially from management's estimate of the expected contingent payments given that they are dependent on the realization of future sales targets as defined under the terms of the agreement. The Company is also committed to making escalating royalty payments of 30.0% to 47.5% based on annual net sales of these products, which are recognized as cost of products sold.

*(c) Contingencies*

From time to time, the Company may be subject to claims and legal proceedings brought against it in the normal course of business. Such matters are subject to many uncertainties. Management believes that adequate provisions have been made in the accounts where required. However, the Company is not able to determine the outcome or estimate potential losses of the pending legal proceedings listed below, or other legal proceedings, to which it may become subject in the normal course of business or estimate the amount or range of any possible loss we might incur if it does not prevail in the final, non-appealable determinations of such matters. The Company cannot provide assurance that the legal proceedings listed here, or other legal proceedings not listed here, will not have a material adverse impact on the Company's financial condition or results of operations.

BSC, a licensee, is often involved in legal proceedings (to which the Company is not a party) concerning challenges to its stent business. If a party opposing BSC is successful, and if a court were to issue an injunction against BSC, royalty revenue would likely be significantly reduced. The ultimate outcome of any such proceedings is uncertain at this time. In late 2009 and early 2010 BSC settled two significant litigation matters with Johnson & Johnson involving its stent business in exchange for payment to Johnson & Johnson of over $2.4 billion.

On April 4, 2005, together with BSC, the Company commenced a legal action in the Netherlands against Sahajanand Medical Technologies Pvt. Ltd. ("SMT") for patent infringement. On May 3, 2006, the Dutch trial court ruled in the Company's favor, finding that our EP (NL) 0 706 376 patent was valid, and that SMT's Infinnium™ stent infringed the patent. On March 13, 2008, a Dutch Court of Appeal held a hearing to review the correctness of the trial court's decision. The Court of Appeal released their judgment on January 27, 2009, ruling against SMT (finding the Company's patent novel, inventive, and sufficiently disclosed). The Court of Appeal however requested amendment of claim 12 before rendering their decision on infringement. The Company has filed a response to the Court of Appeal's decision, and has additionally filed a further writ against SMT seeking to prevent SMT from, among other things, using its CE mark for SMT's Infinnium stent. Any decision of the Court of Appeal is appealable to the Supreme Court of the Netherlands. On October 22, 2009, Angiotech and BSC settled this litigation with SMT on favorable terms. The Company has continued this matter before the Court of Appeal with respect to the requested amendment to claim 12. A hearing was held on April 22, 2010 and on August 31, 2010, this court rendered a decision favorable to Angiotech. This matter is therefore concluded.

In July 2004, Dr. Gregory Baran initiated legal action, alleging infringement by the Company's subsidiary Medical Device Technologies Inc. ("MDT") of two U.S. patents owned by Dr. Baran. These patents allegedly cover MDT's BioPince™ automated biopsy device. On September 25, 2007, the judge issued her decision pursuant to the Markman hearing of December 2005. The Company submitted a Motion for Summary Judgment to the court based upon the Markman decision and on September 30, 2009, the judge ruled in MDT's favor, finding that the BioPince device did not infringe a key claim of Dr. Baran's patents. Dr. Baran appealed this decision. A hearing on Dr. Baran's appeal was held before the U.S. Court of Appeals for the Federal Circuit on June 9, 2010 and on August 12, 2010, this court decided in our favor. Dr. Baran petitioned for a rehearing, but this has been denied.

On October 4, 2010 the Company was notified that QSR Holdings, Inc. ("QSR"), as the representative for the former stockholders of Quill Medical, Inc. ("QMI"), made a formal demand to the American Arbitration Association naming the Company and its subsidiaries, QMI and Angiotech Pharmaceuticals (US), Inc. ("Angiotech US" and, together with Angiotech and QMI, the "Respondents") as respondents. The arbitration demand alleges that the Respondents failed to satisfy certain obligations under the Agreement and Plan of Merger, dated May 25, 2006, by and among the Company, Angiotech US, Quaich Acquisition, Inc. and QMI (the "Merger Agreement"), and seeks either direct monetary damages or, in the alternative, extension for one calendar year of certain earn-out periods as more fully set forth in the Merger Agreement. In addition, QSR commenced an action in the United States District Court for the Middle District of North Carolina on October 1, 2010 against the Respondents, entitled QSR Holdings, Inc. v. Angiotech Pharmaceuticals, Inc., Angiotech Pharmaceuticals (US), Inc. and Quill Medical, Inc. (the "Federal Litigation"). The Complaint in the Federal Litigation alleges, among other items, that: (a) the Respondents breached certain contractual obligations under the Merger Agreement; (b) that certain misrepresentations or omissions were made during the initial negotiation of the Merger Agreement; and (c) tortuous interference. QSR is seeking damages in an unstated amount together with punitive damages and/or attorneys fees to the extent allowed by law. On October 15, 2010 the Respondents filed a motion to dismiss the Complaint in part and to transfer venue. Given the

preliminary stages of these proceedings, it is not possible at this time to predict the outcome of the Federal Litigation or of any arbitration or other proceeding that may result from the Arbitration Demand. As such, no accruals have been recorded related to this matter as at September 30, 2010.

At the European Patent Office ("EPO"), various patents either owned or licensed by or to the Company are in opposition proceedings including the following:

- In EP1155689, Oral Proceedings have been set for November 25, 2010.
- In EP1159974, the EPO decided to revoke the patent as a result of Oral Proceedings held on June 9, 2010. Angiotech filed a Notice of Appeal on August 25, 2010. A Statement of Grounds of Appeal is due on November 2, 2010.
- In EP1159975, a Notice of Opposition was filed on June 5, 2009. On February 4, 2010, Angiotech requested that the EPO set oral proceedings. On April 20, 2010, Angiotech filed a response to the Opposition.
- In EP0876165, the EPO revoked the patent as an outcome of an oral hearing held on June 24, 2009. On August 20, 2009, the Company filed a Notice of Appeal. On April 8, 2010, the opponent filed their response to the appeal.
- In EP0991359, a Notice of Opposition was filed. Angiotech filed a response on September 8, 2009. A hearing date was set for March 10, 2010, and then canceled by the EPO after the opponent withdrew from the proceedings. On April 1, 2010, the EPO maintained the patent in amended form. As no appeal was filed by the opponent before the appeal deadline, the decision is regarded as final.
- In EP1857236, a Notice of Opposition was filed against Quill Medical, Inc. by ITV Denkendorf Produkservice GmbH. Quill Medical has until January 29, 2011, to file its response.
- In EP1858243, a Notice of Opposition was filed against Quill Medical, Inc. by ITV Denkendorf Produkservice GmbH. Quill Medical has until January 22, 2011, to file its response.

## 18. SEGMENTED INFORMATION

The Company operates in two reportable segments: (i) Pharmaceutical Technologies and (ii) Medical Products. Segmented information is reported to the gross margin level. All other income and expenses are not allocated to segments as they are not considered in evaluating the segment's operating performance.

The Pharmaceutical Technologies segment includes royalty revenue generated from out-licensing technology related to the drug-eluting stent and other technologies.

The Medical Products segment includes revenues and gross margins of single use, specialty medical devices including suture needles, biopsy needles / devices, micro surgical ophthalmic knives, drainage catheters, self-anchoring sutures, other specialty devices, biomaterials and other technologies.

