*Other Income (Expense)*

| (In thousands of U.S.$) | Years ended December 31, 2009 | 2008 | 2007 |
|---|---|---|---|
| Foreign exchange (loss) gain | $ (1,612) | $ 540 | $ (341) |
| Investment and other income | 378 | 1,192 | 10,393 |
| Interest expense on long term-debt | (38,039) | (44,490) | (51,748) |
| Write-down of deferred financing charges | (643) | (16,544) | — |
| Write-down or net loss on redemption of investments | — | (23,587) | (8,157) |
| | $(39,916) | $(82,889) | $(49,853) |

Net foreign exchange gains and losses were primarily the result of changes in the relationship of the U.S. to Canadian dollar and other foreign currency exchange rates when translating our foreign currency denominated cash, cash equivalents and short-term investments to U.S. dollars for reporting purposes at period end. We continue to hold foreign currency denominated cash and cash equivalents to meet our anticipated operating and capital expenditure needs in future periods in jurisdictions outside of the U.S. We do not use derivatives to hedge against exposures to foreign currency arising from our balance sheet financial instruments and therefore are exposed to future fluctuations in the U.S. dollar to foreign currency exchange rates.

Investment and other income for the year ended December 31, 2009 of $0.4 million represented a decrease of $0.8 million when compared to investment and other income of $1.2 million for the year ended December 31, 2008, primarily as a result of lower interest income received in 2009 due to lower excess cash balances available for investment.

Investment and other income for the year ended December 31, 2008 decreased by $9.2 million when compared to the year ended December 31, 2007, primarily due to the fact that the 2007 comparative period included a gain of $7.5 million realized on the recovery of investments owned by Cohesion Technologies, Inc. which we acquired in 2003. In addition, we earned lower interest income in 2008 due primarily to lower cash balances available to invest and lower interest rates.

During the year ended December 31, 2009, we incurred interest expense of $38.0 million on our outstanding long-term debt obligations, as compared to $44.5 million for the year ended December 31, 2008. The decrease resulted from a decline in the interest rate applicable on our Floating Rate Notes due to lower LIBOR rates. The interest rate decline resulted in an average interest rate of 4.7% on our Floating Rate Notes for the year ended December 31, 2009 as compared to 7.7% for the year ended December 31, 2008. Interest expense also includes $2.8 million and $2.3 million for amortization of deferred financing costs for the year ended December 31, 2009 and December 31, 2008, respectively.

During the year ended December 31, 2008, we incurred interest expense of $44.5 million on our outstanding long-term debt obligations, as compared to $51.7 million for the year ended December 31, 2007. The decrease of $7.1 million resulted from a decline, during 2008, in the interest rate applicable on our Floating Rate Notes due to a decline in the LIBOR rates. The interest rate decline resulted in an average interest rate of 7.7% for 2008 as compared to 9.0% in 2007. Interest expense in 2008 also includes $2.3 million for amortization of deferred financing costs.

Write-down and other deferred financing charges for the year ended December 31, 2009 related to a charge of $0.6 million resulting from the write-off of the portion of the deferred financing charges related to our term loan facility with Wells Fargo Foothill LLC ("Wells Fargo") that terminated on May 29, 2009. Write-down and other deferred financing charges for the year ended December 31, 2008 of $16.5 million were a result of recognized costs related to our exploration of proposed financing and strategic alternatives.

The write-down or net loss on redemption of investments for the year ended December 31, 2008 of $23.6 million is comprised of a loss of $8.8 million realized on the sale of our common stock holdings in CombinatoRx, Inc., an unrealized loss of $9.8 million on an available-for-sale equity security that had been trading below carrying value for an extended period and for which management does not intend to hold for a sufficient period of time to reasonably expect a recovery to initial carrying value and an unrealized loss of $5.0 million on the write-down in carrying value of shares held in a private biotechnology company classified as long term investments. The write-down or net loss on redemption of investments for the year ended December 31, 2007 of $8.2 million is comprised of a loss of $9.6 million realized on the sale of our common stock holdings in Orthovita, Inc., partially offset by a gain of $1.4 million realized on the sale of our common stock holdings in NuVasive, Inc.

*Income Tax*

Income tax expense for the year ended December 31, 2009 was $6.0 million compared to an income tax recovery of $12.9 million for the year ended December 31, 2008. The income tax expense for 2009 is primarily due to net income in 2009 from U.S. and foreign operations and includes the recognition of a $6.1 million prepaid tax charge relating to taxes paid in prior years in connection with an inter-company transfer of the intellectual property underlying the transaction with Baxter.

The effective tax rate for 2009 differs from than the statutory Canadian tax rate of 30.0%, primarily due to valuation allowances on net operating losses and the net effect of lower tax rates on earnings in foreign jurisdictions.

For the year ended December 31, 2009, income tax expense of $6.0 million consisted of a current and deferred income tax expense of $0.6 million on a net loss from Canadian operations and a current and deferred income tax expense of $5.4 million on net income from U.S. and foreign operations.

Income tax recovery for the year ended December 31, 2008 was $12.9 million compared to income tax recovery of $14.5 million for the year ended December 31, 2007. The income tax recovery for 2008 is primarily due to a net loss from operations, the amortization of identifiable intangible assets, tax deductions relating to international financing structures, and a recovery of taxes paid in prior years as a result of the carryback of current year losses. The income tax recovery for 2008 also includes a recovery of $3.8 million relating to the settlement of an outstanding Quebec income tax reassessment and a charge of $6.1 million related to an accrual under FIN 48.

The effective tax rate for 2008 is lower than the statutory Canadian tax rate of 31.0%, primarily due to valuation allowances on net operating losses, tax deductions related to international financing structures, provincial income tax credits, the net effect of lower tax rates on earnings in foreign jurisdictions, and goodwill impairment charges.

For the year ended December 31, 2008, income tax recovery of $12.9 million consisted of a current and deferred income tax recovery of $6.2 million on a net loss from Canadian operations and a current and deferred income tax recovery of $6.7 million on net losses from U.S. and foreign operations.

*Discontinued Operations*

In September 2006, we determined that certain operating subsidiaries acquired through our acquisition of American Medical Instruments Holdings, Inc. ("AMI") were not aligned with our business strategy and we began actively looking to dispose of these subsidiaries. The operations were categorized as discontinued and the net loss for these operations has been shown separately on the statements of operations of these subsidiaries. On July 31, 2007, we completed the sale of 100% of the issued and outstanding shares of Point Technologies, Inc. and its subsidiary Point Technologies S.A. for proceeds of $2.6 million. On August 30, 2007, we sold all of the assets and liabilities of American Medical Instruments (Dartmouth, MA), Inc. for proceeds of $2.2 million.

The operating results of discontinued operations are summarized as follows:

| (in thousands of U.S.$) | Year ended December 31, 2007 |
|---|---|
| Revenue | $ 7,580 |
| Operating loss | (632) |
| Other income and expense | (1,991) |
| Impairment charge | (8,879) |
| Loss before income taxes | (11,502) |
| Income tax recovery | (1,609) |
| Net loss from discontinued operations | $ (9,893) |

**Liquidity and Capital Resources**

At December 31, 2009, we had working capital of $66.5 million and cash resources of $49.5 million, consisting of cash and cash equivalents. In aggregate, our working capital increased by $14.7 million as compared to December 31, 2008, primarily due to the $25.0 million in cash received pursuant to the transaction with Baxter in the first quarter of 2009, offset by the net loss for the year ended December 31, 2009.

We maintain a revolving credit facility with Wells Fargo. The total potential available credit under the revolving credit facility is $25.0 million (subject to a borrowing base formula based on certain of our and our subsidiaries' finished goods inventory and accounts receivable). As of December 31, 2009, the amount of financing available under the revolving credit facility was approximately $12.6 million, which is net of a $1.5 million letter of credit issued under the revolving credit facility. As of December 31, 2009, there were no borrowings outstanding under the revolving credit facility.

Our cash resources and any borrowings available under the revolving credit facility, in addition to cash generated from operations or cash available per commitments of certain of our creditors, are used to support our continuing clinical studies, research and development initiatives, sales and marketing initiatives, working capital requirements, debt servicing requirements and for general corporate purposes. We may also use our cash resources to fund acquisitions of, or investments in, businesses, products or technologies that expand, complement or are otherwise related to our business.

At any time, the amount of financing available under the revolving credit facility, which is secured by certain of our inventory and accounts receivable assets, may be significantly less than $25.0 million and is expected to fluctuate from month to month with changes in levels of certain finished goods and accounts receivable. Any borrowings outstanding under the revolving credit facility bear interest ranging from LIBOR + 3.25% to LIBOR + 3.75%, with a minimum Base LIBOR Rate of 2.25%. As the minimum Base LIBOR Rate under the revolving credit facility is 2.25% and the LIBOR rate was 0.25% on December 31, 2009, a 0.50% increase or decrease in the LIBOR rate as of December 31, 2009 would have no impact on interest payable under the credit facility. The revolving credit facility includes certain covenants and restrictions with respect to our operations and requires us to maintain certain levels of Adjusted EBITDA and interest coverage ratios, among other terms and conditions. A breach of any of these covenants could result in the Company's inability to draw on the facility or the immediate repayment of any then outstanding principal and interest. Repayment of any amounts drawn under the revolving credit facility can be made at certain points in time with ultimate maturity being February 27, 2013. Prepayments made under the revolving credit facility in certain circumstances cannot be re-borrowed by us. We maintain this facility to provide additional liquidity and capital resources for working capital and general corporate purposes in the near term and more flexibility and time to explore other longer-term options for our overall capital structure and working capital needs.

On July 23, 2009, we announced that we had filed a shelf registration statement on Form S-3 with the SEC and a corresponding preliminary short form base shelf prospectus with the securities commissions of British Columbia

and Ontario. On December 7, 2009, the shelf registration statement on Form S-3 (as amended by our Amendment No.1 on Form S-3/A) was declared effective by the SEC and we filed a final short form base shelf prospectus with the securities commissions of British Columbia and Ontario. The Offering Documents allow us to make offerings of Common shares, Class I Preference shares, debt securities, warrants or units for initial aggregate proceeds of up to $250.0 million to potential purchasers in British Columbia, Ontario and the U.S. We believe that having the ability to issue these securities gives us the flexibility to raise capital quickly and effect other long-term changes to our capital structure that we may deem advisable in the future. However, there is no assurance that the company will be able to complete any such offerings.

Due to numerous factors that may impact our future cash position, working capital and liquidity as discussed below and the significant cash that will be necessary to continue to service our current level of debt obligations, there can be no assurance that we will have adequate liquidity and capital resources to satisfy our financial obligations beyond 2010.

Our cash inflows and the amounts of expenditures that will be necessary to execute our business plan are subject to numerous uncertainties, including but not limited to changes in drug-eluting coronary stent markets, including the impact of increased competition in such markets and research relating to the efficacy of drug-eluting stents, the sales achieved in such markets by our partner BSC, the timing and success of product sales and marketing initiatives and new product launches, the timing and success of our research, product development and clinical trial activities, the timing of completing certain operational initiatives including facility closures, our ability to effect reductions in certain aspects of our budgets in an efficient and timely manner, changes in interest rates and regulatory or legislative changes. These and other uncertainties may adversely affect our liquidity and capital resources to a significant extent and may force us to further reduce our expenditures on research and development or on our various new product and sales and marketing initiatives in order for us to continue to service our debt obligations. Such further reductions in our budgeted expenditures may have an adverse effect on our new product development and sales growth initiatives and reduce our ability to achieve the revenue growth targets, product launch or new product development timelines in our current operating plan. There can also be no assurance that such reductions in expenditures will be adequate to provide sufficient cash flow to continue to service our current level of debt obligations.

In particular, should our royalties received from BSC decline more significantly than we expect in future periods as a result of competition in the drug-eluting stent market or due to negative research or publications relating to the efficacy of drug-eluting stents, our liquidity may continue to be adversely affected, and we may be forced to explore alternative funding sources through debt, equity or other public or private securities offerings, or to pursue certain reorganization, restructuring or other strategic or financial alternatives. We may not be able to complete any restructuring, reorganization or strategic activities on terms that would be favorable for our current lenders or our shareholders. Capital markets conditions deteriorated significantly during 2008 and 2009, including a significant and material decline in the level of corporate lending activity, combined with a significant increase in the cost of any such lending, and current conditions continue to be challenging for us. Current and future market conditions may have a material effect on our ability to complete any of the activities as described on favorable terms, if at all.

As a result of uncertainty and volatility relating to the market and competitive environment for drug-eluting stents and to address our liquidity needs, we continue to assess a broad range of strategic and financial alternatives (see "Business Overview — Financial and Strategic Alternatives Process").

*Cash Flow Highlights*

| (in thousands of U.S.$) | Years ended December 31, 2009 | 2008 | 2007 |
|---|---|---|---|
| Cash and cash equivalents, beginning of year | $38,952 | $ 91,326 | $99,332 |
| Cash provided by (used in) operating activities | 21,971 | (38,007) | (5,562) |
| Cash (used in) provided by investing activities | (8,187) | (8,239) | 259 |
| Cash used in financing activities | (3,400) | (4,378) | (1,637) |
| Effect of exchange rate changes on cash | 206 | (1,750) | (1,066) |
| Net increase (decrease) in cash and cash equivalents | 10,590 | (52,374) | (8,006) |
| Cash and cash equivalents, end of year | $49,542 | $ 38,952 | $91,326 |

*Cash Flows from Operating Activities*

Cash provided by operating activities for the year ended December 31, 2009 was $22.0 million compared to cash used in operating activities of $38.0 million for the year ended December 31, 2008. The increase in cash provided by operating activities of $60.0 million was due primarily to: (i) the one-time cash payment of $25.0 million received from Baxter in the first quarter of 2009; (ii) a lower net loss resulting from reduced research and development and selling, general and administrative costs, offset by a reduction of royalty revenue; and (iii) a $25.7 million improvement in cash from changes in working capital. Working capital changes during the year ended December 31, 2009 included net cash outflows from accounts receivable of $2.1 million due primarily to sales growth of our Quill SRS product line and our Option IVC Filter during the year, net cash outflows from accounts payable and accrued liabilities of $5.4 million due to payments made during the period, net cash inflows resulting from lower inventory of $3.2 million, net cash inflows of $1.7 million relating to income taxes payable and net cash inflows of $7.6 million relating to prepaid expenses and other assets due to non-cash tax expense.

Cash used in operating activities for the year ended December 31, 2008 was $38.0 million compared to cash used of $5.6 million for the year ended December 31, 2007. Net loss for the year ended December 31, 2008, excluding non-cash items, resulted in cash outflows of $16.9 million compared to cash outflows of $14.7 million for the year ended December 31, 2007. The increase in cash used in operating activities was due to factors consistent with those that impacted net loss, as described above under "Results of Operations — Overview". Working capital requirements resulted in net cash outflows of $21.1 million during 2008 compared to net cash inflows of $9.1 for 2007. The net cash outflows in 2008 primarily resulted from a $5.5 million increase during the year in trade accounts receivable, consistent with the increase in medical product sales as compared to 2007, an increase of $5.1 million during the year of inventory balances built in order to meet production requirements for certain of our medical products in the U.S. and E.U. and a decrease of $12.5 million in accounts payable and accrued liabilities due to lower spending.

*Cash Flows from Investing Activities*

Net cash used in investing activities for the year ended December 31, 2009 was $8.2 million compared to net cash used of $8.2 million for the year ended December 31, 2008. For the year ended December 31, 2009, the net cash used in investing activities was primarily for capital expenditures of $4.4 million. In addition, payments were made to our partners Rex Medical and Haemacure of $2.5 million and $1.6 million, respectively during 2009.

Net cash used in investing activities for the year ended December 31, 2008 was $8.2 million compared to net cash provided of $0.3 million for the year ended December 31, 2007. For 2008, the net cash used in investing activities was primarily related to capital expenditures of $7.7 million. We also paid a $0.8 million licensing milestone to a partner upon our successful completion of enrollment in our Bio-Seal human clinical trial and invested $2.5 million in IPR&D for an initial license payment to Rex Medical. These cash outflows were offset by proceeds on sale of short-term investments of $2.8 million.

Depending on the level of our cash portfolio, we may invest our excess cash in short-term marketable securities, principally investment grade commercial debt and government agency notes. Investments are made with the secondary objective of achieving the highest rate of return while meeting our primary objectives of liquidity and safety of principal. Our investment policy limits investments to certain types of instruments issued by institutions with investment grade credit ratings and places restrictions on maturities and concentration by type and issuer. At December 31, 2009, we were not holding any short-term marketable securities.

At December 31, 2009 and December 31, 2008, we retained the following cash and cash equivalents denominated in foreign currencies in order to meet our anticipated foreign operating and capital expenditures in future periods.

| (In thousands of U.S.$) | December 31, 2009 | December 31, 2008 |
|---|---|---|
| Canadian dollars | $ 5,542 | $ 3,942 |
| Swiss franc | 986 | 3,053 |
| Euro | 5,680 | 5,263 |
| Danish krone | 412 | 2,022 |
| Other | 2,587 | 2,806 |

### *Cash Flows from Financing Activities*

Net cash used in financing activities for the year ended December 31, 2009 was $3.4 million, primarily for expenditures related to our revolving credit facility (see "Liquidity and Capital Resources" above and note 14(f) to the audited consolidated financial statements for the year ended December 31, 2009).

Net cash used in financing activities for the year ended December 31, 2008 was $4.4 million, primarily for expenditures related to an abandoned financing transaction, as well as expenditures related to the credit facility announced on March 2, 2009 (see "Liquidity and Capital Resources" above and note 14(f) to the audited consolidated financial statements for the year ended December 31, 2009). The expenditures related to the abandoned financing transaction had been capitalized as part of deferred financing costs related to the transaction, but were expensed in late 2008 based upon our September 22, 2008 announcement that we would not be able to satisfy certain closing conditions of the proposed transaction. These cash outflows were offset with a small amount of cash received on the exercise of employee stock options.

### *Long-Term Debt*

#### *(a) Senior Floating Rate Notes*

On December 11, 2006, we issued Floating Rate Notes in the aggregate principal amount of $325 million. The Floating Rate Notes bear interest at an annual rate of LIBOR plus 3.75%, which is reset quarterly. Interest is payable quarterly in arrears on March 1, June 1, September 1, and December 1 of each year through to maturity. The Floating Rate Notes are unsecured senior obligations, are guaranteed by certain of our subsidiaries and rank equally in right of payment to all of our existing and future senior indebtedness. At December 31, 2009, the interest rate on these notes was 4.01%. We may redeem all or a part of the notes at specified redemption prices.

#### *(b) Senior Subordinated Notes*

On March 23, 2006, we issued 7.75% Senior Subordinated Notes due 2014 (the "Subordinated Notes") in the aggregate principal amount of $250.0 million. These Subordinated Notes bear interest at an annual rate of 7.75% payable semi-annually in arrears on April 1 and October 1 of each year through to maturity. The Subordinated Notes are unsecured obligations. The Subordinated Notes and related note guarantees provided by us and certain of our subsidiaries are subordinated to our Floating Rate Notes described above, our existing and future senior indebtedness. We may redeem all or a part of the notes at specified redemption prices.

*(c) Proforma Interest Expense*

The following table (unaudited) shows the estimated interest payable for both the Senior Floating Rate Notes and the Senior Subordinated Notes over the next five years, assuming a December 31, 2009 base LIBOR rate of 0.25% as well as the impact on the estimated interest payable of a 0.5% increase or a 0.25% decrease in the base LIBOR rate:

| | (unaudited) | | |
|---|---|---|---|
| Year | Base LIBOR | 0.5% Increase in base LIBOR | 0.25% Decrease in base LIBOR |
| 2010 | 32,556 | 34,203 | 31,732 |
| 2011 | 32,556 | 34,203 | 31,732 |
| 2012 | 32,556 | 34,203 | 31,732 |
| 2013 | 31,436 | 32,944 | 30,682 |
| 2014 | 4,844 | 4,844 | 4,844 |

*(d) Debt Covenants*

The terms of the indentures governing our Floating Rate Notes and our Subordinated Notes include various covenants that impose restrictions on the operation of our business and the business of our subsidiaries, including the incurrence of certain liens and other indebtedness.

In addition, our revolving credit facility includes a number of customary financial covenants, including a requirement to maintain certain levels of adjusted earnings before interest, taxes, depreciation and amortization ("Adjusted EBITDA") and interest coverage ratios, as well as covenants that limit our ability to, among other things, incur indebtedness, create liens, merge or consolidate, sell or dispose of assets, change the nature of our business, make distributions or make advances, loans or investments.

