**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Angiotech Pharmaceuticals, Inc., et al.,[1] | Case No. 11-10269 (KG) |
| Debtors in a Foreign Proceeding. | Joint Administration Pending |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JANUARY 31, 2011 AT 3:00 P.M.**

## PETITIONS

1. Verified Petitions

## STATEMENT/DECLARATION/MEMORANDUM OF LAW

2. Statement of Todd Martin in Support of Chapter 15 Petitions for Recognition of Foreign Proceeding Pursuant to Section 1515(c) of the Bankruptcy Code [Filed 1/30/11 at Docket No. 3]

3. Declaration of Todd Martin in Support of: (I) Verified Petitions Under Chapter 15; (II) Motion for Joint Administration; (III) Motion for Provisional and Final Relief in Aid of Canadian Proceeding; and (IV) Motion to Establish Certain Notice Procedures in Connection with Filing of Verified Petitions Under Chapter 15 [Filed 1/30/11 at Docket No. 8]

4. Memorandum of Law in Support of: (I) Verified Petitions under Chapter 15; and (II) Motion for Provisional and Final Relief in Aid of Foreign Canadian Proceeding [Filed 1/30/11 at Docket No. 9]

---

1 The last four digits of the United States Tax Identification Number or Canadian Business Number of the Debtors, as applicable, follow in parentheses: (i) 0741693 B.C. Ltd. (1270); (ii) Afmedica, Inc. (3293); (iii) American Medical Instruments Holdings, Inc. (1114); (iv) Angiotech America, Inc. (4001); (v) Angiotech BioCoatings Corp. (8560); (vi) Angiotech Delaware, Inc. (6401); (vii) Angiotech Florida Holdings, Inc. (9389); (viii) Angiotech International Holdings, Corp. (2274); (ix) Angiotech Pharmaceuticals, Inc. (6269); (x) Angiotech Pharmaceuticals (US), Inc. (9490); (xi) B.G. Sulzle, Inc. (4551); (xii) Manan Medical Products, Inc. (3265); (xiii) Medical Device Technologies, Inc. (3996); (xiv) NeuColl, Inc. (8863); (xv) Quill Medical, Inc. (7914); (xvi) Surgical Specialties Corporation (9848); and (xvii) Surgical Specialties Puerto Rico, Inc. The Debtors' executive headquarters' addresses are 1618 Station Street, Vancouver, BC A1 V6A 1B6, Canada, and #210-101 West North Bend Way, North Bend, Washington 98045.

**<u>FIRST DAY MOTIONS</u>**

5. Motion Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) for Order Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code [Filed 1/30/11 at Docket No. 4]

   Status: This matter is going forward.

6. Motion for Entry of an Order Specifying Form and Manner of Service of Notice of: (I) Filing of (A) Petitions Pursuant to Chapter 15 of the Bankruptcy Code, and (B) Motion for Provisional and Final Relief in Aid of Canadian Proceeding, Pursuant to Sections 105(a), 1517, 1519, 1520 and 1521 of the Bankruptcy Code; (II) Entry of Provisional Relief Order; (III) Deadline to Object to Entry of Recognition Order; and (IV) Hearing for Court to Consider Chapter 15 Petitions and Entry of Recognition Order [Filed 1/30/11 at Docket No. 5]

   Status: This matter is going forward.

7. Motion for Entry of an Order, Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(4), Authorizing the Debtors to File Consolidated List of Foreign Proceeding Administrators, Litigation Parties, and Entities Against Whom 11 U.S. § 1519 Provisional Relief is Sought [Filed 1/30/11 at Docket No. 6]

   Status: This matter is going forward.

8. Motion for Provisional and Final Relief in Aid of Canadian Proceedings Pursuant to Sections 105(a), 1517, 1519, 1520 and 1521 of the Bankruptcy Code [Filed 1/30/11 at Docket No. 7]

   Status: This matter is going forward.

Dated: Wilmington, Delaware
January 31, 2011

ALLEN & OVERY LLP
Ken Coleman
Lisa Kraidin
Jonathan Cho
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

- and -

BUCHANAN INGERSOLL & ROONEY PC

/s/ Mary F. Caloway (No. 3059)
Mary F. Caloway (No. 3059)
Mona A. Parikh (No. 4901)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
mary.caloway@bipc.com

*Attorneys to Alvarez and Marsal Canada Inc.,*
*Monitor and Foreign Representative of the Debtors*