**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| Angiotech Pharmaceuticals, Inc., et al.,[1] | ) | Case No. 11-10269 (KG) |
| | ) | |
| Debtors in a Foreign Proceeding. | ) | (Joint Administration Pending) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Ad Hoc Group of Holders of the 7.75% Senior Subordinated Notes Due 2014 (the "Noteholders") hereby appears by its counsel, Latham & Watkins LLP ("Latham Watkins") and Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"). Latham Watkins and Morris Nichols hereby enter their appearances pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in these cases. Latham Watkins and Morris Nichols request, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017, and 9007, that copies of all notices and pleadings given or required to be given in these chapter 15 cases and copies of all papers served or required to be served in these chapter 15 cases, including but not limited to, all notices (including those

[1] The last four digits of the United States Tax Identification Number or Canadian Business Number of the Debtors, as applicable, follow in parentheses (i) 0741693 B.C. Ltd. (1270); (ii) Afmedica, Inc. (3293); (iii) American Medical Instruments Holdings, Inc. (1114); (iv) Angiotech America, Inc. (4001); (v) Angiotech BioCoating Corp. (8560); (vi) Angiotech Delaware, Inc. (6401); (vii) Angiotech Florida Holdings, Inc. (9389); (viii) Angiotech International Holdings, Corp. (2274); (ix) Angiotech Pharmaceuticals, Inc. (6269); (x) Angiotech Pharmaceuticals (US), Inc. (9490); (xi) B.G. Sulzle, Inc. (4551); (xii) Mann Medical Products, Inc. (3265); (xiii) Medical Device Technologies, Inc. (3996); (xiv) NeuColl, Inc. (8863); (xv) Quill Medical, Inc. (7914); (xvi) Surgical Specialties Corporation (9848); and (xvii) Surgical Specialties Puerto Rico, Inc. The Debtors' executive headquarters' addresses are 1618 Station Street, Vancouver, BC A1 V6A 1B6, Canada, and #210-101 West North Bend Way, North Bend Washington 98045.

required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Noteholders through Latham Watkins and Morris Nichols, at the address, electronic mail, telephone, and facsimile numbers set forth below:


Peter M. Gilhuly, Esquire
Adam Malatesta, Esquire
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles CA 90071-1560
Telephone: 213-485-1234
Facsimile: 213-891-8763
Electronic Mail:
peter.gilhuly@lw.com
adam.malatesta@lw.com

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: 302-658-9200
Facsimile: 302-658-3989
Electronic Mail:
rdehney@mnat.com
cmiller@mnat.com


**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of any of the rights of the Noteholders including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case; (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any

other rights, claims, actions, defenses, setoffs, or recoupments to which the Noteholders may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 31, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

-and-

Peter M. Gilhuly, Esquire
Adam Malatesta, Esquire
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles CA 90071-1560
Telephone: 213-485-1234
Facsimile: 213-891-8763

*Counsel to Ad Hoc Group of Holders of the 7.75% Senior Subordinated Notes Due 2014*

4064195.1