The following tables represent reportable segment information for the three and nine months ended September 30, 2010 and 2009:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| Revenue | | | | |
| Medical Products | $51, 868 | $48,660 | $155,796 | $141,976 |
| Pharmaceutical Technologies | 7,116 | 14,584 | 28,415 | 74,141 |
| Total revenue | 58,984 | 63,244 | 184,211 | 216,117 |
| Cost of products sold – Medical Products | 26,808 | 25,958 | 79,883 | 75,606 |
| License and royalty fees – Pharmaceutical Technologies | 1,170 | 2,463 | 4,884 | 7,937 |
| Gross margin | | | | |
| Medical Products | 25,060 | 22,702 | 75,913 | 66,370 |
| Pharmaceutical Technologies | 5,946 | 12,121 | 23,531 | 66,204 |
| Total gross margin | 31,006 | 34,823 | 99,444 | 132,574 |
| Research and development | 6,240 | 4,596 | 19,900 | 17,526 |
| Selling, general and administration | 22,489 | 17,924 | 66,871 | 59,102 |
| Depreciation and amortization | 8,297 | 8,285 | 24,948 | 24,845 |
| Write-down of assets held for sale | — | — | 700 | — |
| Escrow settlement recovery | — | — | (4,710) | — |
| Operating income (loss) | (6,020) | 4,018 | (8,265) | 31,101 |
| Other expenses | (12,934) | (9,758) | (29,036) | (30,767) |
| (Loss) income before income taxes | (18,954) | $(5,740) | (37,301) | $ 334 |

During the three and nine months ended September 30, 2010, revenue from one licensee represented approximately 10% and 14%, respectively, of total revenue. During the three months ended September 30, 2009, revenue from one licensee represented approximately 22% of total revenue, and during the nine months ended September 30, 2009, revenue from two licensees represented approximately 33% of total revenue.

The Company allocates its assets into two reportable segments; however, as noted above, depreciation, income taxes and other expenses and income are not allocated to segment operating units. The following table represents total assets for each reportable segment at September 30, 2010 and December 31, 2009:

| | September 30, 2010 | December 31, 2009 |
|---|---|---|
| Total assets | | |
| Pharmaceutical Technologies | $ 51,356 | $ 75,155 |
| Medical Products | 275,444 | 296,913 |
| Total assets | $ 326,800 | $ 372,068 |

The following table represents capital expenditures for each reportable segment at September 30, 2010 and 2009:

| | Three Months Ended September 30 | | Nine Months Ended September 30 | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| Capital expenditures | | | | |
| Pharmaceutical Technologies | $ 1,094 | $ 579 | $2,894 | $ 820 |
| Medical Products | 495 | 1,322 | 1,270 | 2,770 |
| Total capital expenditures | $ 1,589 | $ 1,901 | $4,164 | $3,590 |

## 19. NET LOSS PER SHARE

Net loss per share was calculated as follows:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| Numerator: | | | | |
| Net loss | $(18,500) | $ (7,802) | $(39,269) | $ (7,235) |
| Denominator: | | | | |
| Basic and diluted weighted average common shares outstanding | 85,174 | 85,136 | 85,162 | 85,125 |
| Basic and diluted net loss per common share: | $ (0.22) | $ (0.09) | $ (0.46) | $ (0.08) |

There is no dilutive effect on basic weighted average common shares outstanding for the three and nine months ended September 30, 2010 as the Company was in a loss position for each of those periods.

## 20. CHANGE IN NON-CASH WORKING CAPITAL ITEMS RELATING TO OPERATIONS AND SUPPLEMENTAL CASH FLOW INFORMATION

The change in non-cash working capital items relating to operations was as follows:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| Accounts receivable | $ 102 | $ (67) | $ (3,387) | $(2,599) |
| Income tax receivable | (742) | — | (568) | — |
| Inventories | 181 | 775 | (2,573) | 833 |
| Prepaid expenses and other assets | (1,428) | 194 | (1,072) | 6,551 |
| Accounts payable and accrued liabilities | 3,106 | (5,260) | (3,200) | (6,774) |
| Income taxes payable | (262) | (494) | (5,956) | (785) |
| Interest payable on long term debt | 4,779 | (4,689) | 4,801 | 4,283 |
| | 5,736 | $ (163) | (11,955) | $ 1,509 |

Supplemental disclosure:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| Income taxes paid | $ 1,649 | $ 2,068 | $10,288 | $ 5,168 |
| Interest paid | 3,668 | 3,739 | 20,145 | 23,335 |
| Non-cash transaction – settlement of loan receivable in exchange for Haemacure net assets acquired | — | — | 3,686 | — |

## 21. CONDENSED CONSOLIDATED GUARANTOR FINANCIAL INFORMATION

The following presents the unaudited condensed consolidating guarantor financial information as of September 30, 2010 and December 31, 2009, and for the three and nine months ended September 30, 2010 and 2009 for the Company's direct and indirect subsidiaries that serve as guarantors of the Subordinated Notes and the Floating Rate Notes, and for its subsidiaries that do not serve as guarantors. Non-guarantor subsidiaries include the Swiss subsidiaries and certain other subsidiaries that cannot guarantee the Company's debt. All of the Company's subsidiaries are 100% owned and all guarantees are full and unconditional, joint and several.

**Condensed Consolidating Balance Sheet**
**As at September 30, 2010**
**USD (in '000s)**

| | Parent Company Angiotech Pharmaceuticals, Inc. | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Consolidating Adjustments | Consolidated Total |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current assets** | | | | | |
| Cash and cash equivalents | $ 4,206 | $ 11,827 | $ 9,533 | $ — | $ 25,566 |
| Short term investments | 5,746 | — | — | — | 5,746 |
| Accounts receivable | 361 | 20,172 | 10,513 | — | 31,046 |
| Income taxes receivable | 1,657 | — | — | — | 1,657 |
| Inventories | — | 32,021 | 7,353 | (1,364) | 38,010 |
| Prepaid expenses and other current assets | 1,489 | 1,623 | 375 | — | 3,487 |
| Deferred income taxes | — | 3,974 | — | — | 3,974 |
| **Total Current Assets** | 13,459 | 69,617 | 27,774 | (1,364) | 109,486 |
| Investment in subsidiaries | 207,805 | 255,602 | — | (463,407) | — |
| Assets held for sale | 2,300 | 1,500 | — | — | 3,800 |
| Property, plant and equipment | 10,604 | 33,377 | 5,057 | — | 49,038 |
| Intangible assets | 10,571 | 129,213 | 11,320 | — | 151,104 |
| Deferred financing costs | 7,738 | 1,772 | — | — | 9,510 |
| Deferred income taxes | — | 2,125 | — | — | 2,125 |
| Other assets | 642 | 396 | 699 | — | 1,737 |
| **Total Assets** | $ 253,119 | $ 493,602 | $ 44,850 | $ (464,771) | $ 326,800 |
| **LIABILITIES AND SHAREHOLDERS' (DEFICIT) EQUITY** | | | | | |
| **Current liabilities** | | | | | |
| Accounts payable and accrued liabilities | $ 16,148 | $ 23,017 | $ 5,595 | $ (167) | $ 44,593 |
| Income taxes payable | 4,148 | (1,065) | 1,818 | — | 4,901 |
| Interest payable on long-term debt | 10,785 | 21 | — | — | 10,806 |
| **Total Current Liabilities** | 31,081 | 21,973 | 7,413 | (167) | 60,300 |
| Deferred leasehold inducement | 2,312 | 2,023 | — | — | 4,335 |
| Deferred income taxes | (1,722) | 39,594 | 483 | — | 38,355 |
| Other tax liabilities | 2,116 | 793 | 476 | — | 3,385 |
| Long-term debt | 575,000 | — | — | — | 575,000 |
| Other liabilities | — | — | 1,093 | — | 1,093 |
| **Total Non-current Liabilities** | 577,706 | 42,410 | 2,052 | — | 622,168 |
| **Total Shareholders' (Deficit) Equity** | (355,668) | 429,219 | 35,385 | (464,604) | (355,668) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 253,119 | $ 493,602 | $ 44,850 | $ (464,771) | $ 326,800 |