**Contractual Obligations**

At December 31, 2009, our significant contractual obligations for the next five years and thereafter include:

| (in thousands of U.S.$) | Payments due by period | | | | |
|---|---|---|---|---|---|
| | Total | Less than 1 year | 1 to 3 years | 3 to 5 years | More than 5 years |
| Long-term debt repayments | 575,000 | — | — | 575,000 | — |
| Long-term debt interest obligations | 133,947 | 32,556 | 65,111 | 36,280 | — |
| Operating leases | 26,192 | 3,559 | 6,051 | 5,774 | 10,807 |
| Other tax liability | 3,898 | — | — | — | 3,898 |
| Total obligations | 739,037 | 36,115 | 71,162 | 617,054 | 14,705 |

Long-term debt includes $325.0 million of Floating Rate Notes and $250.0 million of Subordinated Notes. Repayments are based on contractual commitments as defined in the indentures governing the notes. Long-term debt interest obligations on variable (floating) rate debt are estimated using the current interest rates in effect at December 31, 2009. Long-term debt repayments and interest obligations assume no early repayment of principal.

We have entered into operating leases in the ordinary course of business for office and laboratory space with various third parties. The longest term of these leases will expire in July 2019.

The table above does not include any cost sharing or milestone payments in connection with research and development collaborations with third parties as these payments are contingent on the achievement of specific developmental, regulatory or commercial activities and milestones as described in note 18(a)(ii) to the 2009 annual audited financial statements. In addition, we may have to make royalty payments based on a percentage of future sales of certain products in the event regulatory approval for marketing is obtained.

### Contingencies

We are party to various legal proceedings, including patent infringement litigation and other matters. See Part I, Item 3 and Note 18 (b) "Contingencies", in the Notes to the Consolidated Financial Statements of Part II, Item 8 of this Annual Report on Form 10-K for more information.

### Inflation

The effects of inflation or changing prices have not had a material impact on our net sales, revenues or income from continuing operations for the last three years.

### Off-Balance Sheet Arrangements

As of December 31, 2009, we do not have any off-balance sheet arrangements, as defined by applicable securities regulators in Canada and the U.S., that have, or are reasonably likely to have, a current or future effect on our financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources that would be material to investors.

### Recently Adopted Accounting Policies

The Company currently accounts for business combinations in accordance with ASC No. 805 — Business Combinations. New guidance was issued under ASC No. 805 which changes accounting for business combinations by requiring acquiring entities to recognize all assets acquired and liabilities assumed in a transaction at the acquisition-date fair value with limited exceptions. This includes a change in the accounting treatment and disclosure of specific items in a business combination. Furthermore, the new guidance amends and clarifies the initial recognition and measurement, subsequent measurement and accounting, and related disclosures related to the treatment of assets and liabilities which are assumed in a business combination and arise from contingencies. ASC No. 805 applies prospectively to business combinations for which the acquisition date is on or after the beginning of the first annual reporting period beginning on or after December 15, 2008. We have adopted this standard without material impact to our 2009 consolidated financial results.

Effective January 1, 2009, the Company has adopted ASC No. 350-30, Intangibles — Goodwill and Other and ASC No. 805-20-20, Business Combinations — Identifiable Assets and Liabilities and Any Noncontrolling interest. This standard considers how defensive intangible assets should be accounted for subsequent to their acquisition, including the estimated useful life that should be assigned to such assets.

Under ASC 820-10 — Fair Value Measurements and Disclosures, the effective date for the adoption of the fair value measurement framework was deferred by the SEC for certain non-financial assets and non-financial liabilities, due to implementation difficulties, to years beginning after November 15, 2008 and interim periods within those years. The guidance was adopted January 1, 2009 with no impact to the Company's consolidated financial statements.

Effective January 1, 2009, the Company adopted the new guidance under ASC No. 808-10 — Collaborative Arrangement, which requires collaborators to present the results of activities for which they act as the principal on a gross basis. Any payments received from (made to) other collaborators should be recorded in accordance with other applicable GAAP or, in the absence of other applicable GAAP, guidance provided by authoritative accounting literature or a reasonable, rational, and consistently applied accounting policy. Furthermore, the standard clarifies whether transactions under a collaborative arrangement are part of a vendor-customer (or analogous) relationship and addresses appropriate income statement classification and disclosures related to these arrangements. ASC 808-10 is effective for fiscal years beginning December 15, 2008. This standard had no impact on the Company's financial results given that it relates to disclosure and presentation only.

Effective January 1, 2009, the Company adopted the new guidance under ASC 275-10-50 — Risks and Uncertainties Disclosure and ASC 350, Intangibles — Goodwill and Other. ASC 275-10-50 amends the factors

that should be considered in developing renewal or extension assumptions used to determine the useful life of a recognized intangible asset under ASC No. 350. The intent of the position is to improve the consistency between the useful life of a recognized intangible asset under ASC No. 350 and the period of expected cash flows used to measure the fair value of the intangible asset. ASC No. 275-10-50 and ASC No. 350 are effective for fiscal years beginning after December 15, 2008. Adoption of this standard had no material impact on our consolidated balance sheets, results of operations or cash flows.

For the quarter ended September 30, 2009, the Company adopted the amended disclosures about the fair value of financial instruments under ASC No. 825-10-65-1— Financial Instruments. The new guidance is applicable to interim reporting periods of publicly traded companies as well as the annual financial statements. This standard had no impact on our financial results given that it relates to disclosure and presentation only.

The Company adopted ASC No. 320-10-65-1, Investments — Debt and Equity Securities. This standard amends the impairment guidance for certain debt securities and requires an investor to assess the likelihood of selling the security prior to recovering the cost base. If the investor is able to sufficiently demonstrate that it will not have to sell the security before recovery, impairment charges related to non-credit losses would be reflected in other comprehensive income. The standard also expands and increases disclosure requirements related to debt and equity securities. Adoption of this standard during the quarter ended September 30, 2009 had no material impact on our consolidated balance sheets, results of operations or cash flows.

The Company has adopted ASC No. 820-10-65, Fair Value Measurements and Disclosures on a prospective basis on July 1, 2009. This section provides additional guidance on fair value measurements in inactive markets. The new approach is designed to address whether a market is inactive, and if so, whether a transaction in that market should be considered distressed. It also provides additional guidance on how fair value measurements might be determined in an active market. Adoption of this standard had no material impact on our consolidated balance sheets, results of operations or cash flows.

In August 2009 the FASB issued an accounting standard update on measuring liabilities at fair value under ASC No. 820, Fair Value Measurements and Disclosures. The update provides clarification on how to measure the fair value of a liability when a quoted price for an identical liability is not available in an active market. This includes a discussion of appropriate valuation techniques. ASC No. 820 is effective for reporting periods, including interim periods, beginning after August 26, 2009. Given that the Company did not elect the fair value option of any of its liabilities, the adoption of this standard had no impact on the valuation of the Company's liabilities.

**Future Accounting Pronouncements**

In June 2009, the FASB issued a new standard under ASC No. 810-10 — Consolidation which changes the consolidation model for VIE'S. The revised model increases the qualitative analysis required when identifying which entity is the primary beneficiary that has (i) the power to direct the activities of a VIE that most significantly impact the entity's economic performance and (ii) the obligation to absorb losses or the right to receive benefits from the VIE. The new standard eliminates the QSPE exemption, requires ongoing reconsideration of the primary beneficiary and amends the events which trigger reassessment of whether an entity is a VIE. The new guidance is effective for annual and interim periods beginning after November 15, 2009. We are assessing the potential impact that the adoption of this standard may have on our consolidated financial position, results of operations or cash flows.

In October 2009, the FASB issued ASU No. 2009-13, Multiple-Deliverable Revenue Arrangements, under ASC No. 605. The new guidance provides a more flexible alternative to identify and allocate consideration among multiple elements in a bundled arrangement when vendor-specific objective evidence or third-party evidence of selling price is not available. ASU No. 2009-13 requires the use of the relative selling price method and eliminates the residual method to allocation arrangement consideration. Additional expanded qualitative and quantitative disclosures are also required. The guidance is effective prospectively for revenue arrangements

entered into or materially modified in years beginning on or after June 15, 2010. We are assessing the potential impact that the adoption of ASU No. 2009-13 may have on our consolidated balance sheets, results of operations and cash flows.

**Outstanding Share Data**

As of December 31, 2009, there were 85,138,081 common shares issued and outstanding for a total of $472.7 million in share capital. At December 31, 2009, we had 5,171,709 CDN dollar stock options, and stock options with tandem stock appreciation rights, which we refer to as awards, outstanding under the Angiotech Pharmaceuticals, Inc. stock option plan (of which 2,723,882 were exercisable) at a weighted average exercise price of CDN$5.99. We also had 2,984,748 U.S. dollar awards outstanding under this plan at December 31, 2009 (of which 921,891 were exercisable), at a weighted average exercise price of US$1.64. Pursuant to the 2006 Stock Incentive Plan, holders of each CDN dollar award and U.S. dollar award issued on or after October 1, 2002 may exercise their tandem stock appreciation right instead of the underlying stock option. The holder exercising the underlying stock option receives one common share of Angiotech Pharmaceuticals, Inc. for each option exercised. The holder exercising the tandem stock appreciation right portion of an award receives a portion of a common share of Angiotech Pharmaceuticals, Inc. with a fair value equal to the excess of the fair value of the common share subject to the underlying option at the time of exercise over the option price as set forth in the option agreement. Holders of each CDN dollar stock option issued prior to October 1, 2002 may exercise each option for one common share of Angiotech Pharmaceuticals, Inc.

As of December 31, 2009, there were 78 stock options outstanding in the AMI stock option plan (of which 29 were exercisable). Each AMI stock option is exercisable for approximately 3,852 common shares of Angiotech Pharmaceuticals, Inc. at a weighted average exercise price of US$15.44 per option.

## Item 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

The primary objective of our investment activities is to preserve our capital to fund operations. We also seek to maximize income from our investments without assuming significant risk. To achieve our objectives, we maintain a portfolio of cash equivalents and investments in a variety of securities of high credit quality. As of December 31, 2009, we had cash and cash equivalents of $49.5 million.

### Interest Rate Risk

As the issuer of the Floating Rate Notes, we are exposed to interest rate risk. The interest rate on the Floating Rate Notes is reset quarterly to 3-month LIBOR plus 3.75%. The aggregate principal amount of the Floating Rate Notes is $325 million and the notes bear interest at a rate of approximately 4.01% at December 31, 2009 (6.0% at December 31, 2008). Based upon the average floating rate debt levels of the Company during the year, a 100 basis point increase in interest rates would have impacted our interest expense by approximately $3.3 million for each of the years ended December 31, 2009 and 2008. We do not use derivatives to hedge against interest rate risk.

### Foreign Currency Risk

We operate internationally and enter into transactions denominated in foreign currencies. As such, our financial results are subject to the variability that arises from exchange rate movements in relation to the U.S. dollar. Our foreign currency exposures are primarily limited to the Canadian dollar, the Swiss franc, the Danish kroner, the Euro and the U.K. pound sterling. We incurred foreign exchange loss of $1.6 million for the year ended December 31, 2009 (December 31, 2008 - $0.5 million foreign exchange gain) primarily as a result of changes in the relationship of the U.S. to Canadian dollar and other foreign currency exchange rates when translating our foreign currency-denominated cash, cash equivalents and short-term investments to U.S. dollars for reporting purposes at period end. We have not entered into any forward currency contracts or other financial derivatives to hedge foreign exchange risk, and therefore we are subject to foreign currency transaction and translation gains and losses. We purchase goods and services in U.S. and Canadian dollars, Swiss francs, Danish kroner, Euros, and U.K. pounds sterling, and earn a significant portion of our license and milestone revenues in U.S. dollars. Foreign exchange risk is managed primarily by satisfying foreign denominated expenditures with cash flows or assets denominated in the same currency.

Since we operate internationally and approximately 11.4% of our net revenue for the year ended December 31, 2009 was generated in other than the U.S. dollar, foreign currency exchange rate fluctuations could significantly impact our financial position, results of operations, cash flows and competitive position.

For purposes of specific risk analysis, we used a sensitivity analysis to measure the potential impact to our consolidated financial statements for a hypothetical 10% strengthening of the U.S. dollar compared within the other currencies which we denominate product sales in for the year ended December 31, 2009. Assuming a 10% strengthening of the U.S. dollar, our product net revenue would have been negatively impacted by approximately $2.9 million.

## Item 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

The consolidated financial statements and financial statement schedules in Part IV, Item 15(a) (1) and (2) of this report are incorporated by reference into this Item 8.

### Management's Report on Internal Control over Financial Reporting

See index to financial statements included under Item 15 in this Annual Report on Form 10-K.

## Item 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE

None.

## Item 9A. CONTROLS AND PROCEDURES

### (a) Evaluation of Disclosure Controls and Procedures.

Based upon an evaluation of the effectiveness of disclosure controls and procedures, our Chief Executive Officer ("CEO") and Chief Financial Officer ("CFO") have concluded that as of the end of the period covered by this Form 10-K our disclosure controls and procedures (as defined in Rules 13a-15(e) or 15d-15(e) under the Exchange Act) were effective to provide reasonable assurance that information required to be disclosed in our Exchange Act reports is recorded, processed, summarized and reported within the time periods specified by the rules and forms of the SEC and is accumulated and communicated to management, including the CEO and CFO, as appropriate to allow timely decisions regarding required disclosure.

It should be noted that the design of any system of controls is based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions, regardless of how remote. However, our CEO and CFO have concluded that our disclosure controls and procedures are effective under circumstances where our disclosure controls and procedures should reasonably be expected to operate effectively.

### (b) Management's Report on Internal Control over Financial Reporting

Our management is responsible for establishing and maintaining adequate internal control over financial reporting (as defined in Rule 13a-15(f) under the Exchange Act) to provide reasonable assurance regarding the reliability of our financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles.

Due to its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate due to changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Under the supervision and with the participation of our management, including our CEO and CFO, we conducted an evaluation of the effectiveness of our internal control over financial reporting using the criteria set forth by the Committee of Sponsoring Organizations of the Treadway Commission in Internal Control — Integrated Framework. Based on its evaluation, our management concluded that our internal control over financial reporting was effective as of December 31, 2009.

The effectiveness of our internal control over financial reporting as of December 31, 2009 has been audited by PricewaterhouseCoopers LLP, an independent registered public accounting firm, as stated in its report which appears herein.

### (c) Changes in Internal Control over Financial Reporting

No change was made to our internal control over financial reporting during the fiscal quarter ended December 31, 2009 that has materially affected, or is reasonably likely to materially affect, such internal control over financial reporting.

## Item 9B. OTHER INFORMATION

None

## PART III

### Item 10. DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE

The information required by this Item is set forth under the captions "Election of Directors" and "Corporate Governance" in our definitive Proxy Statement, which will be filed with the SEC pursuant to Regulation 14A under the Exchange Act and is incorporated herein by reference.

### Item 11. EXECUTIVE COMPENSATION

The information required by this Item is set forth under the captions "Executive Compensation", and "Corporate Governance" in our definitive Proxy Statement, which will be filed with the SEC pursuant to Regulation 14A under the Exchange Act and is incorporated herein by reference.

### Item 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS

The information required by this Item is set forth under the caption "Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters" in our definitive Proxy Statement, which will be filed with the SEC pursuant to Regulation 14A under the Exchange Act and is incorporated herein by reference.

### Item 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE

The information required by this Item is set forth under the captions "Certain Relationships and Related Transactions" and "Corporate Governance" in our definitive Proxy Statement, which will be filed with the SEC pursuant to Regulation 14A under the Exchange Act and is incorporated herein by reference.

### Item 14. PRINCIPAL ACCOUNTANT FEES AND SERVICES

The information required by this Item is set forth under the caption "Appointment of Auditors" in our definitive Proxy Statement, which will be filed with the SEC pursuant to Regulation 14A under the Exchange Act and is incorporated herein by reference.

## PART IV

### Item 15. EXHIBITS AND FINANCIAL STATEMENT SCHEDULES

(a) The following documents are included as part of this Annual Report on Form 10-K.

(1) Financial Statements:


| | Page † |
|---|---|
| Report of Independent Registered Public Accounting Firm | F-1 |
| Consolidated Balance Sheets as of December 31, 2009 and 2008 | F-2 |
| Consolidated Statements of Operations for the years ended December 31, 2009, 2008 and 2007. | F-3 |
| Consolidated Statements of Shareholders' (Deficit) Equity as of December 31, 2009, 2008 and 2007 | F-4 |
| Consolidated Statements of Cash Flows for the years ended December 31, 2009, 2008 and 2007 | F-5 |
| Notes to Consolidated Financial Statements | F-6 |


† Page numbers refer to Exhibit 13 of this Annual Report on Form 10-K.

(2) Financial Statement Schedule:


| | Page † |
|---|---|
| Schedule II — Valuation of Qualifying Accounts for the years ended December 31, 2009, 2008 and 2007 | F-48 |


† Page numbers refer to Item F of this Annual Report on Form 10-K.

All other schedules are omitted as the information required is inapplicable or the information is presented in the consolidated financial statements or related notes.

(3) Exhibits:

The exhibits listed below are filed as part of this Annual Report on Form 10-K. References under the caption "Location" to exhibits or other filings indicate that the exhibit or other filing has been filed, that the indexed exhibit and the exhibit or other filing referred to are the same and that the exhibit or other filing referred to is incorporated by reference. Management contracts and compensatory plans or arrangements filed as exhibits to this Annual Report on Form 10-K are identified by an asterisk. The Commission file number for our Exchange Act filings referenced below is 000-30334.

| Exhibit | Description | Location |
|---|---|---|
| 3.1 | Notice of Articles of Angiotech Pharmaceuticals, Inc. | Exhibit 4.1, Form S-3 filed July 23, 2009 |
| 3.2 | Articles of Angiotech Pharmaceuticals, Inc. | Exhibit 3, Form 6-K filed March 31, 2005 |
| 3.3 | Amendment to the Articles of Angiotech Pharmaceuticals, Inc. | Exhibit 4.3, Form S-3 filed July 23, 2009 |
| 4.1 | Indenture dated March 23, 2006 among Angiotech Pharmaceuticals, Inc., certain of its subsidiaries and Wells Fargo Bank N.A., for 7.75% Senior Subordinated Notes due 2014 | Exhibit 99.2, Form 6-K filed April 3, 2006 |
| 4.2 | Indenture dated December 11, 2006 among Angiotech Pharmaceuticals, Inc., certain of its subsidiaries and Wells Fargo Bank N.A., for Senior Floating Rate Notes due 2013 | Exhibit 2, Form 6-K filed December 15, 2006 |

| Exhibit | Description | Location |
|---|---|---|
| 4.3 | Shareholder Rights Plan Agreement between Angiotech Pharmaceuticals, Inc. and Computershare Trust Company of Canada as Rights Agent, Amended and Restated as of October 30, 2008 | Exhibit 4.3, Form 10-K filed March 16, 2009 |
| 10.1 | Credit Agreement, dated as of February 27, 2009, by and among Angiotech Pharmaceuticals, Inc., as Parent, the subsidiaries of Parent listed as borrowers on the signature pages thereto, as Borrowers, the lenders signatory thereto, as Lenders, and Wells Fargo Foothill, LLC, as Arranger and Administrative Agent | Exhibit 10.1, Form 8-K filed March 5, 2009 |
| 10.2 | First Amendment, dated as of May 29, 2009, to Credit Agreement, dated as of February 27, 2009, by and among Angiotech Pharmaceuticals, Inc., as Parent, the subsidiaries of Parent listed as borrowers on the signature pages thereto, as Borrowers, the lenders signatory thereto, as Lenders, and Wells Fargo Foothill, LLC, as Arranger and Administrative Agent | Exhibit 10.1, Form 8-K filed June 3, 2009 |
| 10.3 | License Agreement by and among Angiotech Pharmaceuticals, Inc., Boston Scientific Corporation and Cook Incorporated, dated as of July 9, 1997 | Exhibit, Form 20-FR filed October 5, 1999 |
| 10.4 | September 24, 2004 Amendment Between Angiotech Pharmaceuticals, Inc. and Cook Incorporated Modifying July 9, 1997 License Agreement Among Angiotech Pharmaceuticals, Inc., Boston Scientific Corporation, and Cook Incorporated** | Exhibit 10.3, Form 10-K filed March 16, 2009 |
| 10.5 | Amendment Between Angiotech Pharmaceuticals, Inc. and Boston Scientific Corporation Modifying July 9, 1997 License Agreement Among Angiotech Pharmaceuticals, Inc., Boston Scientific Corporation, and Cook Incorporated | Exhibit 10.4, Form 10-K filed March 16, 2009 |
| 10.6 | Distribution and License Agreement by and among Angiodevice International GmbH (as assignee of Angiotech Pharmaceuticals, Inc., Angiotech International, GmbH, and Cohesion Technologies, Inc.), Baxter Healthcare Corporation and Baxter Healthcare, S.A., dated April 1, 2003** | Exhibit 10.5, Form 10-K filed March 16, 2009 |
| 10.7 | Manufacturing and Supply Agreement, by and among Angiodevice International GmbH (as assignee of Angiotech Pharmaceuticals, Inc., Angiotech International, GmbH, and Cohesion Technologies, Inc.), Baxter Healthcare Corporation and Baxter Healthcare, S.A., dated April 1, 2003** | Exhibit 10.6, Form 10-K filed March 16, 2009 |
| 10.8 | Amendment No. 1 dated December 23, 2004 to Distribution and License Agreement, by and among Angiodevice International GmbH (as assignee of Angiotech Pharmaceuticals, Inc., Angiotech International, GmbH, and Cohesion Technologies, Inc.), Baxter Healthcare Corporation and Baxter Healthcare, S.A., dated April 1, 2003 | Exhibit 10.7, Form 10-K filed March 16, 2009 |
| 10.9 | Amendment No. 1 dated January 21, 2005 to Manufacturing and Supply Agreement, by and among Angiodevice International GmbH (as assignee of Angiotech Pharmaceuticals, Inc., Angiotech International, GmbH, and Cohesion Technologies, Inc.), Baxter Healthcare Corporation and Baxter Healthcare, S.A., dated April 1, 2003 | Exhibit 10.8, Form 10-K filed March 16, 2009 |