**Condensed Consolidated Balance Sheet**
**Year end December 31, 2009**
**USD (in '000s)**

| | Parent Company Angiotech Pharmaceuticals, Inc. | Guarantor Subsidiaries | Non Guarantor Subsidiaries | Consolidating Adjustments | Consolidated Total |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current assets** | | | | | |
| Cash and cash equivalents | $ 20,602 | $ 16,912 | $ 12,028 | $ — | $ 49,542 |
| Short term investments | 7,780 | — | — | — | 7,780 |
| Accounts receivable | — | 18,272 | 9,826 | 69 | 28,167 |
| Income tax receivable | 1,090 | — | — | — | 1,090 |
| Inventories | — | 29,776 | 6,776 | (1,011) | 35,541 |
| Deferred income taxes, current portion | — | 6,918 | — | (2,634) | 4,284 |
| Prepaid expenses and other current assets | 1,554 | 1,329 | 411 | — | 3,294 |
| **Total Current Assets** | 31,026 | 73,207 | 29,041 | (3,576) | 129,698 |
| Investment in subsidiaries | 231,026 | 407,344 | — | (638,370) | — |
| Assets held for sale | 3,000 | 2,300 | — | — | 5,300 |
| Property, plant and equipment | 8,807 | 30,719 | 7,353 | — | 46,879 |
| Intangible assets | 12,490 | 140,798 | 19,731 | | 173,019 |
| Deferred financing costs | 9,398 | 2,011 | — | — | 11,409 |
| Deferred income taxes, non-current portion | 1,692 | 317 | — | — | 2,009 |
| Other assets | 2,479 | 459 | 816 | — | 3,754 |
| **Total Assets** | $ 299,918 | $ 657,155 | $ 56,941 | $ (641,946) | $ 372,068 |
| **LIABILITIES AND SHAREHOLDERS' (DEFICIT) EQUITY** | | | | | |
| **Current liabilities** | | | | | |
| Accounts payable and accrued liabilities | $ 17,974 | $ 22,205 | $ 6,292 | $ (147) | $ 46,324 |
| Income taxes payable | 9,749 | 714 | 395 | — | 10,858 |
| Interest payable on long-term debt | 5,965 | 39 | — | — | 6,004 |
| **Total Current Liabilities** | 33,688 | 22,958 | 6,687 | (147) | 63,186 |
| Deferred leasehold inducement | 2,506 | 382 | — | — | 2,888 |
| Deferred income taxes | — | 40,985 | 439 | (2,637) | 38,787 |
| Other tax liabilities | 2,011 | 756 | 1,131 | — | 3,898 |
| Long-term debt | 575,000 | — | — | — | 575,000 |
| Other liabilities | — | — | 1,596 | — | 1,596 |
| **Total Non-current Liabilities** | 579,517 | 42,123 | 3,166 | (2,637) | 622,169 |
| **Total Shareholders' (Deficit) Equity** | (313,287) | 592,074 | 47,088 | (639,161) | (313,287) |
| **Total Liabilities and Stockholders' Equity (Deficit)** | $ 299,918 | $ 657,155 | $ 56,941 | $ (641,946) | $ 372,068 |

**Condensed Consolidated Statement of Operations**
**~~Three months ended September 30, 2010~~**
**USD (in '000s)**

| | Parent Company Angiotech Pharmaceuticals, Inc. | Guarantors Subsidiaries | Non Guarantors Subsidiaries | Consolidating Adjustments | Consolidated Total |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| Product sales, net | $ — | $ 42,894 | $ 15,920 | $ (6,946) | $ 51,868 |
| Royalty revenue | 6,122 | 941 | — | — | 7,063 |
| License fees | — | 72 | 67 | (86) | 53 |
| | 6,122 | 43,907 | 15,987 | (7,032) | 58,984 |
| **EXPENSES** | | | | | |
| Cost of products sold | — | 21,642 | 12,078 | (6,912) | 26,808 |
| License and royalty fees | 1,170 | — | — | — | 1,170 |
| Research & development | 3,961 | 2,166 | 113 | — | 6,240 |
| Selling, general and administration | 4,063 | 15,743 | 2,682 | — | 22,489 |
| Depreciation and amortization | 1,043 | 7,010 | 244 | — | 8,297 |
| | 10,238 | 46,561 | 15,117 | (6,912) | 65,004 |
| **Operating (loss) income** | (4,116) | (2,654) | 870 | (120) | (6,020) |
| **Other income (expense)** | | | | | |
| Debt restructuring costs | (2,978) | — | — | — | (2,978) |
| Foreign exchange (loss) gain | (491) | (38) | 582 | (50) | 3 |
| Other (expense) / income | (279,146) | 253,186 | 40,499 | (14,665) | (126) |
| Interest expense on long-term debt | (9,447) | (386) | 307 | (307) | (9,833) |
| Total other expenses | (292,062) | 252,762 | 41,388 | (15,022) | (12,934) |
| **(Loss) income before income taxes** | (296,178) | 250,108 | 42,258 | (15,142) | (18,954) |
| Income tax (recovery) expense | (117) | (950) | 613 | — | (454) |
| **(Loss) income from operations** | (296,061) | 251,058 | 41,645 | (15,142) | (18,500) |
| Equity in subsidiaries | 277,561 | 688 | — | (278,249) | — |
| Net (loss) income | $ (18,500) | $ 251,746 | $ 41,645 | $ (293,391) | $ (18,500) |

**Condensed Consolidated Statement of Operations**
**Nine months ended September 30, 2010**
**USD (in '000s)**

| | Parent Company Angiotech Pharmaceuticals, Inc. | Guarantors Subsidiaries | Non Guarantors Subsidiaries | Consolidating Adjustments | Consolidated Total |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| Product sales, net | $ — | $ 127,793 | $ 47,106 | $ (19,103) | $ 155,796 |
| Royalty revenue | 25,463 | 2,794 | — | — | 28,257 |
| License fees | — | 181 | 162 | (186) | 158 |
| | 25,463 | 130,768 | 47,268 | (19,289) | 184,211 |
| **EXPENSES** | | | | | |
| Cost of products sold | (26) | 64,702 | 40,088 | (24,881) | 79,883 |
| License and royalty fees | 4,884 | — | — | — | 4,884 |
| Research & development | 12,605 | 7,041 | 254 | — | 19,900 |
| Selling, general and administration | 12,692 | 45,516 | 8,663 | — | 66,871 |
| Depreciation and amortization | 3,169 | 18,383 | 3,486 | (90) | 24,948 |
| Write-down of assets held for sale | 700 | — | — | — | 700 |
| Escrow settlement recovery | — | (4,710) | — | — | (4,710) |
| | 34,024 | 130,932 | 52,491 | (24,971) | 192,476 |
| **Operating (loss) income** | (8,561) | (164) | (5,223) | 5,682 | (8,265) |
| **Other income (expense)** | | | | | |
| Debt restructuring charges | (2,978) | — | — | — | (2,978) |
| Foreign exchange gain (loss) | 56,991 | (57,641) | 1,927 | (8) | 1,269 |
| Other (expense) income | (279,368) | 254,317 | 44,495 | (19,956) | (512) |
| Interest expense on long-term debt | (26,872) | (1,118) | (155) | 366 | (27,779) |
| Writedown of investment | — | — | (216) | — | (216) |
| Gain on loan settlement | — | 1,180 | — | — | 1,180 |
| Total other expenses | (252,227) | 196,738 | 46,051 | (19,598) | (29,036) |
| **(Loss) income before income taxes** | (260,788) | 196,574 | 40,828 | (13,916) | (37,301) |
| Income tax (recovery) expense | (82) | (1,127) | 3,154 | 23 | 1,968 |
| **(Loss) income from operations** | (260,706) | 197,701 | 37,674 | (13,939) | (39,269) |
| Equity in subsidiaries | 221,436 | 6,892 | — | (228,328) | — |
| Net (loss) income | $ (39,270) | $ 204,593 | $ 37,674 | $ (242,267) | $ (39,269) |