| Exhibit | Description | Location |
|---|---|---|
| 10.10 | Amendment No. 2 dated October 8, 2007 to Distribution and License Agreement, by and among Angiodevice International GmbH (as assignee of Angiotech Pharmaceuticals, Inc., Angiotech International, GmbH, and Cohesion Technologies, Inc.), Baxter Healthcare Corporation and Baxter Healthcare, S.A., dated April 1, 2003** | Exhibit 10.9, Form 10-K filed March 16, 2009 |
| 10.11 | Amended and Restated Distribution and License Agreement by and among Angiotech Pharmaceuticals (U.S.) Inc., Angiodevice International GmbH, Baxter Healthcare Corporation and Baxter Healthcare, S.A, dated as of January 1, 2009** | Exhibit 10.1, Form 10-Q filed May 8, 2009 |
| 10.12 | Agreement and Plan of Merger among Angiotech Pharmaceuticals, Inc., Angiotech Pharmaceuticals (US), Inc., Quaich Acquisition, Inc. and Quill Medical, Inc. dated May 25, 2006** | Exhibit 10.10, Form 10-K filed March 16, 2009 |
| 10.13 | License Agreement between Public Health Service (through the Office of Technology Transfer, National Institutes of Health) and Angiotech Pharmaceuticals, Inc., dated November 19, 1997** | Exhibit 10.11, Form 10-K filed March 16, 2009 |
| 10.14 | First Amendment between Public Health Service (through the Office of Technology Transfer, National Institutes of Health) and Angiotech Pharmaceuticals, Inc., dated March 28, 2002 modifying the License Agreement between Public Health Service (through the Office of Technology Transfer, National Institutes of Health) and Angiotech Pharmaceuticals, Inc., dated November 19, 1997** | Exhibit 10.12, Form 10-K filed March 16, 2009 |
| 10.15 | Second Amendment between Public Health Service (through the Office of Technology Transfer, National Institutes of Health) and Angiotech Pharmaceuticals, Inc., dated May 23, 2007 modifying the License Agreement between Public Health Service (through the Office of Technology Transfer, National Institutes of Health) and Angiotech Pharmaceuticals, Inc., dated November 19, 1997** | Exhibit 10.13, Form 10-K filed March 16, 2009 |
| 10.16 | License Agreement between Angiotech Pharmaceuticals, Inc. and The University of British Columbia, dated August 1, 1997** | Exhibit 10.14, Form 10-K filed March 16, 2009 |
| 10.17 | Amendment to License Agreement between Angiotech Pharmaceuticals, Inc. and The University of British Columbia, dated February 27, 2004, modifying the License Agreement between Angiotech Pharmaceuticals, Inc. and The University of British Columbia, dated August 1, 1997** | Exhibit 10.15, Form 10-K filed March 16, 2009 |
| 10.18* | Form of Indemnification Agreement for US Officers | Exhibit 10.1, Form 10-Q filed November 9, 2009 |
| 10.19* | Form of Indemnification Agreement for Canadian Officers | Exhibit 10.2, Form 10-Q filed November 9, 2009 |
| 10.20* | Form of Indemnification Agreement for Canadian Directors | Exhibit 10.3, Form 10-Q filed November 9, 2009 |
| 10.21* | Form of Indemnification Agreement for US Directors | Exhibit 10.4, Form 10-Q filed November 9, 2009 |
| 10.22* | Executive Employment Agreement between Angiotech Pharmaceuticals, Inc. and William L. Hunter, dated April 23, 2004 | Exhibit 10.19, Form 10-K filed March 16, 2009 |

| Exhibit | Description | Location |
|---|---|---|
| 10.23* | Executive Employment Agreement between Angiotech Pharmaceuticals, Inc. and K. Thomas Bailey, dated August 8, 2007** | Exhibit 10.20, Form 10-K filed March 16, 2009 |
| 10.24* | Executive Employment Agreement between Angiotech Pharmaceuticals, Inc. and David D. McMasters, dated October 30, 2007** | Exhibit 10.21, Form 10-K filed March 16, 2009 |
| 10.25* | Executive Employment Agreement between Angiotech Pharmaceuticals, Inc. and Rui Avelar, dated October 15, 2007 | Exhibit 10.22, Form 10-K filed March 16, 2009 |
| 10.26* | Executive Employment Agreement between Angiotech Pharmaceuticals, Inc. and Jeffrey Walker, dated October 15, 2007** | Exhibit 10.23, Form 10-K filed March 16, 2009 |
| 10.27* | Executive Employment Agreement between Angiotech Pharmaceuticals, Inc. and Chris J.W. Dennis, dated December 17, 2007 (as amended)** | Exhibit 10.24, Form 10-K filed March 16, 2009 |
| 10.28* | Executive Employment Agreement between Angiotech Pharmaceuticals, Inc. and Gary Ingenito, dated November 26, 2007** | Exhibit 10.25, Form 10-K filed March 16, 2009 |
| 10.29* | Executive Employment Agreement between Angiotech Pharmaceuticals, Inc. and Jeffery M. Gross dated October 29, 2008 | Filed herewith |
| 10.30* | Angiotech Pharmaceuticals, Inc. 2001 Stock Option Plan | Exhibit to Form S-8, filed September 27, 2001 |
| 10.31* | Angiotech Pharmaceuticals, Inc. 2004 Stock Option Plan | Exhibit 10.27, Form 10-K filed March 16, 2009 |
| 10.32* | Angiotech Pharmaceuticals, Inc. 2006 Stock Option Plan | Exhibit 10.28, Form 10-K filed March 16, 2009 |
| 10.33* | American Medical Instruments Holdings, Inc. 2003 Stock Option Plan | Exhibit 10.29, Form 10-K filed March 16, 2009 |
| 14.1 | Code of Ethics for Chief Executive Officer, Chief Financial Officer and SVP Finance | Filed herewith |
| 14.2 | Guide of Business Conduct | Filed herewith |
| 21 | List of Worldwide Subsidiaries | Filed herewith |
| 23.1 | Consent of PricewaterhouseCoopers LLP | Filed herewith |
| 31.1 | Certification of CEO Pursuant to Securities Exchange Act Rules 13a-14 and 15d-14 as Adopted Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 | Filed herewith |
| 31.2 | Certification of CFO Pursuant to Securities Exchange Act Rules 13a-14 and 15d-14 as Adopted Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 | Filed herewith |
| 32.1 | Certification of CEO and CFO Pursuant to 18 U.S.C. Section 1350 as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 | Filed herewith |

** portions of this exhibit have been omitted and filed separately with the Commission pursuant to a request for confidential treatment

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this Report to be signed on its behalf by the undersigned, thereunto duly authorized.

Angiotech Pharmaceuticals, Inc.

Date: March 16, 2010

By: /s/ K. THOMAS BAILEY
K. Thomas Bailey
Chief Financial Officer

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS that each person whose signature appears below constitute and appoint William L. Hunter, Chief Executive Officer, and K. Thomas Bailey, Chief Financial Officer, and each of them, the lawful attorney and agent or attorneys and agents with power and authority to do any and all acts and things and to execute all instruments which said attorneys and agents, or either of them, determine may be necessary or advisable or required to enable Angiotech Pharmaceuticals, Inc. to comply with the Securities Exchange Act of 1934, as amended, and any rules or regulations or requirements of the Securities and Exchange Commission in connection with this Annual Report on Form 10-K. Without limiting the generality of the foregoing power and authority, the powers granted include the power and authority to sign the names of the undersigned officers and directors in the capacities indicated below to this Annual Report on Form 10-K or amendments or supplements thereto, and each of the undersigned hereby ratifies and confirms all that said attorneys and agents or either of them, shall do or cause to be done by virtue hereof. This Power of Attorney may be signed in several counterparts.

Pursuant to the requirements of the Securities Exchange Act of 1934, this Report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signatures | Title | Date |
|---|---|---|
| /s/ WILLIAM L. HUNTER<br>William L. Hunter, M.D. | President, Chief Executive Officer and Director (Principal Executive Officer) | March 16, 2010 |
| /s/ K. THOMAS BAILEY<br>K. Thomas Bailey | Chief Financial Officer (Principal Financial Officer) | March 16, 2010 |
| /s/ JAY DENT<br>Jay Dent | Senior Vice President, Finance (Principal Accounting Officer) | March 16, 2010 |
| /s/ DAVID HOWARD<br>David Howard | Chairman of the Board of Directors | March 16, 2010 |
| /s/ LAURA BREGE<br>Laura Brege | Director | March 16, 2010 |
| /s/ EDWARD BROWN<br>Edward Brown | Director | March 16, 2010 |
| /s/ ARTHUR H. WILLMS<br>Arthur Willms | Director | March 16, 2010 |
| /s/ HENRY A. MCKINNELL JR.<br>Henry A. McKinnell Jr. | Director | March 16, 2010 |

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Shareholders

In our opinion, the consolidated financial statements listed in the index appearing under Item 15(a)(1) present fairly, in all material respects, the financial position of Angiotech Pharmaceuticals, Inc and its subsidiaries at December 31, 2009 and December 31, 2008, and the results of their operations and their cash flows for each of the three years in the period ended December 31, 2009 in conformity with accounting principles generally accepted in the United States of America. In addition, in our opinion, the financial statement schedule listed in the index appearing under Item 15(a)(2) presents fairly, in all material respects, the information set forth therein when read in conjunction with the related consolidated financial statements. Also in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2009, based on criteria established in *Internal Control — Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). The Company's management is responsible for these financial statements, for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in Management's Report on Internal Control over Financial Reporting under Item 9A. Our responsibility is to express opinions on these financial statements and on the Company's internal control over financial reporting based on our integrated audits. We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement and whether effective internal control over financial reporting was maintained in all material respects. Our audits of the financial statements included examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audits also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits provide a reasonable basis for our opinions.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/PricewaterhouseCoopers LLP
Vancouver, Canada
March 16, 2010

**Angiotech Pharmaceuticals, Inc.**

**CONSOLIDATED BALANCE SHEETS**
**(All amounts expressed in thousands of U.S. dollars)**

| | December 31, 2009 | December 31, 2008 |
|---|---|---|
| **ASSETS** | | |
| **Current assets** | | |
| Cash and cash equivalents *[note 5]* | $ 49,542 | $ 38,952 |
| Short-term investments *[note 6]* | 7,780 | 848 |
| Accounts receivable | 28,167 | 25,524 |
| Income taxes receivable | 1,090 | — |
| Inventories *[note 7]* | 35,541 | 38,594 |
| Deferred income taxes, current portion *[note 12]* | 4,284 | 3,820 |
| Prepaid expenses and other current assets | 3,294 | 5,234 |
| **Total current assets** | 129,698 | 112,972 |
| Assets held for sale *[note 8]* | 5,300 | 8,422 |
| Property, plant and equipment *[note 9]* | 46,879 | 49,108 |
| Intangible assets *[note 10(a)]* | 173,019 | 195,477 |
| Deferred financing costs *[note 14(e)]* | 11,409 | 11,363 |
| Other assets | 3,754 | 7,855 |
| **Total assets** | $ 370,059 | $ 385,197 |
| **LIABILITIES AND SHAREHOLDERS' DEFICIT** | | |
| **Current liabilities** | | |
| Accounts payable and accrued liabilities *[note 11]* | $ 46,324 | $ 46,620 |
| Income taxes payable | 10,858 | 8,071 |
| Interest payable on long-term debt | 6,004 | 6,514 |
| **Total current liabilities** | 63,186 | 61,205 |
| Deferred leasehold inducement | 2,888 | 2,780 |
| Deferred income taxes *[note 12]* | 36,778 | 40,577 |
| Other tax liability *[note 13]* | 3,898 | 3,145 |
| Long-term debt *[note 14]* | 575,000 | 575,000 |
| Other liabilities | 1,596 | 2,363 |
| **Total non-current liabilities** | $ 620,160 | $ 623,865 |
| Commitments and contingencies *[note 18]* | | |
| **Shareholders' deficit** | | |
| Share capital *[note 15]* | | |
| Authorized: | | |
| 200,000,000 Common shares, without par value 50,000,000 Class I Preference shares, without par value Common shares issued and outstanding: December 31, 2009 — 85,138,081 | | |
| December 31, 2008 — 85,121,983 | 472,742 | 472,739 |
| Additional paid-in capital | 33,687 | 32,107 |
| Accumulated deficit | (866,541) | (843,673) |
| Accumulated other comprehensive income | 46,825 | 38,954 |
| **Total shareholders' deficit** | (313,287) | (299,873) |
| **Total liabilities and shareholders' deficit** | $ 370,059 | $ 385,197 |

**See accompanying notes to the consolidated financial statements**

**Angiotech Pharmaceuticals, Inc.**

**CONSOLIDATED STATEMENTS OF OPERATIONS**

**(All amounts expressed in thousands of U.S. dollars, except share and per share data)**

| | Year ended December 31, 2009 | Year ended December 31, 2008 | Year ended December 31, 2007 |
|---|---|---|---|
| **REVENUE** | | | |
| Product sales, net | $ 191,951 | $ 190,816 | $ 170,193 |
| Royalty revenue | 62,171 | 91,546 | 116,659 |
| License fees *[note 16]* | 25,556 | 910 | 842 |
| | 279,678 | 283,272 | 287,694 |
| **EXPENSES** | | | |
| Cost of products sold | 104,616 | 101,052 | 94,949 |
| License and royalty fees | 10,431 | 14,258 | 18,652 |
| Research and development | 23,701 | 53,192 | 53,963 |
| Selling, general and administration | 81,504 | 98,483 | 99,315 |
| Depreciation and amortization | 33,251 | 33,998 | 33,429 |
| In-process research and development *[note 17]* | — | 2,500 | 8,125 |
| Write-down of assets held for sale *[note 8]* | 3,090 | 1,283 | — |
| Write-down of goodwill *[note 10(b)]* | — | 649,685 | — |
| | 256,593 | 954,451 | 308,433 |
| **Operating income (loss)** | 23,085 | (671,179) | (20,739) |
| **Other (expenses) income:** | | | |
| Foreign exchange (loss) gain | (1,612) | 540 | (341) |
| Investment and other income | 378 | 1,192 | 10,393 |
| Interest expense on long-term debt | (38,039) | (44,490) | (51,748) |
| Write-down of deferred financing charges *[note 14(e) & 14(f)]* | (643) | (16,544) | — |
| Write-down / loss on redemption of investments *[note 6]* | — | (23,587) | (8,157) |
| Total other expenses | (39,916) | (82,889) | (49,853) |
| **Loss from continuing operations before income taxes** | (16,831) | (754,068) | (70,592) |
| Income tax expense (recovery) *[note 12]* | 6,037 | (12,892) | (14,545) |
| **Loss from continuing operations** | (22,868) | (741,176) | (56,047) |
| Loss from discontinued operations, net of income taxes *[note 3]* | — | — | (9,893) |
| **Net loss** | $ (22,868) | $ (741,176) | $ (65,940) |
| **Basic and diluted net loss per common share** *[note 22]*: | | | |
| Continuing operations | $ (0.27) | $ (8.71) | $ (0.66) |
| Discontinued operations *[note 3]* | — | — | (0.12) |
| Total | $ (0.27) | $ (8.71) | $ (0.78) |
| **Basic and diluted weighted average number of common shares outstanding (in thousands)** *[note 22]* | 85,130 | 85,118 | 85,015 |

**See accompanying notes to the consolidated financial statements**

Angiotech Pharmaceuticals, Inc.

**CONSOLIDATED STATEMENTS OF SHAREHOLDERS' (DEFICIT) EQUITY**

**(All amounts expressed in thousands of U.S. dollars, except share data)**

| | Common Shares | | Additional paid-in capital | Accumulated deficit | Accumulated other comprehensive income | Comprehensive income (loss) | Total shareholders' equity (deficit) |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | | | | | |
| **Balance at December 31, 2006** | 84,983,735 | $472,390 | $25,082 | $ (34,893) | $ 36,113 | | $ 498,692 |
| Adjustment for the adoption of Financial Accounting Standards Board ("FASB") interpretation No. (FIN) 48 | | | | (1,664) | | | (1,664) |
| Exercise of stock options for cash | 90,248 | 228 | | | | | 228 |
| Stock-based compensation | | | 4,587 | | | | 4,587 |
| Net unrealized loss on available-for-sale securities, net of taxes (nil) | | | | | (9,567) | $ (9,567) | (9,567) |
| Reclassification of net unrealized loss on available-for-sale securities, net of taxes (nil) | | | | | 3,097 | 3,097 | 3,097 |
| Cumulative translation adjustment | | | | | 12,639 | 12,639 | 12,639 |
| Net loss | | | | (65,940) | | (65,940) | (65,940) |
| Comprehensive loss | | | | | | $ (59,771) | |
| **Balance at December 31, 2007** | 85,073,983 | $472,618 | $ 29,669 | $ (102,497) | $ 42,282 | | $ 442,072 |
| Exercise of stock options for cash | 48,000 | 121 | | | | | 121 |
| Stock-based compensation | | | 2,438 | | | | 2,438 |
| Net unrealized loss on available-for-sale securities, net of taxes (nil) | | | | | (9,572) | $ (9,572) | (9,572) |
| Reclassification of realized loss on available-for-sale securities, net of taxes (nil) | | | | | 13,860 | 13,860 | 13,860 |
| Cumulative translation adjustment | | | | | (7,616) | (7,616) | (7,616) |
| Net loss | | | | (741,176) | | (741,176) | (741,176) |
| Comprehensive loss | | | | | | $ (744,504) | |
| **Balance at December 31, 2008** | 85,121,983 | $472,739 | $ 32,107 | $ (843,673) | $ 38,954 | | $ (299,873) |
| Exercise of stock options for cash | 16,098 | 3 | | | | | 3 |
| Stock-based compensation | | | 1,580 | | | | 1,580 |
| Net unrealized gain on available-for-sale securities, net of taxes (nil) | | | | | 6,932 | 6,932 | 6,932 |
| Cumulative translation adjustment | | | | | 939 | 939 | 939 |
| Net loss | | | | (22,868) | | (22,868) | (22,868) |
| Comprehensive loss | | | | | | $ (14,997) | |
| **Balance at December 31, 2009** | 85,138,081 | $472,742 | $ 33,687 | $ (866,541) | $ 46,825 | | $ (313,287) |

**See accompanying notes to the consolidated financial statements**

Angiotech Pharmaceuticals, Inc.