**Condensed Consolidating Statement of Operations**
**Three months ended September 30, 2009**
**USD (in '000s)**

| | Parent Company Angiotech Pharmaceuticals, Inc. | Guarantors Subsidiaries | Non Guarantors Subsidiaries | Consolidating Adjustments | Consolidated Total |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| Royalty revenue | $ 13,833 | $ 698 | $ — | $ — | $ 14,531 |
| Product sales, net | — | 39,482 | 13,347 | (4,169) | 48,660 |
| License fees | — | 40 | 13 | — | 53 |
| | 13,833 | 40,220 | 13,360 | (4,169) | 63,244 |
| **EXPENSES** | | | | | |
| License and royalty fees | 2,463 | — | — | — | 2,463 |
| Cost of products sold | 6 | 20,411 | 9,950 | (4,409) | 25,958 |
| Research & development | 3,606 | 915 | 75 | — | 4,596 |
| Selling, general and administration | 4,059 | 11,850 | 2,015 | — | 17,924 |
| Depreciation and amortization | 1,123 | 4,208 | 2,954 | — | 8,285 |
| | 11,257 | 37,384 | 14,994 | (4,409) | 59,226 |
| **Operating income (loss)** | 2,576 | 2,836 | (1,634) | 240 | 4,018 |
| **Other income (expense)** | | | | | |
| Foreign exchange gain (loss) | 19,895 | 11 | (20,442) | 18 | (518) |
| Investment and other income | 12 | 34 | — | — | 46 |
| Interest expense on long-term | (8,987) | (152) | (147) | — | (9,286) |
| Total other income (expenses) | 10,920 | (107) | (20,589) | 18 | (9,758) |
| **Income (loss) before income taxes** | 13,496 | 2,729 | (22,223) | 258 | (5,740) |
| Income tax expense | 139 | 858 | 1,065 | — | 2,062 |
| **Income (loss) from operations** | 13,357 | 1,871 | (23,288) | 258 | (7,802) |
| Equity in subsidiaries | (21,159) | (19,908) | — | 41,067 | 0 |
| Net (loss) income | $ (7,802) | $ (18,037) | $ (23,288) | $ 41,325 | $ (7,802) |

**Condensed Consolidating Statement of Operations**
**Nine months ended September 30, 2009**
**USD (in '000s)**

| | Parent Company Angiotech Pharmaceuticals, Inc. | Guarantors Subsidiaries | Non Guarantors Subsidiaries | Consolidating Adjustments | Consolidated Total |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| Royalty revenue | $ 44,822 | $ 2,678 | $ 1,138 | $ — | $ 48,638 |
| Product sales, net | — | 113,386 | 42,601 | (14,011) | 141,976 |
| License fees | — | 107 | 25,396 | — | 25,503 |
| | 44,822 | 116,171 | 69,135 | (14,011) | 216,117 |
| **EXPENSES** | | | | | |
| License and royalty fees | 7,926 | — | 11 | — | 7,937 |
| Cost of products sold | 77 | 60,865 | 28,827 | (14,163) | 75,606 |
| Research & development | 12,611 | 4,682 | 233 | — | 17,526 |
| Selling, general and administration | 12,783 | 38,462 | 7,857 | — | 59,102 |
| Depreciation and amortization | 3,479 | 12,492 | 8,874 | — | 24,845 |
| | 36,876 | 116,501 | 45,802 | (14,163) | 185,016 |
| **Operating income (loss)** | 7,946 | (330) | 23,333 | 152 | 31,101 |
| **Other income (expense)** | | | | | |
| Foreign exchange gain (loss) | 7,407 | (1,934) | (6,715) | 15 | (1,227) |
| Investment and other income | (40) | 3,107 | 7 | (3,000) | 74 |
| Interest expense on long-term debt | (28,315) | (27) | (629) | — | (28,971) |
| Write-down and other deferred financing costs | — | (643) | | | (643) |
| Total other (expenses) income | (20,948) | 503 | (7,337) | (2,985) | (30,767) |
| **(Loss) income before income taxes** | (13,002) | 173 | 15,996 | (2,833) | 334 |
| Income tax (recovery) expense | (229) | 3,385 | 4,413 | — | 7,569 |
| **(Loss) income from operations** | (12,773) | (3,212) | 11,583 | (2,833) | (7,235) |
| Equity in subsidiaries | 5,538 | (5,238) | — | (300) | — |
| Net (loss) income | $ (7,235) | $ (8,450) | $ 11,583 | $ (3,133) | $ (7,235) |

**Condensed Consolidated Statement of Cash Flows**
**Three months ended September 30, 2010**
**USD (in '000s)**

| | Parent Company Angiotech Pharmaceuticals, Inc. | Guarantors Subsidiaries | Non Guarantors Subsidiaries | Consolidating Adjustments | Consolidated Total |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES:** | | | | | |
| Cash provided by (used in) operating activities | $ 3,690 | $ 2,999 | $ (7,307) | $ — | (618) |
| **INVESTING ACTIVITIES:** | | | | | |
| Purchase of property, plant and equipment | (1,094) | (495) | — | — | (1,589) |
| Government grant related to capital expenditures | — | — | — | — | — |
| Loans advanced | | — | — | — | — |
| Cash used in investing activities | (1,094) | (495) | — | — | (1,589) |
| **FINANCING ACTIVITIES:** | | | | | |
| Deferred financing charges and costs | (225) | — | — | — | (225) |
| Debt restructuring costs | (2,177) | — | — | — | (2,177) |
| Dividends received / (paid) | — | — | — | — | — |
| Share capital issued | 2 | — | — | — | 2 |
| Intercompany notes payable/receivable | — | — | — | — | — |
| Cash used in financing activities | (2,400) | — | — | — | (2,400) |
| Effect of exchange rate changes on cash and cash equivalents | — | 8 | 499 | — | 507 |
| Net increase (decrease) in cash and cash equivalents | 196 | 2,512 | (6,808) | — | (4,100) |
| Cash and cash equivalents, beginning of period | 4,010 | 9,315 | 16,341 | — | 29,666 |
| **Cash and cash equivalents, end of period** | $ 4,206 | $ 11,827 | $ 9,533 | $ — | $ 25,566 |