**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(All amounts expressed in thousands of U.S. dollars)**

| | Year ended December 31, 2009 | Year ended December 31, 2008 | Year ended December 31, 2007 |
|---|---|---|---|
| **OPERATING ACTIVITIES** | | | |
| Net loss | $ (22,868) | $ (741,176) | $ (65,940) |
| Adjustments to reconcile net income to cash provided by operating activities: | | | |
| Depreciation and amortization | 37,026 | 38,171 | 37,892 |
| Loss on disposition of property, plant and equipment | 369 | — | — |
| Loss on disposition of intangible assets | — | 113 | 32 |
| Write-down on assets held for sale | 3,090 | 1,837 | 1,156 |
| Write-down / loss on redemption of investments | — | 23,584 | 647 |
| Write-down of deferred financing charges | 643 | 16,544 | — |
| Write-down of goodwill | — | 649,685 | — |
| Impairment of assets from discontinued operations | — | — | 8,879 |
| Deferred income taxes | (4,321) | (12,464) | (10,386) |
| Stock-based compensation expense | 1,579 | 2,438 | 4,587 |
| Non-cash interest expense | 2,788 | 2,237 | 2,245 |
| In-process research and development | — | 2,500 | 8,125 |
| Other | (850) | (335) | (1,934) |
| Net change in non-cash working capital items relating to operating activities *[note 23]* | 4,515 | (21,141) | 9,135 |
| **Cash provided by (used in) operating activities** | 21,971 | (38,007) | (5,562) |
| **INVESTING ACTIVITIES** | | | |
| Proceeds from short-term investments | — | 2,756 | 9,285 |
| Purchase of long-term investments | — | — | (15,000) |
| Proceeds from long-term investments | — | — | 22,965 |
| Purchase of property, plant and equipment | (4,366) | (7,669) | (7,131) |
| Purchase of intangible assets | (2,500) | (1,000) | (6,466) |
| Proceeds from sale of assets held for sale | — | — | 4,832 |
| Loans advanced | (1,573) | — | — |
| In-process research and development | — | (2,500) | (8,125) |
| Other | 252 | 174 | (101) |
| **Cash used in investing activities** | (8,187) | (8,239) | 259 |
| **FINANCING ACTIVITIES** | | | |
| Deferred financing charges and costs | (3,403) | (4,499) | (1,865) |
| Proceeds from stock options exercised | 3 | 121 | 228 |
| **Cash used in financing activities** | (3,400) | (4,378) | (1,637) |
| Effect of exchange rate changes on cash | 206 | (1,750) | (1,066) |
| Net increase (decrease) in cash and cash equivalents | 10,590 | (52,374) | (8,006) |
| Cash and cash equivalents, beginning of year | 38,952 | 91,326 | 99,332 |
| **Cash and cash equivalents, end of year** | $ 49,542 | $ 38,952 | $ 91,326 |
| Supplemental note disclosure *[note 23]* | | | |

**See accompanying notes to the consolidated financial statements**

Angiotech Pharmaceuticals, Inc.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

Angiotech Pharmaceuticals, Inc. (the "Company"), is incorporated under the Business Corporations Act (British Columbia). The Company is a specialty pharmaceutical and medical device company that discovers develops and markets innovative technologies primarily focused on acute and surgical applications. The Company generates its revenue through sales of medical products and components, as well as from royalties derived from sales by its partners of products utilizing certain of its proprietary technologies.

The Company's research and development efforts focus on understanding and characterizing biological conditions that often occur concurrent with medical device implantation, surgery or acute trauma, including scar formation and inflammation, cell proliferation, bleeding and coagulation, infection, and tumour tissue overgrowth. Its strategy is to utilize its various technologies in the areas of drugs, drug delivery, surface modification, biomaterials and medical devices to create and commercialize novel, proprietary medical products that reduce surgical procedure side effects, improve surgical outcomes, shorten hospital stays, or are easier or safer for a physician to use.

The Company develops its products using a proprietary and systematic discovery approach. The Company uses its drug screening capabilities to identify new uses for known pharmaceutical compounds. The Company looks for compounds that address the underlying biological causes of conditions that can occur with medical device implantation, surgery or acute trauma. Once appropriate drugs have been identified, the Company works to formulate the drug, or a combination of drugs, with its portfolio of drug, drug delivery and surface modification technologies and biomaterials to develop a novel surgical implant or medical device. The Company has patent protected, or has filed patent applications for, certain of its technology and many of its products and potential product candidates.

### 1. BASIS OF PRESENTATION

(a) These consolidated financial statements have been prepared in accordance with generally accepted accounting principles in the United States of America ("U.S. GAAP"). All amounts herein are expressed in U.S. dollars unless otherwise noted. All tabular amounts are expressed in thousands of U.S. dollars, except share and per share data, unless otherwise noted.

*(b) Liquidity risk*

Liquidity risk is the risk that the Company will encounter difficulty in meeting obligations associated with its financial liabilities and other contractual obligations. The Company monitors and manages its liquidity risk by preparing rolling cash flow forecasts, monitoring the condition and value of assets available to be used as security in financing arrangements, seeking flexibility in financing arrangements and establishing programs to monitor and maintain compliance with terms of financing agreements. A key component of managing liquidity risk is also ensuring that operating cash flows are optimized. The Company's principal objective in managing liquidity risk is to maintain cash and access to cash at levels sufficient to meet its day-to-day operating requirements.

For the year ended December 31, 2009, the Company reported a balance of cash and cash equivalents ("cash resources") of $49.5 million, which represented a net increase in cash resources of $10.6 million as compared to December 31, 2008. For the year ended December 31, 2009, operating activities provided $22.0 million, and the Company used $8.2 million to fund investing activities and $3.4 million for financing activities. The Company's cash resources are used to support clinical studies, research and development initiatives, sales and marketing initiatives, working capital requirements, debt servicing requirements and for general corporate costs. Its cash resources may also be used to fund acquisitions of, or investments in, businesses, products or technologies that expand, complement or are otherwise related to its business.

During 2008 and 2009, The Company undertook various initiatives and developed a plan to manage its operating and liquidity risks including:

- Reduction of research and development activities and reduction in staffing within the clinical and research and development departments.
- Cost containment initiatives including staffing reductions in general and administrative departments, a supplier concession program and other cost reduction initiatives.
- Selective reduction in certain sales and marketing investments and investments in medical affairs.
- Postponement of selected planned capital expenditures.
- Obtaining a financing commitment from Wells Fargo Foothill, LLC ("Wells Fargo") as described below and in note 14(f).
- Completing an Amended and Restated Distribution and License Agreement with our partner Baxter International Inc. ("Baxter") as described in note 16.

The Company faces a number of risks and uncertainties that may significantly impact its ability to generate cash flows from its operations and to fund its capital expenditures and future opportunities. These risks and uncertainties may materially impact its liquidity position throughout 2010 and future years. The more significant risks and uncertainties that have and may continue to impact its future operating results, cash flows and liquidity position are as follows:

- Revenue from the Pharmaceutical Technologies segment declined $4.7 million for the year ended December 31, 2009, as compared to 2008, primarily as a result of decrease in royalty revenue derived from sales by Boston Scientific Corporation ("BSC") of TAXUS coronary stent systems primarily due to new competitive entrants into the U.S. drug-eluting stent market beginning in 2008. The decrease in royalty revenue derived from sales by BSC of TAXUS coronary stent systems was $26.7 million for the year ended December 31, 2009, as compared to 2008. The decline in sales by BSC of TAXUS coronary stent systems was offset by the one-time license fee received in the first quarter of 2009 from Baxter of $25.0 million. Under the Company's license agreement with BSC, the Company does not control the direct or indirect sales of the TAXUS products. The Company expects the impact of new competitive conditions to continue to impact it which would result in lower revenues and cash flows derived from sales of TAXUS in 2010 and subsequent years.
- Revenue from the Medical Products segment for the year ended December 31, 2009 was $192.0 million compared to $190.8 million in 2008. The continuing difficult economic environment, credit markets and liquidity environment may have an impact on the Company's customers and therefore on its product sales in 2010 and future years. In light of these conditions, the Company is continuously monitoring and managing its sales activities; however, several factors that may affect its revenues are not within its control. In addition, the Company continues to implement its marketing plans for its Proprietary Medical Products such as the Quill SRS product line with the expectation of continued growth in 2010. It is possible that the expected growth in revenue in the 2010 for the Company's newer product lines may not be achieved and revenues for other products may decline.
- In 2008 and continuing into 2009 the Company implemented initiatives that reduced research and development costs, selling, general and administrative costs and capital expenditures. The Company continues to closely monitor costs in relation to sales activity and forecasted revenues. The Company expects that some limited future cost reductions could be achieved if forecasted revenues are not achieved. However, such cost reductions may affect the Company's future opportunities. In addition, as reported in note 18, the Company has entered into certain commitments and is exposed to certain contingencies for which the outcome is not necessarily within its control. Acceleration of research and development activities under collaboration agreements by counterparties and any unexpected outcomes in respect of contingencies may require payments earlier than they are currently expected.

- As discussed in note 14(f), on May 29, 2009, the Company entered into an amendment to its senior secured term loan and revolving credit facility with Wells Fargo that it had originally entered into in February 2009. This financing originally included a delayed draw secured term loan facility of up to $10.0 million and a secured revolving credit facility, with a borrowing base derived from the value of certain of its finished goods inventory and accounts receivable, providing up to an additional $22.5 million in available credit, subject to certain terms and conditions. The amendment included, among other things, early termination of the term loan facility, which was originally scheduled to terminate on August 31, 2009. The amendment also expanded the definition of Permitted Investments and eliminated a $2.5 million availability block, increasing the total available credit under the revolving credit facility to $25.0 million (subject to a borrowing base formula derived from the value of certain of the Company's finished goods inventory and accounts receivable). As of December 31, 2009, the amount of financing available under the revolving credit facility was approximately $12.6 million (net of a $1.5 million letter of credit secured under the revolving credit facility). There were no borrowings outstanding under the revolving credit facility. The secured credit facility includes certain covenants and restrictions with respect to the Company's operations and requires it to maintain certain levels of adjusted earnings before interest, taxes, depreciation and amortization ("Adjusted EBITDA") and interest coverage ratios, among other terms and conditions. These covenants may limit the Company's ability to borrow under the revolving credit facility or may require repayment. It is possible that events and circumstances may occur that may affect the Company's ability to operate its business within the restrictions proposed by the financial covenants and other restrictions relating to the revolving credit facility and therefore, there is no assurance that the Company will be able to continue to meet these covenants.
- The Company's future interest payments related to its long-term debt continue to be significant. During the year ended December 31, 2009, the Company incurred interest expense of $38.0 million on outstanding long-term debt obligations, as compared to $44.5 million for 2008. Additional interest expense will be incurred if the revolving credit facility described above is utilized. The Senior Floating Rate Notes due 2013 ("Floating Rate Notes") reset quarterly to an interest rate of 3-month London Interbank Offered Rate ("LIBOR") plus 3.75% and bore an interest rate of 4.0% at December 31, 2009 compared to 6.0% at December 31, 2008. Volatility in the LIBOR and interest rates in general are outside of the Company's control. The Company does not use derivatives to hedge against this interest rate risk and it is possible that volatility in the LIBOR will continue throughout the 2010. Changes in the LIBOR will affect interest costs.
- The Company is significantly leveraged and has significant future interest payments with Senior Floating Rate Notes due December 1, 2013 and the Senior Subordinated Notes due April 1, 2014. The Company is continuing to evaluate a range of financial and strategic alternatives with its financial and legal advisors with respect to its capital structure. There can be no assurance that the Company will be able to consummate any new financing or other transaction that would be favorable to it. Actions to pursue alternative financing structures may require the Company to incur additional costs, which may impact its cash and liquidity position.

While the Company believes that it has developed planned courses of action and identified other opportunities to mitigate the operating and liquidity risks outlined above, there can be no assurance that the Company will be able to achieve any or all of the opportunities it has identified or obtain sufficient liquidity to execute on its business plan. Furthermore, there may be other material risks and uncertainties that may impact the Company's liquidity position that it has not yet identified.

## 2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### *(a) Consolidation*

These consolidated financial statements include the accounts of the Company and its wholly-owned subsidiaries. All intercompany transactions and balances have been eliminated on consolidation.

*(b) Use of estimates*

The Company's preparation of financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amount of assets and liabilities and disclosures of contingent assets and liabilities at the dates of the financial statements and the reported amounts of revenue and expenses during the reported periods. Actual results could differ materially from these estimates.

*(c) Foreign currency translation*

The Company's functional and reporting currency is the U.S. dollar. Foreign currency denominated revenues and expenses are translated using average rates of exchange during the year. Foreign currency denominated monetary assets and liabilities are translated at the rate of exchange in effect at the balance sheet date with foreign exchange gains (losses) included in the Statement of Operations, except for the translation gains (losses) arising from available-for-sale instruments which are recorded through Other Comprehensive Income until realized through disposal or impairment. Foreign currency denominated non monetary assets and liabilities are re-translated using historical exchange rates.

The assets and liabilities of foreign subsidiaries that have a functional currency different from the reporting currency are translated into the reporting currency with all resulting exchange differences recognized in other comprehensive income. Assets and liabilities are translated at each balance sheet date at the closing rate at the date of the balance sheet. Income and expenses are translated at average exchange rates. The Company has certain subsidiaries which also have a U.S. dollar denominated functional and reporting currency and therefore it does not record additional translation gains (losses) on consolidation since the functional and reporting currency of the subsidiary is the same as the parent Company.

*(d) Cash equivalents*

The Company considers all highly liquid financial instruments purchased with an original maturity of three months or less to be cash equivalents. Cash equivalents are recorded at cost plus accrued interest. The carrying value of these cash equivalents approximates its fair value.

*(e) Investments*

The Company classifies marketable equity securities as available-for-sale. Investments that are classified as available-for-sale are carried at fair value with unrealized gains or losses, net of tax, reflected in accumulated other comprehensive income (loss). Realized losses are determined on a specific identification method and included in write-down/loss on redemption of investments. When the Company believes that the unrealized losses are other than temporary, these losses are included in the statement of operations and reclassified out of accumulated other comprehensive income (loss).

The Company classifies its investments in equity securities as long-term investments, unless the Company expects to sell the investment in less than one year. Long-term investments for which fair value is not readily determinable are recorded at cost. The Company regularly reviews its long-term investments for impairment indicators by reference to quoted market prices, the results of operations, financial position of the investee and other evidence supporting the net realizable value of the investment. If an impairment indicator is identified which signals that the carrying amount may not be recoverable and the impact is other-than temporary, the investment is written down to its estimated fair value and the resulting losses are included in the determination of income for the period. Where fair value information is not readily available, the fair value of investments may be estimated using inputs which are in compliance with ASC No. 810 — *Fair Value Measurements and Disclosures* but may not be readily observable in active markets. A valuation model is developed for each investment using key assumptions about future cash flows and discount rates. These assumptions are based on historical experience, market trends and the anticipated return for each investment.

*(f) Allowance for doubtful accounts*

Accounts receivable are presented net of an allowance for doubtful accounts. In determining the allowance for doubtful accounts, which includes specific reserves, the Company reviews accounts receivable aging, customer financial strength, credit standing and payment history to assess the probability of collection. The Company continually monitors the collectability of the receivables. Receivables are written off when management determines they are uncollectible.

*(g) Inventories*

Raw materials are recorded at the lower of cost, determined on a specific item basis, and net realizable value. Work-in-process, which includes inventory stored at a stage preceding final assembly and packaging, and finished goods are recorded at the lower of cost, determined on a standard cost basis which approximates average cost, and net realizable value.

*(h) Property, plant and equipment*

Property, plant and equipment are recorded at cost less accumulated depreciation. Depreciation is provided using the straight-line method over the following terms:

| | |
|---|---|
| Buildings | 40 years |
| Leasehold improvements | Term of the lease |
| Manufacturing equipment | 3 – 10 years |
| Research equipment | 5 years |
| Office furniture and equipment | 3 – 10 years |
| Computer equipment | 3 – 5 years |

*(i) Goodwill and intangible assets*

As at December 31, 2008, the Company's goodwill balance of $649.7 million was determined to be impaired and was therefore written off (see note 10(b)). Goodwill represents the difference between the purchase price and the estimated fair value of the net assets acquired under the purchase method of accounting. In accordance with Accounting Standards Codification ("ASC") No. 350, *Intangibles — Goodwill and Other*, goodwill was not amortized and was pushed-down to the reporting entities.

Where goodwill is recorded, it is tested for impairment at least annually in all of the Company's reporting units and whenever changes in circumstances occur that would indicate impairment in the value of goodwill. When the carrying value of a reporting unit's goodwill exceeds the implied fair value of the goodwill, an impairment loss is recognized which is equal to the excess. Examples of circumstances that could trigger impairment include adverse changes or outcomes in legal or regulatory matters, technological advances, decreases in anticipated demand, unanticipated competition, and significant declines in the Company's share price. The Company estimates fair value based on a discounted projection of future cash flows which are subject to significant uncertainty and estimates.

Intangible assets with finite lives are amortized based on their estimated useful lives. The amortization method is selected to best reflect the pattern in which the economic benefits are derived from the intangible asset. If the pattern cannot be reliably or reasonably determined, straight line amortization is applied. Amortization is generally determined using the straight line method over the following terms:

| | |
|---|---|
| Acquired technologies | 2 - 10 years |
| Customer relationships | 10 years |
| In-licensed technologies | 5 - 10 years |
| Trade name and other | 2 - 12 years |

*(j) Impairment of long-lived assets*

The Company reviews long-lived assets subject to amortization to determine if any adverse conditions exist or a change in circumstances has occurred that would indicate impairment or a change in the remaining useful life. Conditions that may indicate impairment include, but are not limited to, a significant adverse change in legal factors or business climate that could affect the value of an asset, a product recall, or an adverse action or assessment by a regulator. If an impairment indicator exists, the Company tests the asset (asset group) for recoverability. For purposes of the recoverability test, long-lived assets are grouped with other assets and liabilities at the lowest level of identifiable cash flows if the long-lived asset does not generate cash flows independent of other assets and liabilities. If the carrying value of the asset (asset group) exceeds the undiscounted cash flows expected to result from the use and eventual disposition of the asset (asset group), an impairment charge is recorded to write the carrying value down to the fair value in the period identified.

The Company generally calculates fair value of assets (asset groups) as the present value of estimated future cash flows expected to generate from the asset using a risk-adjusted discount rate. In determining the estimated future cash flows associated with our assets (asset groups), assumptions about future revenue contributions, cost structures and remaining useful lives of the asset (asset group) are used. The use of alternative assumptions, including estimated cash flows, discount rates, and alternative estimated remaining useful lives could result in different calculations of impairment.

*(k) Revenue recognition*

*(i) Product sales*

Revenue from product sales, including shipments to distributors, is recognized when the product is shipped from the Company's facilities to the customer provided that the Company has not retained any significant risks of ownership or future obligations with respect to products shipped. Revenue from product sales is recognized net of provisions for future returns. These provisions are established in the same period as the related product sales are recorded and are based on estimates derived from historical experience and adjusted to actual returns when determinable.

Revenue is considered to be realized or realizable and earned when all of the following criteria are met: persuasive evidence of a sales arrangement exists; delivery has occurred or services have been rendered; the price is fixed or determinable; and collectability is reasonably assured. These criteria are generally met at the time of shipment when the risk of loss and title passes to the customer or distributor.

Amounts billed to customers for shipping and handling are included in revenue. Where applicable, revenue is recorded net of sales taxes. The corresponding costs for shipping and handling are included in cost of products sold.

*(ii) Royalty revenue*

Royalty revenue is recognized when the Company has fulfilled the terms in accordance with the contractual agreement, has no future obligations, the amount of the royalty fee is determinable and collection is

reasonably assured. The Company records royalty revenue from Boston Scientific Corporation ("BSC") on a cash basis due to the difficulty in accurately estimating the BSC royalty before the reports and payments are received by the Company.

*(iii) License fees*

License fees are comprised of initial fees and milestone payments derived from collaborative and other licensing arrangements. License fees are recognized as revenue when persuasive evidence of an arrangement exists, the contracted fee is fixed or determinable, the intellectual property is delivered to the customer, collection is reasonably assured and the Company has substantially completed its performance obligations. Non-refundable milestone payments are recognized upon the achievement of specified milestones when the milestone payment is substantive in nature, achievement of the milestone was not reasonably assured at the inception of the agreement and the Company has no further significant performance obligations to fulfill under the arrangement. Initial fees and non-refundable milestone payments received which require the ongoing involvement of the Company are deferred and amortized into income on a straight-line basis over the period of ongoing involvement if there is no other method under which performance can be objectively measured.

*(l) Income taxes*

Income taxes are accounted for using the liability method. Deferred income tax assets and liabilities result from the temporary differences between the amount of assets and liabilities recognized for financial statement and income tax purposes, and for operating losses, capital losses and tax credit carry forwards, using tax rates expected to be in effect for the years in which the differences are expected to reverse. A valuation allowance is provided to reduce the deferred income tax assets if, based upon the available evidence, it is more likely than not that some or all of the deferred income tax assets will not be realized.

*(m) Accounting for Uncertainty in Income Taxes*

The Company accounts for uncertainty related to income tax positions in accordance with ASC No. 740-10 — *Income taxes*. ASC No. 740-10 requires the use of a two-step approach for recognizing and measuring the income tax benefits of uncertain tax positions taken or expected to be taken in a tax return, as well as enhanced disclosures regarding uncertain tax positions. A tax benefit from an uncertain tax position may only be recognized if it is more-likely-than-not that the position will be sustained upon examination by the tax authority based on the technical merits of the position. The tax benefit of an uncertain tax position that meets the more-likely-than-not recognition threshold is measured as the largest amount that is greater than 50% likely to be realized upon settlement with the tax authority. To the extent a full benefit is not expected to be realized, an income tax liability is established. Any change in judgment related to the expected resolution of uncertain tax positions are recognized in the year of such a change. Accrued interest and penalties related to unrecognized tax benefits are recorded in income tax expense in the current year.

*(n) Research and development costs*

Research and development expenses are comprised of costs incurred in performing research and development activities including salaries and benefits, clinical trial and related clinical manufacturing costs, contract research costs, patent procurement costs, materials and supplies, and other operating and occupancy costs. Amounts paid for medical technologies used solely in research and development activities and with no alternative future use are expensed in the year incurred.