**Condensed Consolidated Statement of Cash Flows**
**Nine months ended September 30, 2010**
**USD (in '000s)**

| | Parent Company Angiotech Pharmaceuticals, Inc. | Guarantors Subsidiaries | Non Guarantors Subsidiaries | Consolidating Adjustments | Consolidated Total |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES:** | | | | | |
| Cash (used in) provided by operating activities | $ (7,348) | $ (17,746) | $ 8,390 | $ — | (16,704) |
| **INVESTING ACTIVITIES:** | | | | | |
| Purchase of property, plant and equipment | (2,894) | (1,264) | (6) | — | (4,164) |
| Proceeds from disposition of property, plant and equipment | — | 758 | — | — | 758 |
| Government grant related to capital expenditures | — | — | — | — | — |
| Loans advanced | (1,015) | — | — | — | (1,015) |
| Asset acquisition costs | (231) | — | — | — | (231) |
| Cash used in investing activities | (4,140) | (506) | (6) | — | (4,652) |
| **FINANCING ACTIVITIES:** | | | | | |
| Deferred financing charges and costs | (244) | — | — | — | (244) |
| Debt restructuring costs | (2,177) | — | — | — | (2,177) |
| Dividends received / (paid) | — | 10,670 | (10,670) | — | — |
| Share capital issued | 9 | — | — | — | 9 |
| Intercompany notes payable/receivable | (2,496) | 2,496 | — | — | — |
| Cash (used in) provided by financing activities | (4,908) | 13,166 | (10,670) | — | (2,412) |
| Effect of exchange rate changes on cash and cash equivalents | — | 1 | (209) | — | (208) |
| Net (decrease) in cash and cash equivalents | (16,396) | (5,085) | (2,495) | — | (23,976) |
| Cash and cash equivalents, beginning of period | 20,602 | 16,912 | 12,028 | — | 49,542 |
| Cash and cash equivalents, end of period | $ 4,206 | $ 11,827 | $ 9,533 | $ — | $ 25,566 |

**Condensed Consolidating Statement of Cash Flows**
**Three months ended September 30, 2009**
**USD (in '000s)**

| | Parent Company Angiotech Pharmaceuticals, Inc. | Guarantors Subsidiaries | Non Guarantors Subsidiaries | Consolidating Adjustments | Consolidated Total |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES:** | | | | | |
| Cash (used in) provided by operating activities | $ (22,834) | $ 6,558 | $ 19,229 | $ — | $ 2,953 |
| **INVESTING ACTIVITIES:** | | | | | |
| Purchase of property, plant and equipment | (575) | (1,324) | (2) | — | (1,901) |
| Cash used in investing activities | (575) | (1,324) | (2) | — | (1,901) |
| **FINANCING ACTIVITIES:** | | | | | |
| Deferred financing charges and costs | (218) | — | — | — | (218) |
| Intercompany notes payable/receivable | 20,037 | (258) | (19,779) | — | — |
| Proceeds from stock options exercised | 2 | — | — | — | 2 |
| Cash provided by (used in) financing activities | 19,821 | (258) | (19,779) | — | (216) |
| Effect of exchange rate changes on cash and cash equivalents | — | 7 | (43) | — | (36) |
| Net (decrease) increase in cash and cash equivalents | (3,588) | 4,983 | (595) | — | 800 |
| Cash and cash equivalents, beginning of period | 32,010 | 7,730 | 10,918 | — | 50,658 |
| **Cash and cash equivalents, end of period** | $ 28,422 | $ 12,713 | $ 10,323 | $ — | $ 51,458 |

**Condensed Consolidating Statement of Cash Flows**
**Nine months ended September 30, 2009**
**USD (in '000s)**

| | Parent Company Angiotech Pharmaceuticals, Inc. | Guarantors Subsidiaries | Non Guarantors Subsidiaries | Consolidating Adjustments | Consolidated Total |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES:** | | | | | |
| Cash (used in) provided by operating activities | $ (10,998) | $ 6,751 | $ 27,071 | $ — | $ 22,824 |
| **INVESTING ACTIVITIES:** | | | | | |
| Purchase of property, plant and equipment | (815) | (2,723) | (52) | — | (3,590) |
| Purchase of intangible assets | — | (2,500) | — | — | (2,500) |
| Loans advanced | (1,200) | — | — | — | (1,200) |
| Other | 12 | 334 | (94) | — | 252 |
| Cash (used in) investing activities | (2,003) | (4,889) | (146) | — | (7,038) |
| **FINANCING ACTIVITIES:** | | | | | |
| Deferred financing charges and costs | (1,584) | (1,610) | — | — | (3,194) |
| Dividends received / (paid) | — | 3,000 | (3,000) | — | — |
| Intercompany notes payable/receivable | 32,824 | 2,898 | (35,722) | — | — |
| Proceeds from stock options exercised | 2 | — | — | — | 2 |
| Cash provided by (used in) financing activities | 31,242 | 4,288 | (38,722) | — | (3,192) |
| Effect of exchange rate changes on cash and cash equivalents | — | (8) | (80) | — | (88) |
| Net increase (decrease) in cash and cash equivalents | 18,241 | 6,142 | (11,877) | — | 12,506 |
| Cash and cash equivalents, beginning of period | 10,181 | 6,571 | 22,200 | — | 38,952 |
| **Cash and cash equivalents, end of period** | $ 28,422 | $ 12,713 | $ 10,323 | $ — | $ 51,458 |

## 22. SUBSEQUENT EVENTS

*Debt Restructuring and Recapitalization*

On October 1, 2010 the Company announced that it would not be making the $9.7 million interest payment due to the Subordinated Noteholders on October 1, 2010 and that it was in negotiations with certain holders of the Subordinated Notes to potentially restructure and reduce existing debt levels. On October 29, 2010, the Company further announced that it had entered into a Support Agreement with holders of approximately 73% of the aggregate outstanding principal amount of the Consenting Noteholders to eliminate $250 million of the Company's debt in exchange for common shares of the Company, subject to various conditions. The outstanding interest obligation of $9.7 million was fully accrued for as at September 30, 2010.

Pursuant to the terms of the Subordinated Notes, the Company had a 30 day grace period from October 1, 2010 to make the required interest payment before the Subordinated Noteholders would have the right to demand repayment of all obligations thereunder. Under the terms of the Support Agreement, this grace period was extended to November 30, 2010. The Company expects that additional extensions will be required to complete the recapitalization transaction. Failure to make the interest payment by the extended deadline would constitute an event of default under the indentures governing each of the Subordinated Notes and Existing Floating Rate Notes. An Event of Default under the indenture governing the Subordinated Notes, arising from failure to make the interest payment within the grace period, would permit the holders of 25% or more of the aggregate outstanding principal amount of the Subordinated Notes to demand immediate repayment of the Company's debt obligations owing under the Subordinated Notes. Similarly, an Event of Default under the indenture governing the Existing Floating Rate Notes, arising from failure to make the interest payment on the Subordinated Notes within the grace period, would permit the holders of 25% or more of the aggregate outstanding principal amount of the Existing Floating Rate Notes to demand immediate repayment of the Company's debt obligations owing under the Existing Floating Rate Notes.

Concurrent with the Company's discussions with the Consenting Noteholders, on September 30, 2010 the Company entered into a Forbearance Agreement with Wells Fargo to preserve access to its Existing Credit Facility while the Company explores financial and strategic alternatives. Under this agreement, Wells Fargo has agreed to not immediately exercise its rights or remedies related to the Company's failure to make its interest payment. The Forbearance Agreement will terminate on the earlier of (i) the occurrence of another event constituting a default or an event of default under the Existing Credit Facility, (ii) the occurrence of a Material Adverse Change as defined under the Existing Credit Facility, and (iii) November 30, 2010.