Advance payments for non-refundable portions of research and development activities are deferred and capitalized until the related goods are delivered or services are performed.

*(o) In-process research and development costs*

In-process research and development costs, including upfront fees and milestones paid to collaborators, are expensed in the year incurred if the technology has not demonstrated technological feasibility and does not have any alternative future use.

*(p) Net loss per common share*

Net loss per common share is calculated using the weighted average number of common shares outstanding during the period. Diluted net loss per common share is calculated using the treasury stock method which uses the weighted average number of common shares outstanding during the period and also includes the dilutive effect of potentially issuable common shares from outstanding stock options.

*(q) Stock-based compensation*

The Company accounts for stock based compensation expense in accordance with ASC No. 718 — *Compensation: Stock Compensation* and ASC No. 505-50 — *Equity: Equity Based Payments to Non-Employees.* These standards require the Company to recognize the grant date fair value of stock-based compensation awards granted to employees over the requisite service period. The compensation expense recognized reflects estimates of award forfeitures at the time of grant and revised in subsequent periods, if necessary when forfeitures rates are expected to change. The Company uses yield rates on U.S. Treasury or Canadian Government securities for a period approximating the expected term of the award to estimate the risk-free interest rate in the grant-date fair value assessment. The Company used its historical volatility as a basis to estimate the expected volatility assumption used in the Black-Scholes model. The Company has not paid any dividends on common stock since its inception and does not anticipate paying dividends on its common stock in the foreseeable future. Generally, the stock options granted have a maximum term of five years and vest over a four-year period from the date of the grant. When an employee ceases employment at the Company, any unexercised vested options granted will expire either immediately, within 365 days from the last date of service or on the original expiration date at the time the option was granted, as defined in the Company's Stock Incentive Plan. The expected life of employee stock options is based on a number of factors, including historic exercise patterns, cancellations and forfeiture rates, and the vesting period and contractual term of the options.

*(r) Deferred leasehold inducement*

Leasehold inducements are deferred and amortized to reduce rent expense on a straight line basis over the term of the lease.

*(s) Deferred financing costs*

Financing costs for long-term debt are capitalized and amortized on a straight-line basis, which approximates the effective-interest rate method to interest expense over the life of the debt instruments.

*(t) Costs for patent litigation and legal proceedings*

Costs for patent litigation or other legal proceedings are expensed as incurred and included in selling, general and administrative expenses.

*(u) Recently adopted accounting policies*

The Company currently accounts for business combinations in accordance with ASC No. 805 — *Business Combinations.* New guidance was issued under ASC No. 805 which changes accounting for business combinations by requiring acquiring entities to recognize all assets acquired and liabilities assumed in a transaction at the acquisition-date fair value with limited exceptions. This includes a change in the accounting

treatment and disclosure of specific items in a business combination. Furthermore, the new guidance amends and clarifies the initial recognition and measurement, subsequent measurement and accounting, and related disclosures related to the treatment of assets and liabilities which are assumed in a business combination and arise from contingencies. ASC No. 805 applies prospectively to business combinations for which the acquisition date is on or after the beginning of the first annual reporting period beginning on or after December 15, 2008. We have adopted this standard without material impact to our 2009 consolidated financial results.

Effective January 1, 2009, the Company has adopted ASC No. 350-30, *Intangibles — Goodwill and Other* and ASC No. 805-20-20, *Business Combinations – Identifiable Assets and Liabilities and Any Noncontrolling interest.* This standard considers how defensive intangible assets should be accounted for subsequent to their acquisition, including the estimated useful life that should be assigned to such assets.

Under ASC 820-10 — *Fair Value Measurements and Disclosures,* the effective date for the adoption of the fair value measurement framework was deferred by the SEC for certain non-financial assets and non-financial liabilities, due to implementation difficulties, to years beginning after November 15, 2008 and interim periods within those years. The guidance was adopted January 1, 2009 with no impact to the Company's consolidated financial statements.

Effective January 1, 2009, the Company adopted the new guidance under ASC No. 808-10 — *Collaborative Arrangement,* which requires collaborators to present the results of activities for which they act as the principal on a gross basis. Any payments received from (made to) other collaborators should be recorded in accordance with other applicable GAAP or, in the absence of other applicable GAAP, guidance provided by authoritative accounting literature or a reasonable, rational, and consistently applied accounting policy. Furthermore, the standard clarifies whether transactions under a collaborative arrangement are part of a vendor-customer (or analogous) relationship and addresses appropriate income statement classification and disclosures related to these arrangements. ASC 808-10 is effective for fiscal years beginning December 15, 2008. This standard had no impact on the Company's financial results given that it relates to disclosure and presentation only.

Effective January 1, 2009, the Company adopted the new guidance under ASC 275-10-50 — *Risks and Uncertainties Disclosure* and ASC 350, *Intangibles — Goodwill and Other.* ASC 275-10-50 amends the factors that should be considered in developing renewal or extension assumptions used to determine the useful life of a recognized intangible asset under ASC No. 350. The intent of the position is to improve the consistency between the useful life of a recognized intangible asset under ASC No. 350 and the period of expected cash flows used to measure the fair value of the intangible asset. ASC No. 275-10-50 and ASC No. 350 are effective for fiscal years beginning after December 15, 2008. Adoption of this standard had no material impact on our consolidated balance sheets, results of operations or cash flows.

For the quarter ended September 30, 2009, the Company adopted the amended disclosures about the fair value of financial instruments under ASC No. 825-10-65-1 — *Financial Instruments.* The new guidance is applicable to interim reporting periods of publicly traded companies as well as the annual financial statements. This standard had no impact on our financial results given that it relates to disclosure and presentation only.

The Company adopted ASC No. 320-10-65-1, *Investments — Debt and Equity Securities.* This standard amends the impairment guidance for certain debt securities and requires an investor to assess the likelihood of selling the security prior to recovering the cost base. If the investor is able to sufficiently demonstrate that it will not have to sell the security before recovery, impairment charges related to non-credit losses would be reflected in other comprehensive income. The standard also expands and increases disclosure requirements related to debt and equity securities. Adoption of this standard during the quarter ended September 30, 2009 had no material impact on our consolidated balance sheets, results of operations or cash flows.

The Company has adopted ASC No. 820-10-65, *Fair Value Measurements and Disclosures* on a prospective basis on July 1, 2009. This section provides additional guidance on fair value measurements in inactive markets. The new approach is designed to address whether a market is inactive, and if so, whether a transaction in that

market should be considered distressed. It also provides additional guidance on how fair value measurements might be determined in an active market. Adoption of this standard had no material impact on our consolidated balance sheets, results of operations or cash flows.

In August 2009 the FASB issued an accounting standard update on measuring liabilities at fair value under ASC No. 820, *Fair Value Measurements and Disclosures.* The update provides clarification on how to measure the fair value of a liability when a quoted price for an identical liability is not available in an active market. This includes a discussion of appropriate valuation techniques. ASC No. 820 is effective for reporting periods, including interim periods, beginning after August 26, 2009. Given that the Company did not elect the fair value option of any of its liabilities, the adoption of this standard had no impact on the valuation of the Company's liabilities.

*(v) Future accounting pronouncements*

In June 2009, the FASB issued a new standard under ASC No. 810-10, *Consolidation* which changes the consolidation model for VIE'S. The revised model increases the qualitative analysis required when identifying which entity is the primary beneficiary that has (i) the power to direct the activities of a VIE that most significantly impact the entity's economic performance and (ii) the obligation to absorb losses or the right to receive benefits from the VIE. The new standard eliminates the QSPE exemption, requires ongoing reconsideration of the primary beneficiary and amends the events which trigger reassessment of whether an entity is a VIE. The new guidance is effective for annual and interim periods beginning after November 15, 2009. We are assessing the potential impact that the adoption of this standard may have on our consolidated financial position, results of operations or cash flows.

In October 2009 the FASB issued ASU No. 2009-13, *Multiple-Deliverable Revenue Arrangements,* under ASC No. 605. The new guidance provides a more flexible alternative to identify and allocate consideration among multiple elements in a bundled arrangement when vendor-specific objective evidence or third-party evidence of selling price is not available. ASU No. 2009-13 requires the use of the relative selling price method and eliminates the residual method to allocation arrangement consideration. Additional expanded qualitative and quantitative disclosures are also required. The guidance is effective prospectively for revenue arrangements entered into or materially modified in years beginning on or after June 15, 2010. We are assessing the potential impact that the adoption of ASU No. 2009-13 may have on our consolidated balance sheets, results of operations and cash flows.

## 3. DISCONTINUED OPERATIONS

In 2006, the Company determined that certain operating subsidiaries in the Medical Products segment were not aligned with the Company's current business strategy and, consequently, began actively looking to dispose of these operations. These operations were categorized as discontinued and included the following subsidiaries: American Medical Instruments, Inc. located in Dartmouth, Massachusetts; Point Technologies, Inc. located in Boulder, Colorado; and Point Technologies S.A. located in Costa Rica. On July 31, 2007, the Company completed the sale of 100% of the issued and outstanding shares of Point Technologies, Inc. for proceeds of $2.6 million and on August 30, 2007, the Company sold all of the assets and liabilities of the Dartmouth operations for proceeds of $2.2 million. Prior to the disposal of these operations, the assets and liabilities of these operations were shown separately on the balance sheet as current and long-term assets and current and long-term liabilities from discontinued operations and the net losses for these operations were shown separately on the statements of operations.

Management reviewed the carrying value of the discontinued operations and recorded an impairment charge of $8.9 million for the year ended December 31, 2007. The impairment charge was determined based on management's best estimates of net proceeds on ultimate disposition.

The operating results of discontinued operations are included in the Consolidated Statements of Operations as "Loss from discontinued operations, net of income taxes." The amounts for the years ended December 31, 2007 are summarized as follows:

| | Year ended December 31, 2007 |
|---|---|
| Revenues | $ 7,580 |
| Operating loss | (632) |
| Other income (expense) | 2 |
| Loss on disposal of subsidiary | (1,993) |
| Impairment charge | (8,879) |
| **Loss before income taxes** | (11,502) |
| Income tax recovery | (1,609) |
| **Loss from discontinued operations** | $ (9,893) |
| **Loss per common share:** | |
| Basic | $ (0.12) |
| Diluted | $ (0.12) |
| **Shares used in computing loss per share:** | |
| Basic | 85,015 |
| Diluted | 85,015 |

4. FINANCIAL INSTRUMENTS AND FINANCIAL INSTRUMENT RISK

For certain of the Company's financial assets and liabilities, including cash and cash equivalents, accounts receivable, accounts payable and accrued liabilities, the carrying amounts approximate fair value due to their short-term nature. The fair value of short-term investments approximates $7.8 million as at December 31, 2009 (December 31, 2008 - $0.8 million). The total fair value of long-term debt and accrued interest approximates $436.8 million (December 31, 2008 - $224.2 million) and has a carrying value of $581.0 million as at December 31, 2009 (December 31, 2008 - $581.5 million).

The fair values of short-term investments and long-term debt, including accrued interest, is based on quoted market prices in active markets for identical assets as at December 31, 2009 and 2008.

Financial risk includes interest rate risk, exchange rate risk and credit risk. Interest rate risk arises due to the Company's long-term debt bearing fixed and variable interest rates. The interest rate on the Senior Floating Rate Notes due 2013 is reset quarterly to 3-month LIBOR plus 3.75%. The Floating Rate Notes currently bear interest at a rate of 4.01%. The Company does not use derivatives to hedge against interest rate risks.

Foreign exchange rate risk arises as a portion of the Company's investments, revenues and expenses are denominated in other than U.S. dollars. The Company's financial results are subject to the variability that arises from exchange rate movements in relation to the U.S. dollar, and is primarily limited to the Canadian dollar, the Swiss franc, the Euro, the Danish kroner and the UK pound sterling. Foreign exchange risk is primarily managed by satisfying foreign denominated expenditures with cash flows or assets denominated in the same currency.

Credit risk arises as the Company provides credit to its customers in the normal course of business. The Company performs credit evaluations of its customers on a continuing basis and the majority of its trade receivables are unsecured. The maximum credit risk loss that the Company could face is limited to the carrying amount of accounts receivable. Concentrations of credit risk with respect to trade accounts receivable are limited due to the large number of customers and their dispersion across many geographic areas. However, a significant amount of trade accounts receivable is with the national healthcare systems of several countries. Although the

Company does not currently foresee a credit risk associated with these receivables, payment is dependent upon the financial stability of those countries' national economies. At December 31, 2009, accounts receivable is net of an allowance for uncollectible accounts of $0.5 million (December 31, 2008 -$0.3 million).

## 5. CASH AND CASH EQUIVALENTS

Cash and cash equivalents includes the following:

| | December 31, 2009 | December 31, 2008 |
|---|---|---|
| U.S. dollars | $ 34,335 | $ 21,866 |
| Canadian dollars | 5,542 | 3,942 |
| Swiss francs | 986 | 3,053 |
| Euros | 5,680 | 5,263 |
| Danish kroner | 412 | 2,022 |
| Other | 2,587 | 2,806 |
| | $ 49,542 | $ 38,952 |

All cash and cash equivalents are held in interest and non-interest bearing bank accounts.

## 6. SHORT TERM INVESTMENTS

| December 31, 2009 | Cost | Gross Unrealized Gains | Carrying value |
|---|---|---|---|
| *Short-term investments:* | | | |
| Available-for-sale equity securities | $848 | $ 6,932 | $ 7,780 |

| December 31, 2008 | Cost | Gross Unrealized Losses | Carrying value |
|---|---|---|---|
| *Short-term investments:* | | | |
| Available-for-sale equity securities | $848 | $ — | $ 848 |

Short term investments as at December 31, 2009 and 2008 include investments in biotechnology companies.

All of our available-for sale securities are publicly traded equity securities.

In 2008, the Company recorded a $14.8 million (December 31, 2007 - $nil) other-than-temporary impairment on certain investments and realized an $8.8 million (December 31, 2007 - $8.2 million) loss on the disposition of a short-term available-for-sale investment.

## 7. INVENTORIES

| | December 31, 2009 | December 31, 2008 |
|---|---|---|
| Raw materials | $ 10,352 | $ 10,357 |
| Work in process | 12,283 | 12,232 |
| Finished goods | 12,906 | 16,005 |
| | $ 35,541 | $ 38,594 |

As at December 31, 2009, the inventory allowance was $3.0 million (December 31, 2008 - $2.1 million). For the year ended December 31, 2009, inventory write-downs and obsolescence charges were $1.8 million (December 31, 2008 - $1.0 million, December 31, 2007 – $2.4 million).

## 8. ASSETS HELD FOR SALE

During the year ended December 31, 2008 and in connection with the Company's plans for capacity rationalization and consolidation in the Medical Products segment, the Company reclassified two of its long-lived assets as held for sale in accordance with guidance for accounting for impairment of long-lived assets under ASC No. 350 — *General Intangibles Other than Goodwill* and ASC No. 360 — *Property, Plant and Equipment*. During the year ended December 31, 2009, the Company recorded an impairment charge of $0.8 million (December 31, 2008 - $1.3 million) to adjust the carrying value to $2.3 million (December 31, 2008 - $3.1 million), which represented the lower of cost and fair value less estimated selling costs. Subsequent to year end, one of these properties was sold for gross proceeds of $0.8 million.

In connection with the 2008 capacity rationalization plans in the Pharmaceutical Technologies segment, the Company also reclassified a property that is no longer in use as held for sale. For the year ended December 31, 2009, the Company recorded an impairment charge of $2.3 million to adjust the carrying value of the property to $3.0 million (December 31, 2008 - $5.3 million), which represents the lower of cost and fair value less estimated selling costs.

## 9. PROPERTY, PLANT AND EQUIPMENT

| December 31, 2009 | Cost | Accumulated Depreciation | Net Book Value |
|---|---|---|---|
| Land | $ 4,796 | $ — | $ 4,796 |
| Buildings | 14,736 | 2,248 | 12,488 |
| Leasehold improvements | 19,709 | 6,292 | 13,417 |
| Manufacturing equipment | 20,396 | 9,175 | 11,221 |
| Research equipment | 8,197 | 5,235 | 2,962 |
| Office furniture and equipment | 4,398 | 3,577 | 821 |
| Computer equipment | 8,183 | 7,009 | 1,174 |
| | $80,415 | $ 33,536 | $46,879 |

| December 31, 2008 | Cost | Accumulated Depreciation | Net Book Value |
|---|---|---|---|
| Land | $ 4,755 | $ — | $ 4,755 |
| Buildings | 14,200 | 1,257 | 12,943 |
| Leasehold improvements | 17,944 | 5,108 | 13,836 |
| Manufacturing equipment | 18,815 | 6,302 | 12,513 |
| Research equipment | 7,316 | 4,363 | 2,953 |
| Office furniture and equipment | 3,698 | 2,486 | 1,212 |
| Computer equipment | 9,000 | 7,104 | 1,896 |
| | $75,728 | $ 26,620 | $49,108 |

Depreciation expense, including depreciation expense allocated to cost of goods sold was $7.1 million for the year ended December 31, 2009 (December 31, 2008 - $7.9 million, December 31, 2007 - $7.9 million).

## 10. INTANGIBLE ASSETS AND GOODWILL

*(a) Intangible Assets*

| December 31, 2009 | Cost | Accumulated Amortization | Net Book Value |
|---|---|---|---|
| Acquired technologies | $135,060 | $ 64,935 | $ 70,125 |
| Customer relationships | 110,778 | 41,530 | 69,248 |
| In-licensed technologies | 53,882 | 28,710 | 25,172 |
| Trade names and other | 14,511 | 6,037 | 8,474 |
| | $314,231 | $ 141,212 | $173,019 |

| December 31, 2008 | Cost | Accumulated Amortization | Net Book Value |
|---|---|---|---|
| Acquired technologies | $128,061 | $ 52,303 | $ 75,758 |
| Customer relationships | 110,509 | 32,426 | 78,083 |
| In-licensed technologies | 55,829 | 24,104 | 31,725 |
| Trade names and other | 14,410 | 4,499 | 9,911 |
| | $308,809 | $ 113,332 | $195,477 |

Amortization expense for the year ended December 31, 2009 was $30.0 million (year ended December 31, 2008 -$30.2 million; year ended December 31, 2007 - $29.4 million).

The following table summarizes the estimated amortization expense for each of the five succeeding fiscal years for intangible assets held as of December 31, 2009:

| | |
|---|---|
| 2010 | 30,543 |
| 2011 | 30,405 |
| 2012 | 30,405 |
| 2013 | 30,405 |
| 2014 | 28,665 |

*(b) Goodwill Impairment*

During the year ended December 31, 2008, the Company tested goodwill for impairment and determined that goodwill was impaired due to a significant and sustained decline in the Company's public share price and market capitalization, reorganization activities, uncertainties about future cash flows and implied risk premiums used by market participants. As a result, the Company recorded a $649.7 million write-down of goodwill, which consisted of a $626.2 million write-down to the Medical Products segment and a $23.5 million write-down to the Pharmaceutical Technologies segment. The carrying value of goodwill is therefore $nil for the years ended December 31, 2009 and 2008.