Key elements of the proposed recapitalization transaction are as follows:

a) Under the terms of the Support Agreement, the Consenting Noteholders have agreed to exchange their Subordinated Notes for new common stock issued by the Company through the Exchange Offer, which would be initiated on or before November 29, 2010. All Noteholders are eligible to participate in the Exchange Offer, under which they would receive 90% of the new common stock upon completion of the recapitalization transaction, subject to potential dilution. Contingent upon the Exchange Offer being implemented, the Noteholders consenting to the terms of the Support Agreement would be entitled to receive, on a pro-rata basis, an additional 3.5% of the new common stock upon completion of the recapitalization transaction, subject to potential dilution. Pursuant to the Support Agreement, the obligation of the Consenting Noteholders to complete the proposed recapitalization transaction is conditional on the completion of the transactions contemplated by the FRN Support Agreement with the FRN Noteholders as described in note 22(b) below.

b) The Company has also entered into a FRN Support Agreement with holders of approximately 51% of the outstanding aggregate principal amount of the Existing Floating Rate Notes to exchange their Existing Floating Rate Notes for the New Floating Rate Notes. The New Floating Rate Notes would be issued on substantially the same terms and conditions as the Existing Floating Rates Notes, except (i) changes to covenants pertaining to the incurrence of additional indebtedness and liens, including a reduction in the allowance from $100 million to $50 million for the Company to obtain new senior secured indebtedness having seniority to the Floating Rate Notes; (ii) the provision of additional security for holders of the Floating Rate Notes by a second lien over the property and assets of the Company and certain of its subsidiaries, that secure the Existing Credit Facility, subject to customary carve-outs and certain permitted liens; and (iii) changes to the definitions of certain "Change of Control" provisions.

c) Upon implementation of the proposed recapitalization transaction, existing common stockholders would receive, in exchange for their existing shares, 2.5% of the new common stock and options to acquire 10% of the new common stock (each subject to dilution) with a strike price that provides for a par recovery to the Subordinated Noteholders. This consideration would be conditioned upon the receipt of either a favorable shareholder vote on the recapitalization transaction or an exemption order.

d) Upon completion of the proposed recapitalization, all existing options, warrants or other rights to purchase common stock would be cancelled.

e) Under the Support Agreement, at least 98% of the aggregate principal amount of the Subordinated Noteholders must consent to the Exchange Offer (the "Minimum Exchange Offer Threshold") on or before January 7, 2011. If the Minimum Exchange Offer Threshold is not met, the Company might be required to pursue the recapitalization transaction pursuant to a plan of arrangement under the Canada Business Corporations Act ("CBCA"). Under the Support Agreement, the Company might also be required to pursue the completion of the proposed recapitalization transaction pursuant a plan of compromise or arrangement under the Companies' Creditors Arrangement Act (the "CCAA") and/or other court proceedings.

f) Upon implementation of the proposed recapitalization transaction, the Support Agreement requires that the existing Wells Fargo credit facility be amended, refinanced or replaced to provide not less than $25 million and not more than $35 million in liquidity.

g) The completion of the proposed recapitalization transaction is also subject to the establishment of a stock-based incentive plan that is satisfactory to the Company and the Consenting Noteholders. The stock-based incentive plan may provide, over the life of the plan, for the grant of common stock and options of up to 15% of the new common stock, subject to potential dilution, as well as vesting and other considerations consistent with such stock-based incentive plans.

h) The proposed recapitalization transaction is expected to be implemented no later than April 30, 2011.

The completion of the proposed recapitalization transaction subject to completion of definitive documentation and satisfaction of any conditions contained therein. As a result, management is still in the process of assessing the impact of the transaction on the Company's financial results. Refer to note 1 and note 13 for further information.

*Amended and Restated Forbearance Agreement*

In connection with its recapitalization plan, on November 4, 2010, the Company entered into an Amended and Restated Forbearance Agreement with Wells Fargo related to its Existing Credit Facility. Under the Amended and Restated Forbearance Agreement, Wells Fargo has agreed to not immediately exercise any rights or remedies it has related to: (a) the Company's failure to make its interest payment due to the Subordinated Noteholders on October 1, 2010; (b) the Company's ongoing litigation with QSR; or (c) any future failure to deliver an unqualified audit opinion with respect to the going concern assumption for the fiscal year ending December 31, 2010. The Amended and Restated Forbearance Agreement will terminate on the earliest to occur of (i) the occurrence of another event constituting an event of default under the Existing Credit Facility, (ii) the occurrence of a Material Adverse Change as defined under the Existing Credit Facility (subject to exclusions for changes relating to the recapitalization plan), (iii) failure to attain certain intermediate milestones with respect to the recapitalization plan, (iv) termination of the Support Agreement or the FRN Support Agreement, (v) consummation of the recapitalization plan on terms and conditions not reasonably satisfactory to Wells Fargo under the Existing Credit Facility, (vi) failure to remain in a grace period with respect to the nonpayment of the interest payment due to the Subordinated Noteholders on October 1, 2010 and (vi) April 30, 2011. The Company incurred $0.05 million to complete the Amended and Restated Forbearance Agreement.

*Credit Facility Amendment*

On November 4, 2010, the Company entered into the Fourth Amendment to the Existing Credit Facility to, among other changes:

- Amend the existing financial covenants pertaining to minimum EBITDA levels and fixed charge coverage ratios;
- Increase the borrowing base available to secure loans by including in such borrowing base the value of certain real property, securities and intellectual property owned by the Company and its subsidiaries, in addition to accounts receivable and inventory, in each case subject to reserves, eligibility standards and advance rate formulas. As a result, amount of financing available to the Company under the Existing Credit Facility as at November 4, 2010 increased to approximately $25 million, which excludes $2.8 million currently outstanding secured letters of credit under the Existing Credit Facility;
- Amend the specified use of proceeds provisions to allow for certain secured and unsecured intercompany loans by US entities to Canadian entities; and
- Permit the sale of certain assets of the Company.

Given that the Support Agreement requires that, upon implementation of the recapitalization transaction, the Existing Credit Facility be amended, refinanced or replaced to provide not less than $25 million and not more than $35 million in liquidity, further consent from Wells Fargo under the Existing Credit Facility will be required in connection with the consummation of the proposed recapitalization transaction. If such consent is not obtained, the Company would be required to replace the Existing Credit Facility with a new revolving credit facility to provide additional liquidity and temporary relief during the period required to complete the proposed recapitalization transaction and fulfill the liquidity requirement referred to above. The Company incurred $0.3 million to complete the Fourth Amendment.

## Item 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

**ANGIOTECH PHARMACEUTICALS, INC.**

**For the three and nine months ended September 30, 2010**

(All amounts following are expressed in U.S. dollars unless otherwise indicated.)

The following management's discussion and analysis ("MD&A") for the three and nine months ended September 30, 2010, provides an update to the MD&A for the year ended December 31, 2009 and should be read in conjunction with our unaudited consolidated financial statements for the three and nine months ended September 30, 2010 and our audited consolidated financial statements for the year ended December 31, 2009, each of which has been prepared in accordance with U.S. generally accepted accounting principles ("U.S. GAAP"). The MD&A and unaudited consolidated financial statements for the three and nine months ended September 30, 2010 have been prepared in accordance with the applicable rules and regulations of the U.S. Securities and Exchange Commission ("SEC") for the presentation of interim financial information. Additional information relating to our Company, including our 2009 audited consolidated financial statements and our 2009 Annual Report on Form 10-K (as amended by our Amendment No.1 on Form 10-K/A, collectively, the "2009 Annual Report"), is available by accessing the SEDAR website at www.sedar.com or the SEC's EDGAR website at www.sec.gov/edgar.shtml.