## 11. ACCOUNTS PAYABLE AND ACCRUED LIABILITIES

| | December 31, 2009 | December 31, 2008 |
|---|---|---|
| Trade accounts payable | $ 5,110 | $ 4,700 |
| Accrued license and royalty fees | 13,738 | 4,196 |
| Employee-related accruals | 14,054 | 17,382 |
| Accrued professional fees | 4,141 | 9,888 |
| Accrued contract research | 704 | 2,121 |
| Other accrued liabilities | 8,577 | 8,333 |
| | $ 46,324 | $ 46,620 |

## 12. INCOME TAXES

*(a)* The components of the provision for (recovery of) income taxes from continuing operations are as follows:

| | Year ended December 31, 2009 | Year ended December 31, 2008 | Year ended December 31, 2007 |
|---|---|---|---|
| Current income tax expense (recovery): | | | |
| Canada | 523 | $ (4,281) | $ (7,062) |
| Foreign | 4,505 | 5,138 | 5,061 |
| | 5,028 | 857 | (2,001) |
| Deferred income tax expense (recovery): | | | |
| Canada | 63 | (1,897) | 2,951 |
| Foreign | 946 | (11,852) | (15,495) |
| | 1,009 | (13,749) | (12,544) |
| Income tax expense (recovery) | $ 6,037 | $ (12,892) | $ (14,545) |

*(b)* The provision for income taxes is based on net income (loss) from continuing operations before income taxes as follows:

| | Year ended December 31, 2009 | Year ended December 31, 2008 | Year ended December 31, 2007 |
|---|---|---|---|
| Canada | $ (27,984) | $ (20,510) | $ (48,018) |
| Foreign | 11,153 | (733,558) | (22,574) |
| | $ (16,831) | $ (754,068) | $ (70,592) |

*(c)* The reconciliation between the combined Canadian federal and provincial income taxes at the statutory rate and the provision for income taxes from continuing operations, is as follows:

| | Year ended December 31, 2009 | Year ended December 31, 2008 | Year ended December 31, 2007 |
|---|---|---|---|
| Net income (loss) before income taxes | $ (16,831) | $ (754,068) | $ (70,592) |
| Statutory tax rate | 30.0% | 31.0% | 34.1% |
| Expected income tax expense (recovery) | (5,049) | (233,761) | (24,072) |
| Tax rate changes on deferred tax assets and liabilities | (426) | 2,143 | 1,686 |
| Foreign tax rate differences | (5,464) | 4,200 | (12,984) |
| Foreign exchange losses | (640) | (14,049) | (4,937) |
| Change in valuation allowance | 3,091 | 64,001 | 18,555 |
| Reassessment of prior years' taxes *[see paragraph (g)]* | 1,057 | (3,845) | 1,126 |
| Non-deductible portion of the capital (gains) losses | — | (5,484) | (1,011) |
| Capital losses | — | (45,045) | — |
| Non-deductible stock based compensation | 323 | 583 | 1,370 |
| Goodwill impairment | — | 198,369 | — |
| Uncertain tax positions | 740 | 6,082 | 1,039 |
| Taxable dividends from subsidiaries | 1,719 | 4,208 | 10,146 |
| Cost capitalized to investment in subsidiaries | 1,124 | — | — |
| Release of prepaid taxes | 6,211 | 422 | 842 |
| Permanent differences and other | 3,351 | 9,284 | (6,305) |
| Income tax expense (recovery) | $ 6,037 | $ (12,892) | $ (14,545) |

*(d)* Deferred income tax assets and liabilities result from the temporary differences between the amount of assets and liabilities recognized for financial statement and income tax purposes. The significant components of the net deferred income tax assets and liabilities are as follows:

| | December 31, 2009 | December 31, 2008 |
|---|---|---|
| **Deferred income tax assets** | | |
| Property, plant and equipment | $ 1,538 | $ 1,797 |
| Intangible assets | 9,478 | 16,676 |
| Other assets | 5,532 | 5,889 |
| Accrued liabilities | 5,742 | 4,941 |
| Unrealized foreign exchange losses | 3,239 | 3,431 |
| Operating loss carry forwards | 31,037 | 28,154 |
| Capital loss carry forwards | 51,943 | 54,390 |
| Tax credits | 18,987 | 16,118 |
| Total gross deferred income tax assets | 127,496 | 131,396 |
| Less: valuation allowance | (95,159) | (91,986) |
| Total deferred income tax assets | $ 32,337 | $ 39,410 |
| **Deferred income tax liabilities** | | |
| Property, plant and equipment | $ 1,503 | $ 1,725 |
| Identifiable intangible assets | 62,093 | 72,410 |
| Other liabilities | 99 | 526 |
| Undistributed earnings of foreign subsidiaries *[see paragraph (f)]* | 1,138 | 1,506 |
| Total deferred tax liabilities | 64,832 | 76,167 |
| **Net deferred income tax assets (liabilities)** | $ (32,494) | $ (36,757) |

The realization of deferred income tax assets is dependent upon the generation of sufficient taxable income during future periods in which the temporary differences are expected to reverse. The valuation allowance is reviewed on a quarterly basis and if the assessment of the "more likely than not" criteria changes, the valuation allowance is adjusted accordingly. The valuation allowance continues to be applied against certain deferred income tax assets where the Company has assessed that the realization of such assets does not meet the "more likely than not" criteria. During 2009, the Company increased the valuation allowance by $3.2 million related primarily to the Company's Canadian operations.

*(e)* The Company has unclaimed U.S. federal and state research and development investment tax credits of approximately $4.4 million (December 31, 2008 - $4.4 million) available to reduce future U.S. income taxes otherwise payable. The Company also has Canadian federal and provincial investment tax credits of approximately $14.1 million (December 31, 2008 - $12.2 million) available.

The Company has a net operating loss carry forward balance of approximately $206.1 million (December 31, 2008 - $144.2 million) available to offset future taxable income in Canada ($35.9 million, December 31, 2008 - $15.0 million), the U.S. ($53.3 million, December 31, 2008 - $69.5 million), Switzerland ($116.9 million, December 31, 2008 - $58.6 million) and other European countries (nil, December 31, 2008 - $1.1 million). A portion of the losses in the U.S. are subjected to limitation but the Company does not expect the limitation will impair the use of any of the losses.

The Company has foreign tax credits in the U.S. of approximately $2.1 million available to use against foreign-source income.

The Company has a capital loss carry forward balance of approximately $406.6 million (December 31, 2008 - $410.0 million) available to offset future capital gains in the U.S. ($4.4 million, December 31, 2008 - $4.4 million) and Canada ($402.2 million, December 31, 2008 - $405.6 million). The capital losses can be carried forward indefinitely for Canada and five years for the U.S.

The investment tax credits and loss carry forwards expire as follows:

| | Federal tax credits | Provincial/state tax credits | Operating Loss Carry forwards |
|---|---|---|---|
| 2010 | — | — | 9,824 |
| 2011 | — | — | 15,886 |
| 2012 | 926 | — | 16,641 |
| 2013 | 2,093 | 72 | 6,841 |
| 2014 | 1,412 | — | 3,037 |
| 2015 | 1,519 | — | 16,686 |
| 2016 | — | — | 48,272 |
| 2017 | — | — | — |
| 2018 | 436 | 27 | — |
| 2019 | 573 | — | — |
| 2020 | 464 | 19 | — |
| 2021 | 278 | — | — |
| 2022 | 189 | — | — |
| 2023 | 232 | — | 4,375 |
| 2024 | 457 | — | 5,164 |
| 2025 | 276 | — | 10,715 |
| 2026 | 2,405 | — | 7,397 |
| 2027 (or later) | 4,746 | 2,386 | 61,281 |
| | $16,006 | $ 2,504 | $ 206,119 |

*(f)* The Company has not recognized a deferred income tax liability for the undistributed earnings of certain foreign subsidiaries which are essentially investments in those foreign subsidiaries and are permanent in duration. It is not practical to determine the amount of these liabilities.

*(g)* In September 2006, the Quebec National Assembly enacted legislation (Bill 15) that retroactively changed certain tax laws that subject the Company to additional taxes for the 2004 and 2005 taxation years. As a result of the Quebec income tax assessment, a total of $14.4 million had been accrued as of December 31, 2007 of which $1.1 million was accrued in 2007. During 2008, the Company settled with the Canada Revenue Agency and Revenue Quebec and recognized a recovery of $3.8 million. The fiscal 2009 reassessments were unrelated to this settlement.

## 13. OTHER TAX LIABILITY

Effective January 1, 2007, the Company adopted the provisions of FASB Interpretation No. 48, *Accounting for Uncertainty in Income Taxes*. As of December 31, 2009 and December 31, 2008, the total amount of the Company's unrecognized tax benefits were $11.4 million and $10.4 million, respectively. If recognized in future periods, the unrecognized tax benefits would affect our effective tax rate.

The reserve for uncertain tax positions includes accrued interest and penalties of $0.7 million (December 31, 2008 - $0.7 million). In accordance with the Company's accounting policies, accrued interest and penalties, if incurred, relating to unrecognized tax benefits are recognized as a component of income tax expense.

The taxation years 2003 - 2008 remain open to examination by the Canada Revenue Agency and taxation years 2006 - 2009 remain open to examination by the Internal Revenue Service. The Company files income tax returns in Canada, the U.S. and various foreign jurisdictions.

A reconciliation of the change in the reserves for an uncertain tax positions from January 1, 2008 – December 31, 2009 is as follows:

| | 2009 | 2008 |
|---|---|---|
| Balance as of January 1 | $10,416 | $ 4,693 |
| Tax positions related to current year: | | |
| Additions | 1,049 | 6,744 |
| Reductions | — | — |
| Tax positions related to prior years: | | |
| Additions | 294 | 356 |
| Reductions | (300) | (360) |
| Settlements | (92) | (667) |
| Lapses in statutes of limitations | — | (350) |
| Balance as of December 31 | $11,367 | $10,416 |

## 14. LONG-TERM DEBT

| | December 31, 2009 | December 31, 2008 |
|---|---|---|
| Senior Floating Rate Notes due December 1, 2013 (a) | $ 325,000 | $ 325,000 |
| 7.75% Senior Subordinated Notes due April 1, 2014 (b) | 250,000 | 250,000 |
| | $ 575,000 | $ 575,000 |

*(a) Senior Floating Rate Notes*

On December 11, 2006, the Company issued Senior Floating Rate Notes due December 1, 2013 ("Senior Floating Rate Notes"), in the aggregate principal amount of $325 million. The Senior Floating Rate Notes are unsecured senior obligations, which are guaranteed by certain of the Company's subsidiaries, and rank equally in right of payment to all of the Company's existing and future senior unsubordinated indebtedness. The guarantees of its guarantor subsidiaries are unconditional, joint and several. The Company has provided condensed consolidating guarantor financial information as at December 31, 2009 and 2008 and for the years ended December 31, 2009, 2008 and 2007 (note 25).

The Company may redeem all or a part of the Senior Floating Rate Notes at the redemption prices (expressed as percentages of principal amount) set forth below plus accrued and unpaid interest, if any, on the notes redeemed, to the applicable redemption date, if redeemed during the twelve-month period beginning on the dates indicated below:

| Year | Percentage (%) |
|---|---|
| December 1, 2009 | 102 |
| December 1, 2010 | 101 |
| December 1, 2011 | 100 |

In certain change of control situations, the Company is required to make an offer to purchase the then-outstanding Senior Floating Rate Notes at a price equal to 101% of their stated principal amount, plus accrued and unpaid interest to the applicable repurchase date, if any.

*(b) Senior Subordinated Notes*

On March 23, 2006, the Company issued 7.75% Senior Subordinated Notes due April 1, 2014 (the "Senior Subordinated Notes"), in the aggregate principal amount of $250 million. The Senior Subordinated Notes were used to

fund the Company's 2006 acquisition of American Medical Instruments Holdings, Inc. ("AMI"). The Senior Subordinated Notes and related Note guarantees provided by the Company and certain of its subsidiaries are subordinated to senior indebtedness. The Company has provided condensed consolidating guarantor financial information as of December 31, 2009 and 2008 and for the years ended December 31, 2009, 2008 and 2007 (note 25).

As at December 31, 2009, the Company has not redeemed any of the Senior Subordinated Notes.

The Company currently has the option to redeem all or a part of the Senior Subordinated Notes at the redemption prices (expressed as percentages of principal amount) set forth below plus accrued and unpaid interest, if any, on the notes redeemed, to the applicable redemption date, if redeemed during the twelve-month period beginning on the dates indicated below:

| Year | Percentage (%) |
|---|---|
| April 1, 2009 | 105.813 |
| April 1, 2010 | 103.875 |
| April 1, 2011 | 101.938 |
| April 1,2012 and thereafter | 100.000 |

In certain change of control situations, the Company is required to make an offer to purchase the then-outstanding Senior Subordinated Notes at a price equal to 101% of their stated principal amount, plus accrued and unpaid interest to the applicable repurchase date, if any.

*(c) Covenants*

Material covenants in the indentures governing the Senior Subordinated Notes and Senior Floating Rate Notes (the "Indentures") specify maximum or permitted amounts for certain types of capital transactions and restrict, and under specified circumstances prohibit, the payment of dividends by the Company. If the Senior Subordinated Notes or Senior Floating Rate Notes are rated investment grade and no event of default exists, certain covenants will no longer apply. At December 31, 2009, the Senior Subordinated Notes and Senior Floating Rate Notes are not rated investment grade. Outstanding principal amounts and interest accrued and unpaid may become immediately due and payable upon the occurrence of events of default specified in the Indentures. There are also certain limitations on asset sales and subsequent use of proceeds pursuant to the Indentures. As of December 31, 2009, the Company was not in breach of any provision of the Indentures governing the Senior Subordinated Notes and Senior Floating Rate Notes that would cause an event of default to occur.

*(d) Interest*

The Senior Floating Rate Notes bear interest at an annual rate of LIBOR (London Interbank Offered Rate), which is reset quarterly, plus 3.75%. The effective interest rate on these notes for the year ended December 31, 2009 was 4.00% (December 31, 2008 – 6.92%) and the rate in effect on December 31, 2009 was 4.01% (December 31, 2008 – 5.97%). Interest is payable quarterly in arrears on March 1, June 1, September 1, and December 1 of each year through to maturity.

The Senior Subordinated Notes bear interest at 7.75% annually payable in arrears on April 1 and October 1 of each year through to maturity.

The following table (unaudited) shows the estimated interest payable for both the Senior Floating Rate Notes and the Senior Subordinated Notes over the next five years, assuming a December 31, 2009 base LIBOR rate of 0.25% as well as the impact on the estimated interest payable of a 0.5% increase or a 0.25% decrease in the base LIBOR rate:

| | (unaudited) | | |
|---|---|---|---|
| Year | Base LIBOR | 0.5% Increase in base LIBOR | 0.25% Decrease in base LIBOR |
| 2010 | 32,556 | 34,203 | 31,732 |
| 2011 | 32,556 | 34,203 | 31,732 |
| 2012 | 32,556 | 34,203 | 31,732 |
| 2013 | 31,436 | 32,944 | 30,682 |
| 2014 | 4,844 | 4,844 | 4,844 |

*(e) Deferred financing costs*

Deferred financing costs are capitalized and amortized on a straight-line basis, which approximates the effective interest rate method, to interest expense over the life of the debt instruments.

| December 31, 2009 | Cost | Accumulated Amortization | Net Book Value |
|---|---|---|---|
| Debt issuance costs relating to: | | | |
| Senior floating rate notes | $ 8,000 | $ 3,506 | $ 4,494 |
| Senior subordinated notes | 8,718 | 4,087 | 4,631 |
| Revolving Credit Facility (note 14(f)) | 2,563 | 551 | 2,012 |
| Other | 272 | — | 272 |
| | $19,553 | $ 8,144 | $11,409 |

| December 31, 2008 | Cost | Accumulated Amortization | Net Book Value |
|---|---|---|---|
| Debt issuance costs relating to: | | | |
| Senior floating rate notes | $ 8,000 | $ 2,358 | $ 5,642 |
| Senior subordinated notes | 8,718 | 2,997 | 5,721 |
| | $16,718 | $ 5,355 | $11,363 |

In connection with the Company's 2008 termination of its tender offer for its outstanding Senior Floating Rate Notes and 7.75% Senior Floating Rate Notes, the Company recorded a $16.5 million write-down of deferred financing costs which had been accrued.

*f) Revolving Credit Facility*

In February 2009, the Company entered into a financing agreement with Wells Fargo. The financing agreement included a delayed draw secured term loan facility of up to $10.0 million and a secured revolving credit facility, which may provide up to an additional $22.5 million in available credit subject to certain terms and conditions. The secured term loan facility is subject to a borrowing base formula based on the value of certain of our finished goods inventory and accounts receivable and is secured by certain assets held by our North American operations.

On May 29, 2009, the Company entered into an amendment to the existing financing agreement with Wells Fargo which, among other things, included the early termination of the term loan facility originally scheduled to terminate on August 31, 2009. In connection with the early termination of the term loan facility, $0.6 million of the remaining unamortized deferred financing costs related to the term loan facility was expensed. The

amendment also expanded the definition of "Permitted Investments" and eliminated a $2.5 million availability block, increasing the total available credit under the revolving credit facility to $25.0 million. As of December 31, 2009, the amount of financing available under the revolving credit facility was approximately $12.6 million (net of a $1.5 million letter of credit secured under the revolving credit facility). There were no borrowings outstanding under the revolving credit facility.

At any time, the amount of financing available under the revolving credit facility, which is derived from the value of certain of our inventory and accounts receivable assets, may be significantly less than $25.0 million and is expected to fluctuate from month to month with changes in levels of qualifying finished goods inventory and accounts receivable. Any borrowings outstanding under the revolving credit facility bear interest ranging from LIBOR plus 3.25% to LIBOR plus 3.75%, with a minimum Base LIBOR Rate of 2.25%. As the minimum Base LIBOR Rate under the revolving credit facility is 2.25% and the LIBOR was 0.25% on December 31, 2009, a 0.50% increase or decrease in the LIBOR as of December 31, 2009 would have no impact on interest payable under the credit facility.

The revolving credit facility includes certain covenants and restrictions with respect to operations and requires the Company to maintain certain levels of Adjusted EBITDA and interest coverage ratios, among other terms and conditions. A breach of any of these covenants could result in the Company's inability to draw on the facility or the immediate repayment of any then outstanding principal and interest. Repayment of any amounts drawn under the revolving credit facility can be made at certain points in time with ultimate maturity being February 27, 2013. Prepayments made under the revolving credit facility in certain circumstances cannot be re-borrowed by the Company. The purpose of this facility is to provide additional liquidity for working capital and general corporate purposes.

## 15. SHARE CAPITAL

*(a) Authorized*

200,000,000 Common shares without par value
50,000,000 Class I Preference shares without par value

The Class I Preference shares are issuable in Series. The directors may, by resolution, fix the number of shares in a series of Class I Preference shares and create, define and attach special rights and restrictions as required. None of these shares are currently issued and outstanding.

During the year ended December 31, 2009, the Company issued 16,098 common shares upon exercises of stock options (December 31, 2008 – 48,000, December 31, 2007 – 90,248). The Company issues new shares to satisfy stock option exercises.

*(b) Stock Options*

*Angiotech Pharmaceuticals, Inc.*

In June 2006, the shareholders approved the adoption of the 2006 Stock Incentive Plan (the "2006 Plan") which superseded the Company's previous stock option plans. The 2006 Plan incorporated all of the options granted under the previous stock option plans and, in total, provides for the issuance of non-transferable stock options and stock-based awards (as defined below) to purchase up to 13,937,756 common shares to employees, officers, directors of the Company, and persons providing ongoing management or consulting services to the Company. The 2006 Plan provides for, but does not require, the granting of tandem stock appreciation rights that at the option of the holder may be exercised instead of the underlying option. A stock option with a tandem stock appreciation right is referred to as an award. When the tandem stock appreciation right portion of an award is exercised, the underlying option is cancelled. The tandem stock appreciation rights are settled in equity and the optionee receives common shares with a fair market value equal to the excess of the fair value of the shares

subject to the option at the time of exercise (or the portion thereof so exercised) over the aggregate option price of the shares set forth in the option agreement. The exercise price of the options and awards is fixed by the Board of Directors, but will generally be at least equal to the market price of the common shares at the date of grant, and for options issued under the 2006 Plan and the Company's 2004 Stock Option Plan (the "2004 Plan"), the term may not exceed five years. For options grandfathered from the stock option plans prior to the 2004 Plan, the term did not exceed 10 years. Options and awards granted are also subject to certain vesting provisions. Options and awards generally vest monthly after being granted over varying terms from 2 to 4 years.

A summary of CDN$ stock option and award activity is as follows:

| | No. of Stock Options and Awards | Weighted average exercise price (in CDN$) | Weighted average remaining contractual term (years) | Aggregate intrinsic value (in CDN$) |
|---|---|---|---|---|
| **Outstanding at December 31, 2007** | 7,675,944 | $ 15.55 | 3.16 | $ 177 |
| Granted | 1,355,300 | 0.22 | | |
| Exercised | (48,000) | 2.50 | | |
| Forfeited | (1,338,612) | 16.12 | | |
| **Outstanding at December 31, 2008** | 7,644,632 | 12.82 | 2.67 | 196 |
| Granted | 1,469,000 | 0.41 | | |
| Exercised | (10,229) | 0.21 | | |
| Forfeited | (1,266,694) | 16.06 | | |
| Cancelled | (2,665,000) | 17.73 | | |
| **Outstanding at December 31, 2009** | 5,171,709 | $ 5.99 | 3.18 | $ 2,800 |
| **Exercisable at December 31, 2009** | 2,723,882 | $ 10.25 | 2.56 | $ 637 |
| **Exercisable and expected to vest at December 31, 2009** | 4,706,621 | $ 7.17 | 3.01 | $ 2,434 |

At December 31, 2009, there were 4,651,759 awards outstanding (December 31, 2008 – 4,149,482). The options and awards presented in the table above expire at various dates from January 26, 2010 to December 9, 2014.