### Forward-Looking Statements and Cautionary Factors That May Affect Future Results

Statements contained in this Quarterly Report on Form 10-Q that are not based on historical fact, including without limitation statements containing the words "believes," "may," "plans," "will," "estimates," "continues," "anticipates," "intends," "expects" and similar expressions, constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 and constitute "forward-looking information" within the meaning of applicable Canadian securities laws. All such statements are made pursuant to the "safe harbor" provisions of applicable securities legislation. Forward-looking statements may involve, but are not limited to, comments with respect to our objectives and priorities for the remainder of 2010 and beyond, our strategies or future actions, our targets, expectations for our financial condition and the results of, or outlook for, our operations, research and development and product and drug development. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, events or developments to be materially different from any future results, events or developments expressed or implied by such forward-looking statements.

Many such known risks, uncertainties and other factors are taken into account as part of our assumptions underlying these forward-looking statements and include, among others, the following: general economic and business conditions in the U.S., Canada and the other regions in which we operate; market demand; technological changes that could impact our existing products or our ability to develop and commercialize future products; competition; existing governmental legislation and regulations and changes in, or the failure to comply with, governmental legislation and regulations; availability of financial reimbursement coverage from governmental and third-party payers for products and related treatments; adverse results or unexpected delays in pre-clinical and clinical product development processes; adverse findings related to the safety and/or efficacy of our products or products sold by our partners; decisions, and the timing of decisions, made by health regulatory agencies regarding approval of our technology and products; the requirement for substantial funding to conduct research and development, to expand manufacturing and commercialization activities; and any other factors that may affect our performance.

In addition, our business is subject to certain operating risks that may cause any results expressed or implied by the forward-looking statements in this Quarterly Report on Form 10-Q to differ materially from our actual results. These operating risks include: our ability to attract and retain qualified personnel; our ability to successfully complete pre-clinical and clinical development of our products; changes in our business strategy or development plans; our failure to obtain patent protection for discoveries; loss of patent protection resulting from third-party challenges to our patents; commercialization limitations imposed by patents owned or controlled by third parties; our ability to obtain rights to technology from licensors; liability for patent claims and other claims asserted against us; our ability to obtain and enforce timely patent and other intellectual property protection for our technology and products; the ability to enter into, and to maintain, corporate alliances relating to the development and commercialization of our technology and products; market acceptance of our technology and products; our ability to successfully manufacture, market and sell our products; the availability of capital to finance our activities; our ability to restructure and to service our debt obligations; and any other factors referenced in our other filings with the applicable Canadian securities regulatory authorities or the SEC.

For a more thorough discussion of the risks associated with our business, see the section entitled "Risk Factors" in this Quarterly Report on Form 10-Q.

Given these uncertainties, assumptions and risk factors, investors are cautioned not to place undue reliance on such forward-looking statements. Except as required by law, we disclaim any obligation to update any such factors or to publicly announce the result of any revisions to any of the forward-looking statements contained in this Quarterly Report on Form 10-Q to reflect future results, events or developments.

This Quarterly Report on Form 10-Q contains forward-looking information that constitutes "financial outlooks" within the meaning of applicable Canadian securities laws. We have provided this information to give shareholders general guidance on management's current expectations of certain factors affecting our business, including our future financial results. Given the uncertainties, assumptions and risk factors associated with this type of information, including those described above, investors are cautioned that the information may not be appropriate for other purposes.

**Business Overview**

We are a specialty pharmaceutical and medical device company that discovers, develops and markets innovative technologies primarily focused on acute and surgical applications. We generate our revenue through sales of our medical products and components, as well as from royalties derived from sales by our partners of products utilizing certain of our proprietary technologies. For the first nine months of 2010, we recorded $155.8 million in direct sales of our various medical products and $28.4 million in royalties and license fees received from our partners.

Our research and development efforts focus on understanding and characterizing biological conditions that often occur concurrent with medical device implantation, surgery or acute trauma, including scar formation and inflammation, cell proliferation, bleeding and coagulation, infection and tumor tissue overgrowth. Our strategy is to utilize our various technologies in the areas of drugs, drug delivery, surface modification, biomaterials and medical devices to create and commercialize novel, proprietary medical products that reduce surgical procedure side effects, improve surgical outcomes, shorten hospital stays, or are easier or safer for a physician to use.

We develop our products using a proprietary and systematic discovery approach. We use our drug screening and medical engineering capabilities to identify new uses for known pharmaceutical compounds or opportunities for novel medical products. In our drug screening process, we look for compounds that address the underlying biological causes of conditions that can occur with medical device implantation, surgery or acute trauma. Once appropriate opportunities have been identified, we work to formulate a drug, or a combination of drugs, with our portfolio of drug, drug delivery and surface modification technologies and biomaterials, or reengineer or surface modify selected materials, to develop a novel surgical implant or medical device. We have patent protected, or have filed patent applications for, certain of our technology and many of our products and potential product candidates.

We currently operate in two segments: Pharmaceutical Technologies and Medical Products.

*Pharmaceutical Technologies*

Our Pharmaceutical Technologies segment focuses primarily on establishing product development and marketing collaborations with major medical device, pharmaceutical or biomaterials companies, and to date has derived the majority of its revenue from royalties due from partners that develop, market and sell products incorporating our technologies. Our principal revenues in this segment have been royalties derived from sales by Boston Scientific Corporation ("BSC") of TAXUS coronary stent systems incorporating the drug paclitaxel.

*Medical Products*

Our Medical Products segment manufactures and markets a wide range of single-use specialty medical products, primarily medical device products and medical device components. These products are sold directly to end users or other third-party medical device manufacturers. This segment contains two specialized direct sales and distribution organizations as well as significant manufacturing capabilities. Many of our medical products are made using our proprietary manufacturing processes or are protected by our intellectual property.

***Proprietary Medical Products.*** Certain of our product lines, which we refer to as our Proprietary Medical Products, are marketed and sold by our two direct sales groups. We believe certain of these product lines contain technology advantages that have the potential for more substantial revenue growth as compared to our overall product portfolio. Our most significant commercial Proprietary Medical Products include our Quill™ Knotless Tissue-Closure Device product line, SKATER™ line of drainage catheters, Option™ inferior vena cava filter ("Option IVC Filter") and BioPince™ full core biopsy device.

***Base Medical Products.*** Certain of our product lines, which we refer to as our Base Medical Products, represent more mature finished goods product lines in the biopsy, ophthalmology and general surgery areas, as well as medical device components manufactured by us and sold to other third-party medical device manufacturers who assemble those components into finished medical devices. Sales of our Base Medical Products are supported by a small group of direct sales personnel, as well as a network of independent sales representatives and medical product distributors. These sales tend to exhibit greater volatility or slower growth when compared to sales of our Proprietary Medical Products. This is particularly the case with our sales of components to third-party medical device manufacturers, which may be impacted by customer concentration and the business issues that certain of our large customers may face, as well as to a more limited extent by economic and credit market conditions.