A summary of U.S.$ award activity is as follows:

| | No. of Awards | Weighted average exercise price (in U.S.$) | Weighted average remaining contractual term (years) | Aggregate intrinsic value (in U.S.$) |
|---|---|---|---|---|
| **Outstanding at December 31, 2007** | 1,051,218 | $ 9.39 | 3.73 | $ — |
| Granted | 1,160,500 | 0.21 | | |
| Forfeited | (420,750) | 10.42 | | |
| **Outstanding at December 31, 2008** | 1,790,968 | 3.19 | 4.19 | 64 |
| Granted | 1,386,000 | 0.40 | | |
| Exercised | (6,970) | 0.26 | | |
| Forfeited | (125,250) | 2.33 | | |
| Cancelled | (60,000) | 18.00 | | |
| **Outstanding at December 31, 2009** | 2,984,748 | $ 1.64 | 3.74 | $ 2,278 |
| **Exercisable at December 31, 2009** | 921,891 | $ 3.38 | 3.21 | $ 518 |
| **Exercisable and expected to vest at December 31, 2009** | 2,592,426 | $ 2.26 | 3.55 | $ 1,932 |

These awards expire at various dates from November 30, 2011 to December 9, 2014.

*American Medical Instruments Holdings, Inc. ("AMI")*

On March 9, 2006, AMI granted 304 stock options under AMI's 2003 Stock Option Plan (the "AMI Stock Option Plan"), each of which is exercisable for approximately 3,852 common shares of the Company upon exercise. All outstanding options and warrants granted prior to the March 9, 2006 grant were settled and cancelled upon the acquisition of AMI. No further options to acquire common shares of the Company can be issued pursuant to the AMI Stock Option Plan. Approximately 1,171,092 of the Company's common shares were reserved in March 2006 to accommodate future exercises of the AMI options.

| | No. of Shares Underlying Options | Weighted average exercise price (in U.S.$) | Weighted average remaining contractual term (years) | Aggregate intrinsic value (in U.S.$) |
|---|---|---|---|---|
| **Outstanding at December 31, 2007** | 443,012 | $ 15.44 | 8.20 | $ — |
| Forfeited | (79,935) | 15.44 | | |
| **Outstanding at December 31, 2008** | 363,077 | 15.44 | 7.19 | — |
| Forfeited | (62,597) | 15.44 | | |
| **Outstanding at December 31, 2009** | 300,480 | 15.44 | 6.19 | — |
| **Exercisable at December 31, 2009** | 112,694 | $ 15.44 | 6.19 | — |
| **Exercisable and expected to vest at December 31, 2009** | 264,813 | $ 15.44 | 6.19 | $ — |

These options expire on March 8, 2016.

*(c) Stock-based compensation expense*

For the year ended December 31, 2009, the Company recorded stock-based compensation expense of $1.6 million (December 31, 2008 - $2.4 million, December 31, 2007 - $4.6 million) relating to awards granted under its stock option plan, modified or settled subsequent to October 1, 2002. The Company expenses the compensation cost of stock-based payments over the service period using the straight-line method over the vesting period and is estimated using the Black-Scholes option pricing model using the following weighted average assumptions for grants in the respective periods:

| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Year Ended December 31, 2007 |
|---|---|---|---|
| Dividend Yield | Nil | Nil | Nil |
| Expected Volatility | 108.0% - 126.8% | 81.8% - 95.9% | 36.3% - 50.7% |
| Weighted Average Volatility | 113.9% | 90.6% | 41.9% |
| Risk-free Interest Rate | 0.37% - 1.31% | 1.11% - 2.25% | 2.93% - 5.05% |
| Expected Term (Years) | 3 | 3 | 3 |

The weighted average fair value of awards granted in the years ended December 31, 2009, 2008 and 2007 are presented below:

| | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Year Ended December 31, 2007 |
|---|---|---|---|
| CDN$ awards | CDN$0.28 | CDN$0.14 | CDN$2.95 |
| U.S.$ awards | $0.27 | $0.11 | $2.31 |

A summary of the status of the Company's nonvested awards as of December 31, 2009 and changes during the year ended December 31, 2009, is presented below:

| Nonvested CDN$ Awards | No. of Awards | Weighted average grant-date fair value (In CDN$) |
|---|---|---|
| **Nonvested at December 31, 2008** | 1,968,003 | $ 1.24 |
| **Granted** | 1,469,000 | 0.28 |
| **Vested** | (937,239) | 1.38 |
| **Forfeited** | (51,938) | 4.98 |
| **Nonvested at December 31, 2009** | 2,447,826 | $ 0.53 |

| Nonvested U.S.$ Awards | No. of Awards | Weighted average grant-date fair value (In U.S.$) |
|---|---|---|
| **Nonvested at December 31, 2008** | 1,420,490 | $ 0.60 |
| Granted | 1,386,000 | 0.27 |
| Vested | (643,024) | 0.65 |
| Forfeited | (101,077) | 0.49 |
| **Nonvested at December 31, 2009** | 2,062,389 | $ 0.37 |

A summary of the status of the Company's common shares underlying nonvested AMI stock options as of December 31, 2009 and changes during the year ended December 31, 2009, is presented below:

| Company Shares Underlying Nonvested AMI Options | No. of Shares Underlying Options | Weighted average grant-date fair value (In U.S.$) |
|---|---|---|
| **Nonvested at December 31, 2008** | 313,478 | $ 6.51 |
| Vested | (86,675) | 6.51 |
| Forfeited | (39,002) | 6.51 |
| **Nonvested at December 31, 2009** | 187,801 | $ 6.51 |

As of December 31, 2009, there was $1.6 million of total unrecognized compensation cost related to nonvested stock awards granted under the 2006 Plan. These costs are expected to be recognized over a weighted average period of 1.9 years.

As of December 31, 2009, there was $0.7 million of total unrecognized compensation cost related to the nonvested AMI stock options. These costs are expected to be recognized over a period of 2.25 years on a straight-line basis as a charge to income. The total fair value of options vested during the year ended December 31, 2009 was $495,000 (December 31, 2008 - $360,000).

During the years ended December 31, 2009, 2008 and 2007 the following activity occurred:

| (In thousands) | Year Ended December 31, 2009 | Year Ended December 31, 2008 | Year Ended December 31, 2007 |
|---|---|---|---|
| Total intrinsic value of stock options exercised: | | | |
| CDN dollar options | $ 17 | $ 33 | $ 257 |
| U.S. dollar options | $ 10 | $ n/a | $ n/a |
| Total fair value of stock awards vested | $ 1,559 | $ 2,367 | $ 4,401 |

Cash received from stock option exercises for the years ended December 31, 2009, 2008, and 2007 were $2,000, $121,000 and $228,000 respectively. The tax benefit realized from the option exercises of the share-based payment arrangements totalled $7,900 for the year ended December 31, 2009; and $nil respectively for each of the years ended December 31, 2008 and 2007.

The Black-Scholes pricing model was developed for use in estimating the fair value of traded options which have no vesting restrictions and are fully transferable. In addition, option valuation models require the input of highly subjective assumptions including the expected stock price volatility. The Company's employee stock options have characteristics significantly different from those of traded options and changes in the subjective input assumptions can materially affect the fair value estimate.

*(d) Shareholder rights plan*

The Company adopted a shareholder's rights plan ("the Plan") on February 10, 1999, amended and restated March 5, 2002, June 9, 2005 and October 30, 2008. According to the Plan, each shareholder is issued one right. Each right will entitle the holder to acquire common shares of the Company at a 50% discount to the market upon certain specified events, including upon a person or group of persons acquiring 20% or more of the total common shares of the Company. The rights are not exercisable in the event of a Permitted Bid as defined in the Plan. The Plan must be reconfirmed by the Company's shareholders every three years.

## 16. LICENCE FEE REVENUE

Under an Amended and Restated Distribution and Licence Agreement with our partner Baxter, the Company received a one-time payment of $25.0 million, which was received in lieu and settlement of future royalty and milestone obligations related to existing formulations of CoSeal surgical sealant or any future products. Given that all deliverables were provided to Baxter and the Company's performance obligations were substantially complete, the payment was recognized as licence fee revenue in the first quarter of 2009.

## 17. IN-PROCESS RESEARCH AND DEVELOPMENT

The Company made in-process research and development payments as follows:

| | Year ended December 31, 2009 | Year ended December 31, 2008 | Year ended December 31, 2007 |
|---|---|---|---|
| CombinatoRx Incorporated | $ — | $ — | $ 7,000 |
| Rex Medical LP | — | 2,500 | 1,000 |
| Lipose Corporation | — | — | 125 |
| Total | — | $ 2,500 | $ 8,125 |

## 18. COMMITMENTS AND CONTINGENCIES

*(a) Commitments*

*i) Lease commitments*

The Company has entered into operating lease agreements for office, laboratory and manufacturing space which expire through July 2019. Future minimum annual lease payments under these leases are as follows:

| | |
|---|---|
| 2010 | $ 3,559 |
| 2011 | 3,101 |
| 2012 | 2,950 |
| 2013 | 2,902 |
| 2014 | 2,872 |
| Thereafter | 10,807 |
| | $26,191 |

Rent expense for the year ended December 31, 2009 amounted to $3.2 million (December 31, 2008 - $3.5 million, December 31, 2007 - $2.4 million).

*ii) Commitments*

We have entered into research and development collaboration agreements that involve joint research efforts. Certain collaboration costs and any eventual profits will be shared as per terms provided for in the agreements. We may also be required to make milestone, royalty, and/or other research and development funding payments under research and development collaboration and other agreements with third parties. These payments are contingent upon the achievement of specific development, regulatory and/or commercial milestones. We accrue for these payments when it is probable that a liability has been incurred and the amount can be reasonably estimated. We do not accrue for these payments if the outcome of achieving these milestones is not determinable. Our significant contingent milestone, royalty and other research and development commitments are as follows:

*Quill Medical, Inc. ("Quill")*

In connection with the acquisition of Quill in June 2006, we may be required to make additional contingent payments of up to $150 million upon the achievement of certain revenue growth and a development milestone. These payments are primarily contingent upon the achievement of significant incremental revenue growth over a five-year period from July 1, 2006, subject to certain conditions.

*National Institutes of Health ("NIH")*

In November 1997, we entered into an exclusive license agreement with the Public Health Service of the United States, through the NIH, whereby we were granted an exclusive, worldwide license to certain technologies of the NIH relating to the use of paclitaxel. Pursuant to this license agreement, we agreed to pay NIH milestone payments upon achievement of certain clinical and commercial development milestones and pay royalties on net TAXUS sales by BSC and Zilver-PTX sales by Cook Medical Inc. At December 31, 2009, we have accrued royalty fees of $7.3 million (December 31, 2008 - $2.7 million) payable to NIH under this agreement related to royalties earned on 2009 sales. In the future, the amounts owing to NIH at any one time may fluctuate as compared to the historical amounts owed based on a recent amendment to the agreement which provides us with additional flexibility regarding payments.

*Biopsy Sciences LLC ("Biopsy Sciences")*

In connection with the acquisition of certain assets from Biopsy Sciences in January 2007, we may be required to make certain contingent payments of up to $2.7 million upon the achievement of certain clinical and regulatory milestones and up to $10.7 million for achieving certain commercialization milestones. As of December 31, 2009, we have paid $0.7 million relating to the successful completion of the U.S. clinical trial enrollment for the Bio-Seal lung biopsy tract plug system.

*Rex Medical LP ("Rex Medical")*

In March 2008, we entered into an agreement with Rex Medical to manufacture and distribute the Option IVC Filter. For the quarter ended June 30, 2008, we made a payment of $2.5 million to Rex Medical to obtain the marketing rights for the Option IVC Filter. We recorded this payment as an in-process and research development cost. For the quarter ended June 30, 2009, we made a milestone payment of $2.5 million upon achievement of U.S. Food and Drug Administration ("FDA") 510(k) clearance. We have capitalized this payment as an intangible asset. As at December 31, 2009, we achieved the first sales target which triggered a milestone payment of $0.5 million. The milestone was accrued and is expected to be paid in early 2010. Under terms of this agreement, we may be required to make further contingent payments of up to $4.5 million upon achievement of certain commercialization milestones. We have accrued and capitalized these expected contingent payments as an addition to the intangible asset. Actual payments may differ materially from our estimate of the expected contingent payments given that they are dependent on the realization of future sales targets as defined under the terms of the agreement. We are also committed to making escalating royalty payments of 30% to 47.5% based on annual net sales of these products, which are recognized as cost of products sold.

*Haemacure Corporation ("Haemacure")*

In June 2009, we entered into license, distribution, development and supply agreements for fibrin and thrombin technologies with Haemacure. The collaboration provides us with access to technology for certain of our surgical product candidates which are currently in preclinical development. As part of this collaboration, we have agreed to provide to Haemacure a senior secured bridge financing facility. The senior bridge loan provided $2.5 million to Haemacure in multiple draw-downs throughout 2009. The loan is senior to all of Haemacure's existing and future indebtedness and, subject to certain exceptions, bears interest at an annual rate of 10%, compounded quarterly, and for a term of two years. As of December 31, 2009, $2.5 million of the loan had been drawn upon by Haemacure. The loan was fair valued with $1.6M being capitalized to long term assets on account of our secured interest and $0.9 million, which was initially recorded as pre-payment for future services, was fully amortized by the end of 2009.

On January 11, 2010 Haemacure announced that it had filed a notice of intention to make a proposal to its creditors under the Bankruptcy and Insolvency Act (Canada) and that its wholly-owned U.S. subsidiary sought court protection under Chapter 11 in the U.S. The filings were completed on Friday, January 8, 2010. Haemacure's Board of Directors authorized these actions in light of Haemacure's financial condition and inability to raise additional financing. We have agreed to provide up to a maximum amount of $1.0 million of additional financing, of which $0.8 million has been provided as of March 12, 2010 to fund Haemacure's insolvency proceedings and day-to-day operations. The funds are being disbursed in accordance with a schedule agreed to by Haemacure and us. All funds loaned to Haemacure to date and in the future are secured by substantially all of their assets. We hope to exercise our security in the future to acquire Haemacure's assets. Of the total of $2.5 million paid as of December 31, 2009, $1.6 million has been classified as other assets and $0.9 million, which was previously classified as a prepaid expense, has been fully amortized.

*(b) Contingencies*

From time to time, we may be subject to claims and legal proceedings brought against us in the normal course of business. Such matters are subject to many uncertainties. We believe that adequate provisions have been made in the accounts where required. However, we are not able to determine the outcome or estimate potential losses of the pending legal proceedings listed below, or other legal proceedings, to which we may become subject in the normal course of business or estimate the amount or range of any possible loss we might incur if it does not prevail in the final, non-appealable determinations of such matters. We cannot provide assurance that the legal proceedings listed here, or other legal proceedings not listed here, will not have a material adverse impact on our financial condition or results of operations.

BSC, a licensee, is often involved in legal proceedings (to which we are not a party) concerning challenges to its stent business. If a party opposing BSC is successful, and if a court were to issue an injunction against BSC, royalty revenue would likely be significantly reduced. The ultimate outcome of any such proceedings is uncertain at this time. BSC has recently settled two significant litigation matters with Johnson & Johnson involving its stent business in exchange for payment to Johnson & Johnson of over $2.4 billion.

On April 4, 2005, together with BSC, we commenced a legal action in the Netherlands against Sahajanand Medical Technologies Pvt. Ltd. ("SMT") for patent infringement. On May 3, 2006, the Dutch trial court ruled in our favor, finding that our EP (NL) 0 706 376 patent was valid, and that SMT's Infinnium™ stent infringed the patent. On March 13, 2008, a Dutch Court of Appeal held a hearing to review the correctness of the trial court's decision. The Court of Appeal released their judgment on January 27, 2009, ruling against SMT (finding our patent novel, inventive, and sufficiently disclosed). The Court of Appeal however requested amendment of claim 12 before rendering their decision on infringement. We have filed a response to the Court of Appeal's decision, and have additionally filed a further Writ against SMT seeking to prevent SMT from, among other things, using its CE mark for SMT's Infinnium stent. Any decision of the Court of Appeal is appealable to the Supreme Court of the Netherlands. On October 22, 2009 we and BSC settled this litigation with SMT on favorable terms. We have continued this matter before the Court of Appeal with respect to the requested amendment to claim 12. A hearing is scheduled for April 22, 2010.

On March 23, 2006, RoundTable Healthcare Partners, LP ("RoundTable") as Seller Representative, we as Buyer, and LaSalle Bank ("LaSalle") as Escrow Agent, executed an Escrow Agreement under which we deposited $20 million with LaSalle. On April 4, 2007, LaSalle received an Escrow Claim Notice issued by us, which directed LaSalle to remit the $20 million to us as Buyer. On or about April 16, 2007, LaSalle received from RoundTable a Notice of Objection to our Escrow Claim Notice. On July 3, 2007, LaSalle filed an action in the Circuit Court of Cook County, Illinois, asking the court to resolve this dispute. After various hearings and discussions, we executed a Joint Letter of Direction allowing the release of $6.5 million to RoundTable, thereby leaving the amount in dispute being approximately $13.5 million. On March 21, 2008, this action was moved to the United States District Court for the Southern District of New York. This dispute was subsequently settled in January 2010. As a result of the settlement, all legal proceedings were dismissed and Angiotech received approximately $4.7 million from the escrow account which is expected to be recognized as a recovery in the first quarter of 2010.

In July 2004, Dr. Gregory Baran initiated legal action, alleging infringement by Medical Device Technologies Inc. ("MDT") of two U.S. patents owned by Dr. Baran. These patents allegedly cover MDT's BioPince™ automated biopsy device. On September 25, 2007, the judge issued her decision pursuant to the Markman hearing of December 2005. We submitted a Motion for Summary Judgment to the court based upon the Markman decision and on September 30, 2009, the judge ruled in our favor, finding that the BioPince did not infringe a key claim of Dr. Baran's patents. Dr. Baran has appealed this decision.

At the European Patent Office ("EPO"), various patents either owned or licensed by or to us are in opposition proceedings including the following:

- In EP0784490, an oral hearing took place on October 1, 2009, and the patent with amendments was maintained by the EPO.
- In EP0809515 (which is licensed from (and to) BSC), the EPO held an oral hearing on January 30, 2008 and thereafter revoked this patent. An appeal was filed on April 22, 2008. On June 25, 2009 the EPO issued a notice stating that the decision under appeal was set aside and the patent would be remitted to the First Instance for further prosecution.
- In EP0830110 (which is licensed from Edwards LifeSciences Corporation) an amended form of this patent was found valid after an oral hearing on September 28, 2006; however, the opponent appealed the decision on December 21, 2006. An oral hearing took place on September 9, 2009, and the EPO cancelled the appeal proceedings and maintained the patent in the same form as allowed by the Opposition Division.
- In EP1155689, no hearing date has yet been set by the EPO.
- In EP1407786 (which is licensed from (and to) BSC), the patent was revoked in a decision from the EPO on December 9, 2008. An appeal was filed on January 30, 2009. An appeal was also filed on behalf of the opponent on April 8, 2009. On September 1, 2009, a request to withdraw appeal was filed. On October 1, 2009, the appeal proceedings were terminated and the decision to revoke the patent was made final by the EPO.
- In EP1429664, an oral hearing had been scheduled for May 27, 2009; however, the oral hearing was canceled by the EPO on May 14, 2009. On September 14, 2009, the EPO terminated the appeal proceedings and maintained the patent.
- In EP1159974, the EPO has scheduled oral proceedings for June 9, 2010.
- In EP1159975, a Notice of Opposition was filed on June 5, 2009. Angiotech has until March 21, 2010 to file a response.
- In EP0876165, the EPO revoked the patent as an outcome of an oral hearing held on June 24, 2009. On August 20, 2009, a Notice of Appeal was filed.
- In EP0991359, a Notice of Opposition was filed. Angiotech filed a response on September 8, 2009. No hearing date has yet been set by the EPO.

On July 7, 2008, we entered into a note purchase agreement (the "Note Purchase Agreement") with Ares and New Leaf under which Ares and New Leaf agreed to purchase between $200 and $300 million, at our option, of convertible notes to be issued by the newly formed subsidiary. In connection with our entry into the Note Purchase Agreement, we commenced a tender offer for our Floating Rate Notes and Subordinated Notes for an aggregate purchase price of $165 million including accrued and unpaid interest and certain premiums. On September 22, 2008, we announced that we would be unable to satisfy the conditions to closing in the Note Purchase Agreement, and on September 23, 2008, we announced the termination of the tender offer and the transaction was abandoned. Ares and New Leaf subsequently terminated the Note Purchase Agreement on November 19, 2008. The Note Purchase Agreement provided for a non-refundable fee, subject to certain conditions, of $3 million to Ares and New Leaf plus reimbursement of up to an additional $3 million for Ares' and New Leaf's transaction-related expenses. The Note Purchase Agreement also provided that if we were to enter into an agreement related to an Alternate Transaction, as defined in the Note Purchase Agreement, within 12 months of termination of the Note Purchase Agreement, we would have been required to pay Ares and New Leaf a non-refundable fee of $10 million plus reimburse Ares and New Leaf for transaction-related expenses of up to an additional $4 million (subject to certain conditions) upon our agreement to such Alternative Transaction. On June 17, 2009, we entered into a Settlement Agreement and Mutual Release (the "Settlement Agreement") with Ares and New Leaf that fully resolved any existing and potential claims under the Note Purchase Agreement in exchange for a payment of $3 million to Ares and New Leaf. Prior to entering into the Settlement Agreement, we paid Ares and New Leaf $2 million in partial satisfactions of their claims under the Note Purchase Agreement. In connection with certain types of Alternative Transactions, we may also be required under the terms of agreements with certain advisors to pay fees to such advisors, whether or not such advisors participate in such Alternative Transaction.