**Significant Recent Developments**

***Transaction Agreements with Senior Subordinated Noteholders and Senior Floating Rate Noteholders.*** On October 1, 2010 we announced that we had not made our October 1, 2010 interest payment of $9.7 million on our 7.75% Senior Subordinated Notes (the "Subordinated Notes") and that we were in discussions with certain holders of the Subordinated Notes to potentially restructure and reduce existing debt levels. On October 29, 2010, we announced that we had entered into a Recapitalization Support Agreement (the "Support Agreement") with the holders (the "Consenting Noteholders") of approximately 73% of the outstanding principal amount of our Subordinated Notes to effectuate a recapitalization of the Company that would result in a significant reduction of our debt. Upon implementation, the recapitalization transaction would eliminate $250 million in total indebtedness and provide significant improvements to our credit ratios, liquidity and financial flexibility. Under the Support Agreement, the Consenting Noteholders have agreed to exchange their Subordinated Notes for new common stock in the Company (the "Exchange Offer"). The Exchange Offer will be open to all qualifying holders of the Subordinated Notes (the "Noteholders") and Noteholders participating in the Exchange Offer would receive 90% of the new common stock of Angiotech issued and outstanding following the completion of the recapitalization transaction, subject to potential dilution. The Noteholders that agree to the terms of the Support Agreement by November 30, 2010 will be entitled to receive, as additional consideration, 3.5% of the new common stock of Angiotech (distributed on a pro rata basis) issued and outstanding at the completion of the recapitalization transaction, subject to potential dilution. Under the Support Agreement, holders of at least 98% of the aggregate principal amount outstanding of the Subordinated Notes must consent to the Exchange Offer (the "Minimum Exchange Offer Threshold"). If the Minimum Exchange Offer Threshold is not satisfied on or before January 7, 2011, the Company may be required to give effect to the proposed recapitalization transaction pursuant to a plan of arrangement under the Canada Business Corporations Act (the "CBCA"), following a continuance of the Company to the CBCA. Under the Support Agreement, the Company may also be required to pursue the completion of the proposed recapitalization transaction pursuant to a plan of compromise or arrangement under the Companies' Creditors Arrangement Act and/or other court proceedings.

In addition, on October 29, 2010, we also entered into a support agreement (the "FRN Support Agreement") with holders of approximately 51% of the outstanding principal amount of our existing senior floating rate notes (the "Existing Floating Rate Notes") for the exchange of the Existing Floating Rate Notes for new floating rate notes (the "New Floating Rate Notes"). The exchange offer with respect to the Existing Floating Rate Notes (the "FRN Exchange Offer") will be open to all qualifying holders of the Existing Floating Rate Notes ("FRN Noteholders"). The New Floating Rate Notes will be issued on substantially the same terms and conditions as the Existing Floating Rate Notes other than amendments to certain covenants related to the incurrence of additional indebtedness and the definitions of permitted liens and change of control. The New Floating Rate Notes will also be secured by a second lien over the property and assets of the Company and certain of our subsidiaries, which secure the existing revolving credit facility. Pursuant to the terms of the Support Agreement, the obligation of the Consenting Noteholders to complete the recapitalization transaction is conditioned on the completion of the transactions contemplated by the FRN Support Agreement.

The discussions with the Consenting Noteholders follow previous announcements that we had retained the Blackstone Group LP to analyze our capital structure and advise us in our exploration of financial and strategic alternatives for all or part of our business. Over the course of the past 24 months, working together with Blackstone and our legal advisors, we have undertaken significant initiatives to reduce costs and manage liquidity, implemented a senior secured revolving credit facility with Wells Fargo, and explored a wide range of potential strategic and financial transactions, with the primary goals of improving our credit ratios, reducing the aggregate amount of its indebtedness and securing additional working capital liquidity to fund our various business initiatives. In addition, we and our advisors have explored, and will continue to explore, opportunities that could capture strategic value for part or all of the business or that could enhance our competitive position, or could provide for sharing of certain of our significant investments in commercial and research initiatives with a corporate partner or partners.

***Updated and Amended Credit Facility and Forbearance Agreement with Wells Fargo.*** On September 30, 2010, we entered into a Forbearance Agreement with Wells Fargo Capital Finance, LLC ("Wells Fargo") to preserve our existing revolving credit facility while we completed negotiations and transaction agreements with the Consenting Noteholders as described above. Under the Forbearance Agreement, Wells Fargo agreed to not immediately exercise any rights or remedies it has related to our failure to make our interest payment on October 1, 2010.

Subsequently, On November 9, 2010, we announced that we had entered into an amendment and restatement to the Forbearance Agreement (the "Amended and Restated Forbearance Agreement") with Wells Fargo to continue to preserve our existing revolving credit facility during the period required to complete the proposed recapitalization transaction. Under the Amended and Restated Forbearance Agreement, Wells Fargo agreed to not immediately exercise any rights or remedies it has related to: (a) our failure to make our $9.7 million interest payment due to the Subordinated Noteholders on October 1, 2010; (b) the Company's ongoing litigation with QSR Holdings; or (c) any failure to deliver audited financial statements with an unqualified audit opinion with respect to the going concern assumption for the fiscal year ending December 31, 2010. The purpose of the Amended and Restated Forbearance Agreement is to provide Angiotech with liquidity during the period required to complete the proposed recapitalization transaction and fulfill the liquidity requirement specified by the Support Agreement. We incurred $0.1 million to complete both the Forbearance Agreement and Amended and Restated Forbearance Agreement and $0.3 million to complete the amendment to the credit facility. We currently have no borrowings outstanding under the credit facility other than amounts under letters of credit referred to below.

The amendment to our existing credit facility with Wells Fargo provides for, among other changes:

(i) an amendment of financial covenants pertaining to minimum EBITDA levels and fixed charge coverage ratios,

(ii) an increase the borrowing base available to secure loans by including in such borrowing base the value of certain real property, securities and intellectual property owned by the Company and its subsidiaries, in addition to accounts receivable and inventory, in each case subject to reserves, eligibility standards and advance rate formulas. As a result of such amendment, the amount of financing available to us under our amended revolving credit facility will immediately increase to approximately $25 million, which excludes $2.8 million relating to outstanding secured letters of credit under the credit facility;

(iii) an amendment to the specified use of proceeds provisions to allow for certain secured and unsecured intercompany loans by our U.S. entities to our Canadian entities; and

(iv) an amendment to permit the sale of certain assets of the Company.

The Amended and Restated Forbearance Agreement will terminate on the earliest to occur of:

(i) the occurrence of another event constituting an Event of Default under the existing revolving credit facility;

(ii) the occurrence of a Material Adverse Change as defined under the existing revolving credit facility, subject to exclusions for changes relating to the recapitalization plan;

(iii) failure to attain certain intermediate milestones with respect to the recapitalization plan,

(iv) termination of the Support Agreement or the FRN Support Agreement;

(v) consummation of the recapitalization plan on terms and conditions not reasonably satisfactory to Wells Fargo under the existing revolving credit facility;

(vi) failure to remain within the applicable grace period with respect to the non-payment of the interest payment due to the Subordinated Note holders on October 1, 2010; and

(vii) April 30, 2011.

Further consent from the lenders under the revolving credit facility will be required in connection with the consummation of the proposed recapitalization transaction, as the Support Agreement requires that we either amend the existing revolving credit facility to provide ongoing liquidity under said facility of between $25 million and $35 million following the consummation of the recapitalization transaction, or requires us to replace our existing revolving credit facility with a new revolving credit facility.