## 19. SEGMENTED INFORMATION

The Company operates in two reportable segments: (i) Pharmaceutical Technologies and (ii) Medical Products.

The Pharmaceutical Technologies segment includes royalty revenue generated from out-licensing technology related to the drug-eluting stent and other technologies.

The Medical Products segment includes revenues and gross margins of single use, specialty medical devices including suture needles, biopsy needles / devices, micro surgical ophthalmic knives, drainage catheters, self-anchoring sutures, other specialty devices, biomaterials and other technologies.

The Company reports segmented information on each of these segments to the gross margin level. All other income and expenses are not allocated to segments as they are not considered in evaluating the segment's operating performance. The following tables represent reportable segment information for the years ended December 31, 2009, 2008 and 2007:

| | Year ended December 31, 2009 | Year ended December 31, 2008 | Year ended December 31, 2007 |
|---|---|---|---|
| Revenue | | | |
| Medical Products | $ 191,951 | $ 190,816 | $ 170,193 |
| Pharmaceutical Technologies | 87,727 | 92,456 | 117,501 |
| Total revenue | $ 279,678 | $ 283,272 | $ 287,694 |
| Cost of products sold — Medical Products | 104,616 | 101,052 | 94,949 |
| Licence and royalty fees — Pharmaceutical Technologies | 10,431 | 14,258 | 18,652 |
| Gross margin | | | |
| Medical Products | 87,335 | 89,764 | 75,244 |
| Pharmaceutical Technologies | 77,296 | 78,198 | 98,849 |
| Total gross margin | $ 164,631 | $ 167,962 | $ 174,093 |
| Research and development | 23,701 | 53,192 | 53,963 |
| Selling, general and administration | 81,504 | 98,483 | 99,315 |
| Depreciation and amortization | 33,251 | 33,998 | 33,429 |
| In-process research and development | — | 2,500 | 8,125 |
| Write-down of assets held for sale | 3,090 | 1,283 | — |
| Write-down of goodwill | — | 649,685 | — |
| Operating (loss) income | $ 23,085 | $ (671,179) | $ (20,739) |
| Other (expense) income | (39,916) | (82,889) | (49,853) |
| Loss from continuing operations before income taxes | $ (16,831) | $ (754,068) | $ (70,592) |

The Company allocates its assets to the two reportable segments; however, as noted above, depreciation, income taxes and other expense and income are not allocated to segment operating units.

During the year ended December 31, 2009, revenue from two licensees represented approximately 29% of total revenue (December 31, 2008 – 32%, December 31, 2007 – 40%).

The following tables represent total assets and capital expenditures for each reportable segment at December 31, 2009 and 2008:

| | December 31, 2009 | December 31, 2008 |
|---|---|---|
| Total assets | | |
| Pharmaceutical Technologies | $ 70,848 | $ 67,506 |
| Medical Products | 299,211 | 317,691 |
| Total assets | $ 370,059 | $ 385,197 |
| Capital expenditures | | |
| Pharmaceutical Technologies | $ 1,188 | $ 902 |
| Medical Products | 3,178 | 7,855 |
| Total capital expenditures | $ 4,366 | $ 8,757 |

*Geographic information*

Revenues are attributable to countries based on the location of the Company's customers or, for revenue from collaborators, the location of the collaborator's customers.

| | December 31, | | |
|---|---|---|---|
| | 2009 | 2008 | 2007 |
| United States | $172,318 | $169,181 | $166,748 |
| Europe | 60,001 | 65,166 | 71,021 |
| Others | 47,359 | 48,925 | 49,925 |
| Total | $279,678 | $283,272 | $287,694 |

During the year ended December 31, 2008, the Company classified $5.3 million of property, plant and equipment as held for sale (note 8). The carrying values of these assets are included in the table below for net long lived assets by country:

| | For the year ended December 31, | |
|---|---|---|
| | 2009 | 2008 |
| United States | $34,655 | $36,627 |
| Canada | 11,807 | 14,588 |
| Other | 5,717 | 6,315 |
| Total | $52,179 | $57,530 |

## 20. RESTRUCTURING CHARGES

From 2007 to 2009, the Company executed various capacity rationalization and consolidation initiatives. During the year ended December 31, 2009, the Company recorded charges of $0.8 million related to relocation activities at our Puerto Rico location.

For the year ended December 31, 2008, the Company recorded restructuring charges of $4.9 million (December 31, 2007 – $5.2 million), which included $1.8 million (December 31, 2007 – $3.2 million) of severance benefits for the Syracuse location and $3.1 million (December 31, 2007 – $2.0 million) of relocation charges for the Syracuse and Puerto Rico locations. As at December 31, 2009, we have terminated or transferred all of the employees at the Syracuse location and $0.4 million is accrued for remaining severance costs to be paid. The charges related to relocation activities are being expensed as incurred.

The charges are recorded to selling, general and administration costs in the statement of operations.

Changes in the accrued liability for severance charges for the years ended December 31, 2009 and 2008 is as follows:

| | Severance Benefits |
|---|---|
| Balance, December 31, 2007 | 3,227 |
| Severances charged | 1,664 |
| Accretion expense | 156 |
| Severances paid | (973) |
| Balance, December 31, 2008 | $ 4,074 |
| Severances paid | (3,674) |
| Balance, December 31, 2009 | $ 400 |

## 21. PRODUCT RETURNS

During the year ended December 31, 2007, the Company elected to discontinue its Contour Threads branded product line for selected aesthetic surgical applications and to focus marketing and branding efforts on the launch of its Quill SRS barbed suture product in a broader range of general surgery and aesthetic surgery applications. As part of this decision, the Company communicated an offer to its customers to refund, at the customer's sole election, any unused inventory of Contour Threads product returned to the Company by June 1, 2007. The returned product was written off. The deadline was later extended indefinitely to meet customer demands and maintain strong customer relations. In connection with this decision, the Company recorded a pre-tax charge of approximately $3.0 million, which was recorded as an adjustment to revenue in the second quarter of 2007. Actual returns during the year ended December 31, 2007 were $2.4 million and the Company determined that an accrual of $0.2 million for estimated future returns was appropriate at December 31, 2007. As such, a recovery of $0.4 million was recorded as an adjustment to revenue in the fourth quarter of 2007.

## 22. LOSS PER SHARE

Loss per share was calculated as follows:

| | Year ended December 31, 2009 | Year ended December 31, 2008 | Year ended December 31, 2007 |
|---|---|---|---|
| Numerator: | | | |
| Net loss from continuing operations | $ (22,868) | $ (741,176) | $ (56,047) |
| Net loss from discontinued operations, net of income taxes | — | — | (9,893) |
| Net loss | $ (22,868) | $ (741,176) | $ (65,940) |
| Denominator: | | | |
| Basic weighted average common shares outstanding | 85,130 | 85,118 | 85,015 |
| Basic and diluted net loss per common share: | | | |
| Continuing operations | $ (0.27) | $ (8.71) | $ (0.66) |
| Discontinued operations | — | — | $ (0.12) |
| Total | $ (0.27) | $ (8.71) | $ (0.78) |

For the year ended December 31, 2009, 3,411,357 stock options were excluded from the calculation of diluted net loss per common share, as the effect of including them would have been anti-dilutive (December 31, 2008 – 9,798,677, December 31, 2007 – 8,171,921).

## 23. CHANGE IN NON-CASH WORKING CAPITAL ITEMS RELATING TO OPERATING ACTIVITIES AND SUPPLEMENTAL CASH FLOW INFORMATION

The change in non-cash working capital items relating to operations was as follows:

| | Year ended December 31, 2009 | Year ended December 31, 2008 | Year ended December 31, 2007 |
|---|---|---|---|
| Accounts receivable | $ (2,122) | $ (5,524) | $ 2,297 |
| Inventories | 3,244 | (5,156) | (344) |
| Prepaid expenses and other assets | 7,623 | 2,038 | 536 |
| Accounts payable and accrued liabilities | (5,417) | (11,843) | 2,912 |
| Income taxes payable | 1,698 | 156 | 3,021 |
| Interest payable | (511) | (812) | 713 |
| | $ 4,515 | $ (21,141) | $ 9,135 |

*Supplemental disclosure*

| | Year ended December 31, 2009 | Year ended December 31, 2008 | Year ended December 31, 2007 |
|---|---|---|---|
| Interest paid | $ 35,671 | $ 43,066 | $ 48,790 |
| Income taxes paid | 8,748 | 3,720 | 5,512 |
| Income tax refund | 5,179 | 7,373 | 8,691 |
| Financing activities not yet paid | — | 7,745 | — |

## 24. COMPARATIVE FIGURES

Certain prior period figures have been reclassified to conform to current period presentation.

## 25. CONDENSED CONSOLIDATING GUARANTOR FINANCIAL INFORMATION

The following presents the condensed consolidating guarantor financial information as of December 31, 2009 and 2008, and for the years ended December 31, 2009, 2008 and 2007 for the direct and indirect subsidiaries of the Company that serve as guarantors of the Senior Subordinated Notes and the Senior Floating Rate Notes, and for the Company's subsidiaries that do not serve as guarantors. Non-guarantor subsidiaries include the Swiss subsidiaries and a Canadian Trust that cannot guarantee the debt of the Company. All of the Company's subsidiaries are 100% owned, and all guarantees are full and unconditional, joint and several.

**Condensed Consolidating Balance Sheet**
**Year end December 31, 2009**
**USD (in '000s)**

| | Parent Company Angiotech Pharmaceuticals, Inc. | Guarantors Subsidiaries | Non Guarantors Subsidiaries | Consolidating Adjustments | Consolidated Total |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current assets | | | | | |
| Cash and cash equivalents | $ 20,602 | $ 16,912 | $ 12,028 | $ — | $ 49,542 |
| Short term investments | 7,780 | — | — | — | 7,780 |
| Accounts receivable | — | 18,272 | 9,826 | 69 | 28,167 |
| Income tax receivable | 1,090 | — | — | — | 1,090 |
| Inventories | — | 29,776 | 6,776 | (1,011) | 35,541 |
| Deferred income taxes, current portion | 1,692 | 6,918 | — | (4,326) | 4,284 |
| Prepaid expenses and other current assets | 1,554 | 1,329 | 411 | — | 3,294 |
| **Total Current Assets** | 32,718 | 73,207 | 29,041 | (5,268) | 129,698 |
| Investment in subsidiaries | 231,026 | 407,344 | — | (638,370) | — |
| Assets held for sale | 3,000 | 2,300 | — | — | 5,300 |
| Property, plant and equipment | 8,807 | 30,719 | 7,353 | — | 46,879 |
| Intangible assets | 12,490 | 140,798 | 19,731 | | 173,019 |
| Deferred financing costs | 9,398 | 2,011 | — | — | 11,409 |
| Other assets | 2,479 | 459 | 816 | — | 3,754 |
| **Total Assets** | 299,918 | 656,838 | 56,941 | (643,638) | 370,059 |
| **LIABILITIES AND SHAREHOLDERS' (DEFICIT) EQUITY** | | | | | |
| Current liabilities | | | | | |
| Accounts payable and accrued liabilities | 17,974 | 22,205 | 6,292 | (147) | 46,324 |
| Income taxes payable | 9,749 | 714 | 395 | — | 10,858 |
| Interest payable on long-term debt | 5,965 | 39 | — | — | 6,004 |
| **Total Current Liabilities** | 33,688 | 22,958 | 6,687 | (147) | 63,186 |
| Deferred leasehold inducement | 2,506 | 382 | — | — | 2,888 |
| Deferred income taxes | — | 40,668 | 439 | (4,329) | 36,778 |
| Other tax liabilities | 2,011 | 756 | 1,131 | — | 3,898 |
| Long-term debt | 575,000 | — | — | — | 575,000 |
| Other liabilities | — | — | 1,596 | — | 1,596 |
| **Total Non-current Liabilities** | 579,517 | 41,806 | 3,166 | (4,329) | 620,160 |
| **Total Shareholders' (Deficit) Equity** | (313,287) | 592,074 | 47,088 | (639,161) | (313,287) |
| **Equity** | $ 299,918 | $ 656,838 | $ 56,941 | $ (643,638) | $ 370,059 |

**Condensed Consolidating Balance Sheet**
**As at December 31, 2008**
**USD (in '000s)**

| | Parent Company Angiotech Pharmaceuticals, Inc. | Guarantors Subsidiaries | Non Guarantors Subsidiaries | Consolidating Adjustments | Consolidated Total |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current assets** | | | | | |
| Cash and cash equivalents | $ 10,180 | $ 6,572 | $ 22,200 | $ — | $ 38,952 |
| Short term investments | 848 | — | — | — | 848 |
| Accounts receivable | 235 | 16,263 | 10,027 | (1,001) | 25,524 |
| Inventories | — | 31,939 | 7,824 | (1,169) | 38,594 |
| Deferred income taxes, current portion | — | 3,820 | — | — | 3,820 |
| Prepaid expenses and other current assets | 1,674 | 3,074 | 486 | — | 5,234 |
| **Total Current Assets** | 12,937 | 61,668 | 40,537 | (2,170) | 112,972 |
| Long term investments | 825 | — | 736 | — | 1,561 |
| Investment in subsidiaries | 249,803 | 368,873 | 0 | (618,676) | — |
| Assets held for sale | 5,322 | 3,100 | — | | 8,422 |
| Property, plant and equipment | 9,194 | 30,326 | 9,588 | — | 49,108 |
| Intangible assets | 15,112 | 158,097 | 22,268 | — | 195,477 |
| Goodwill | — | — | — | — | — |
| Deferred financing costs | 11,363 | — | — | — | 11,363 |
| Deferred income taxes | — | — | — | — | — |
| Other assets | 271 | 5,911 | 112 | — | 6,294 |
| **Total Assets** | 304,827 | 627,975 | 73,241 | (620,846) | 385,197 |
| **LIABILITIES AND SHAREHOLDERS' (DEFICIT) EQUITY** | | | | | |
| **Current liabilities** | | | | | |
| Accounts payable and accrued liabilities | 21,345 | 22,328 | 6,294 | (3,347) | 46,620 |
| Income taxes payable | (1,260) | 6,974 | 2,357 | — | 8,071 |
| Interest payable on long-term debt | 6,514 | — | — | — | 6,514 |
| Deferred revenue, current portion | — | — | 210 | — | 210 |
| **Total Current Liabilities** | 26,599 | 29,302 | 8,861 | (3,347) | 61,415 |
| Deferred revenue | — | — | 999 | — | 999 |
| Deferred leasehold inducement | 2,768 | 12 | — | — | 2,780 |
| Deferred income taxes | (1,959) | 42,010 | 526 | — | 40,577 |
| Other tax liabilities | 2,292 | 585 | 268 | — | 3,145 |
| Long-term debt | 575,000 | — | — | — | 575,000 |
| Other liabilities | — | 272 | 882 | — | 1,154 |
| **Total Non-current Liabilities** | 578,101 | 42,879 | 2,675 | — | 623,655 |
| **Total Shareholders' (Deficit) Equity** | (299,873) | 555,794 | 61,705 | (617,499) | (299,873) |
| **Total Liabilities and Shareholders' (Deficit) Equity** | $ 304,827 | $ 627,975 | $ 73,241 | $ (620,846) | $ 385,197 |

**Condensed Consolidated Statement of Operations**
**Year ended December 31, 2009**
**USD (in '000s)**

| | Parent Company Angiotech Pharmaceuticals, Inc. | Guarantors Subsidiaries | Non Guarantors Subsidiaries | Consolidating Adjustments | Consolidated Total |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| Product sales, net | $ — | $ 153,364 | $ 58,887 | $ (20,300) | $ 191,951 |
| Royalty revenue | 57,420 | 3,414 | 1,337 | — | 62,171 |
| License fees | — | 356 | 25,200 | — | $ 25,556 |
| | 57,420 | 157,134 | 85,424 | (20,300) | 279,678 |
| **EXPENSES** | | | | | |
| Cost of products sold | 85 | 82,905 | 42,488 | (20,862) | 104,616 |
| License and royalty fees | 10,421 | — | 10 | — | 10,431 |
| Research & development | 14,491 | 8,827 | 383 | — | 23,701 |
| Intercompany R&D charges | 2,078 | (2,078) | — | — | — |
| Selling, general and administration | 16,375 | 53,334 | 11,795 | — | 81,504 |
| Depreciation and amortization | 4,535 | 24,527 | 4,189 | — | 33,251 |
| Write-down of assets held for sale | 2,290 | 800 | — | — | 3,090 |
| | 50,275 | 168,315 | 58,865 | (20,862) | 256,593 |
| **Operating income (loss)** | 7,145 | (11,181) | 26,560 | 562 | 23,085 |
| **Other income (expense)** | | | | | |
| Foreign exchange gain (loss) | 7,393 | (2,100) | (6,905) | — | (1,612) |
| Investment and other income | (78,446) | (245) | 111 | 78,958 | 378 |
| Interest expense on long-term debt | 58,755 | (96,039) | (755) | — | (38,039) |
| Write-down of deferred financing charges | — | (643) | — | — | (643) |
| Management fees | (47) | 47 | — | — | — |
| Total other expenses | (12,345) | (98,980) | (7,549) | 78,958 | (39,916) |
| **Income (loss) before income taxes** | (5,200) | (110,161) | 19,011 | 79,520 | (16,831) |
| Income tax (recovery) expense | 129 | (4,099) | 3,975 | 6,032 | 6,037 |
| **Income (loss) from operations** | (5,329) | (106,062) | 15,036 | 73,488 | (22,868) |
| Equity in subsidiaries | (17,539) | 257 | — | 17,282 | — |
| **Net income (loss)** | $ (22,868) | $(105,805) | $ 15,036 | $ 90,769 | $ (22,868) |

# Condensed Consolidated Statement of Operations
Year ended December 31, 2008
USD (in '000s)

| | Parent Company Angiotech Pharmaceuticals, Inc. | Guarantors Subsidiaries | Non Guarantors Subsidiaries | Consolidating Adjustments | Consolidated Total |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| Royalty revenue | $ 84,079 | $ 2,426 | $ 5,041 | $ — | $ 91,546 |
| Product sales, net | — | 143,578 | 79,012 | (31,774) | 190,816 |
| License fees | — | 389 | 1,000 | (479) | 910 |
| | 84,079 | 146,393 | 85,053 | (32,253) | 283,272 |
| **EXPENSES** | | | | | |
| License and royalty fees | 14,250 | 8 | — | — | 14,258 |
| Cost of products sold | — | 75,631 | 56,505 | (31,084) | 101,052 |
| Research & development | 32,442 | 19,621 | 1,129 | — | 53,192 |
| Intercompany R&D charges | 5,329 | (6,405) | 753 | 323 | — |
| Selling, general and administration | 22,969 | 57,764 | 17,750 | — | 98,483 |
| Depreciation and amortization | 4,806 | 25,445 | 3,747 | — | 33,998 |
| In-process research and development | — | 2,500 | — | — | 2,500 |
| Write-down of assets held for sale | — | 1,283 | — | — | 1,283 |
| Write-down of goodwill | — | 537,531 | 112,154 | — | 649,685 |
| | 79,796 | 713,378 | 192,038 | (30,761) | 954,451 |
| **Operating loss** | 4,283 | (566,984) | (106,985) | (1,492) | (671,179) |
| **Other income (expense)** | | | | | |
| Foreign exchange gain (loss) | 49,985 | 2,284 | (51,729) | — | 540 |
| Investment and other income | (9,419) | (438) | 11,049 | — | 1,192 |
| Interest expense on long-term debt | (32,251) | (20,302) | 8,063 | — | (44,490) |
| Write-down and other deferred financing charges | (16,531) | — | (13) | — | (16,544) |
| Write-down/loss on redemption of investments | (23,583) | — | (4) | — | (23,587) |
| Management fees | (2,597) | 2,384 | (109) | 322 | — |
| Total other expenses | (34,396) | (16,072) | (32,743) | 322 | (82,889) |
| **Loss from continuing operations before income taxes** | (30,113) | (583,057) | (139,728) | (1,170) | (754,068) |
| Income tax expense (recovery) | (3,176) | (11,088) | 1,498 | (126) | (12,892) |
| **Loss from continuing operations** | (26,937) | (571,968) | (141,226) | (1,044) | (741,176) |
| Loss from discontinued operations, net of income taxes | — | — | — | — | — |
| Equity in subsidiaries | (714,239) | (51,062) | — | 765,301 | — |
| **Net income (loss)** | $ (741,176) | $(623,030) | $ (141,226) | $ 764,257 | $(741,176) |